B1 (Official Form 1) (04/13)

| **United States Bankruptcy Court**<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Larios, Quintin** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Larios, Maria** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Maria T Larios**<br>**Maria Teresa Larios** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **5977** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **9017** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**735 Calatrava Ave**<br>**Miami, FL**<br>ZIPCODE **33143** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**735 Calatrava Ave**<br>**Miami, FL**<br>ZIPCODE **33143** |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business:<br>**Miami-Dade** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Larios, Quintin & Larios, Maria** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                              Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Larios, Quintin & Larios, Maria** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Quintin Larios**
Signature of Debtor                                    **Quintin Larios**

X **/s/ Maria Larios**
Signature of Joint Debtor                              **Maria Larios**

Telephone Number (If not represented by attorney)

**March 20, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Timothy S. Kingcade**
Signature of Attorney for Debtor(s)

**Timothy S. Kingcade**
**Kingcade & Garcia, P.A.□ ¬□□□4¿ák & Garci**
**1370 Coral Way**
**Miami, FL 33145-2960**

**March 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                Case No. _____

Larios, Quintin                                                    Chapter **7** _____
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: ***/s/ Quintin  Larios*** _____

Date: **March 20, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                    Case No. _____

Larios, Maria _____    Chapter **7** _____
                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Maria  Larios** _____

Date: **March 20, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                                  Case No. _____

Larios, Quintin & Larios, Maria                                         Chapter **7** _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  1,146,807.00 | | |
| B - Personal Property | Yes | 4 | $  86,596.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $  2,018,726.47 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 28 | | $  1,603,090.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 42 | | $  1,103,237.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 16 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $  3,573.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $  10,886.00 |
| TOTAL | | 101 | $  1,233,403.50 | $  4,725,054.60 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                          Case No. _____

Larios, Quintin & Larios, Maria                                                 Chapter **7**
_____
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Larios, Quintin & Larios, Maria _____   Case No. _____
_____
Debtor(s)                                                                 (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **5 Tranquility Lane Piney Creek, NC 28663**<br>**Non-Homestead: Single family residence**<br>**Purchased: 2006**<br>**Joint with Debtor's son**<br>**Debtors to Surrender** | **JTWROS** | **J** | **220,000.00** | **281,301.00** |
| **735 Calatrava Ave Coral Gables, FL 33143**<br>**Debtors' Homestead: Single family residence**<br>**Purchased: 01/2003**<br>**FMV Based on Zillow.com**<br>**Debtors to Reaffirm** | **Tenancy by the Entirety** | **J** | **926,807.00** | **615,106.34** |
| | | **TOTAL** | **1,146,807.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Larios, Quintin & Larios, Maria**        Case No. _____

      Debtor(s)                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | J | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Acct #5076**<br>**Debtors receive SSA into this account** | J | 3,573.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Misc. Household goods**<br>**Based on Inventory list**<br>**Most furniture and household goods are over 15 years old** | J | 5,600.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Misc. Clothing** | J | 200.00 |
| 7.  Furs and jewelry. | | **Misc. Jewelry**<br>**Based on Inventory list** | J | 910.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy**<br>**Prudential** | W | 0.00 |
| | | **Term Life Insurance Policy**<br>**Prudential** | W | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) - Cont.**

**IN RE** Larios, Quintin & Larios, Maria                                    Case No. _____
                                            Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Larios Corporation**<br>**Assets:**<br>**Bank Accounts:**<br>**Intercredit Bank Checking Acct #4505 = $71,000**<br>**Account is seized by Florida Department of Revenue**<br>**Office and Restaurant Equipment: value unknown.**<br>**located at: 5859 SW 73rd St Miami, FL 33143**<br>**Inventory: (to be provided)**<br>**Located at: 5859 SW 73rd St Miami, FL 33143**<br>**Accounts Receivable:  None**<br>**Rent Security Deposit: None**<br>**(3 years remaining on the lease)**<br>**Liabilities: 1.9 Million (listed on Sch F and H)**<br>**InterCredit has filed UCC1 over the assets of both  corporations** | J | 0.00 |
| | | **100% Sunset Larios, LLC**<br>**Assets:**<br>**Bank Accounts:**<br>**Intercredit Bank Checking Acct #4205 = $65,000**<br>**Account is seized by Florida Department of Revenue**<br>**Office and Restaurant Equipment: Value unknown**<br>**located at: 5859 SW 73rd St Miami, FL 33143**<br>**Inventory: (to be provided)**<br>**Located at: 5859 SW 73rd St Miami, FL 33143**<br>**Accounts Receivable:  None**<br>**Rent Security Deposit: None**<br>**month to month**<br>**Liabilities: 1.3 Million (listed on Sch F and H)**<br>**InterCredit has filed UCC1 over the assets of the corporation** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria           Case No. _____

Debtor(s)                                                     (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Toyota FJ Cruiser Sport Utility 2D**<br>**Estimated mileage: 120,000**<br>**Based on KBB Report** | H | 9,491.00 |
| | | **2012 Ford Escape - Lease**<br>**Leased with Ford Motor Credit** | H | 1.00 |
| | | **2012 Honda Odyssey EX-L Minivan 4D**<br>**Estimated mileage: 60,000**<br>**Secured with American Honda Fin for $17,806**<br>**FMV Based on KBB Report** | H | 19,722.00 |
| | | **2013 Ford E150 Cargo Van**<br>**Estimated mileage: 40,000**<br>**Secured with Suntrust Bank for $16,333**<br>**Based on KBB Report** | W | 14,380.00 |
| | | **2014 Lincoln MKX - Lease**<br>**Leased with Lincoln Automotive Serv** | W | 1.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **One Cemetery** | J | 30,698.50 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                    Case No. _____
                          Debtor(s)                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Two  Cemetery Mausoleum (double)**<br>**Purchased: 1990's** | J | 2,000.00 |
| | | | **TOTAL** | 86,596.50 |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Larios, Quintin & Larios, Maria _____ Case No. _____
           Debtor(s)                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:       ☑ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **735 Calatrava Ave Coral Gables, FL 33143 Debtors' Homestead: Single family residence Purchased: 01/2003 FMV Based on Zillow.com Debtors to Reaffirm** | **Art. X, §4(a)(1), FSA §§ 222.01, 222.02** | **311,700.66** | **926,807.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Bank of America Checking Acct #5076 Debtors receive SSA into this account** | **FSA § 222.21(1)** | **3,573.00** | **3,573.00** |
| **2007 Toyota FJ Cruiser Sport Utility 2D Estimated mileage: 120,000 Based on KBB Report** | **FSA § 222.25(1) Art X § 4(a)(2)** | **84.00 2,000.00** | **9,491.00** |
| **2012 Honda Odyssey EX-L Minivan 4D Estimated mileage: 60,000 Secured with American Honda Fin for $17,806 FMV Based on KBB Report** | **FSA § 222.25(1)** | **1,916.00** | **19,722.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Larios, Quintin & Larios, Maria__     Case No. _____
        Debtor(s)                                                       (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **150766223** <br><br> **American Honda Finance** <br> **Po Box 1027** <br> **Alpharetta, GA  30009** | | | **Auto Loan 05/12-01/15** <br> **2012 Honda Odyssey** <br><br><br> VALUE $ **19,722.00** | | | | **17,806.00** | |
| ACCOUNT NO. **9336931017924** <br><br> **Bb&t** <br> **P O Box 2027** <br> **Greenville, SC  29602** | | W | **Mortgage Loan 03/12-01/15** <br> **5 Tranquility Lane, Piney Creek, NC 28663** <br><br> VALUE $ **220,000.00** | | | | **281,301.00** | **61,301.00** |
| ACCOUNT NO. <br><br> **BB & T** <br> **Attn: Bankruptcy** <br> **Po Box 1847** <br> **Wilson, NC  27894** | | | **Assignee or other notification for: Bb&t** <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. **4651-689-800-361** <br><br> **Chase Mtg** <br> **P.o. Box 24696** <br> **Columbus, OH  43224** | | W | **Mortgage Loan 03/05-12/14** <br> **735 Calatrav Ave., Coral Gables, FL 33143** <br><br> VALUE $ **926,807.00** | | | | **525,801.00** | |

_____**1**_____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ **824,908.00** | $ **61,301.00** |
| Total <br> (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) (Cont.)

**IN RE** Larios, Quintin & Larios, Maria _____    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chase Manhattan Mortgage**<br>**Attn: Bankruptcy Dept**<br>**3415 Vision Dr**<br>**Columbus, OH  43219** | | | **Assignee or other notification for:**<br>**Chase Mtg**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **449219019033**<br>**Chase Mtg**<br>**Po Box 24696**<br>**Columbus, OH  43224** | | **W** | **Home Equity Line of Credit 03/05-01/15**<br>**735 Clatrava Ave Coral Gables, FL 33143**<br><br>VALUE $ **926,807.00** | | | | **89,305.34** | |
| ACCOUNT NO. **660000512**<br>**Intercredit Bank, N.A.**<br>**1200 Brickell Ave., 4th Floor**<br>**Miami, FL  33131** | **X** | **J** | **Business Debt 01/15**<br>**Personal Guarantor**<br><br>VALUE $ | | | | **1,088,180.13** | **1,088,180.13** |
| ACCOUNT NO. **70200007021689638**<br>**Suntrust Bk Miami Na**<br>**Po Box 524203**<br>**Miami, FL  33152** | | **W** | **Auto Loan 05/14-12/14**<br><br>VALUE $ **14,380.00** | | | | **16,333.00** | **1,953.00** |
| ACCOUNT NO.<br>**Suntrust Bk Miami Na**<br>**Attn: Bankruptcy Dept**<br>**Po Box 85092 MC VA-WMRK-7952**<br>**Richmond, VA  23286** | | | **Assignee or other notification for:**<br>**Suntrust Bk Miami Na**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **1,193,818.47** | $ **1,090,133.13** |
|---|---|---|---|
|  | Total (Use only on last page) | $ **2,018,726.47** | $ **1,151,434.13** |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (04/13)**

**IN RE** Larios, Quintin & Larios, Maria _____    Case No. _____
<u>Debtor(s)</u>                                                                 (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **27** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                    Case No. _____
          Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Adolfo Guerrero**<br>**111 SW 49th Ave**<br>**Miami, FL 33134** | X | J | **Payroll Wages Owed Business Debt** | | | | **772.04** | **772.04** | |
| ACCOUNT NO. **65-1090225**<br>**Alejandro Alvarez**<br>**11020 SW 57th St.**<br>**Miami, FL 33173** | X | J | **Payroll Wages Owed Business Debt** | | | | **382.61** | **382.61** | |
| ACCOUNT NO. **65-1090225**<br>**Alejandro Muniz Sarmiento**<br>**10815 NW 50th St., #205**<br>**Miami, FL 33178** | X | J | **Payroll Wages Owed Business Debt** | | | | **376.41** | **376.41** | |
| ACCOUNT NO. **65-1090225**<br>**Alexander Garcia**<br>**1856 SW 22nd Terr, #1**<br>**Miami, FL 33145** | X | J | **Payroll Wages Owed Business Debt** | | | | **93.02** | **93.02** | |
| ACCOUNT NO. **65-1090225**<br>**Alfonso Guzma Arocha**<br>**1800 SW 7th St., #8**<br>**Maimi, FL 33135** | X | J | **Payroll Wages Owed Business Debt** | | | | **612.99** | **612.99** | |
| ACCOUNT NO. **65-0031376**<br>**Angel Chiong Bu**<br>**8089 NW 8th St. #9**<br>**Miami, FL 33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **494.58** | **494.58** | |

Sheet no. ___1___ of ___27___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,731.65** | $ **2,731.65** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Larios, Quintin & Larios, Maria        Case No. _____

Debtor(s)                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225**<br>**Angel J Ricardo Martinez**<br>**1901 SW 67th Ave., #212**<br>**Miami, FL  33155** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **1,099.23** | **1,099.23** | |
| ACCOUNT NO. **65-0031376**<br>**Antonio Garcia**<br>**3445 NW 5th St.**<br>**Miami, FL  33125** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **268.11** | **268.11** | |
| ACCOUNT NO. **65-0031376**<br>**Arianys Gonzalez**<br>**8980 W. Flaglter St., #1060**<br>**Miami, FL  33174** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **386.17** | **386.17** | |
| ACCOUNT NO. **65-1090225**<br>**Armando Lay**<br>**8775 Park Blvd., #118**<br>**Miami, FL  33172** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **1,554.75** | **1,554.75** | |
| ACCOUNT NO. **65-1090225**<br>**Armando R Rojas**<br>**403 NW 49th Ave.**<br>**Miami, FL  33126** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **267.26** | **267.26** | |
| ACCOUNT NO. **65-0031376**<br>**Camilo Menchaca**<br>**1915 SW 107th Ave., #403**<br>**Miami, FL  33165** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **306.60** | **306.60** | |

Sheet no. **2** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ **3,882.12** | $ **3,882.12** | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                             Case No. _____
_____                                   
Debtor(s)                                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225** **Carlos Lopez-Madariaga** **3340 SW 104th Ave.** **Miami, FL  33165** | X | J | **Payroll Wages Owed Business Debt** | | | | 226.32 | 226.32 | |
| ACCOUNT NO. **65-0031376** **Carmen Larios** **5847 SW 81th St.** **Miami, FL  33143** | X | J | **Payroll Wages Owed Business Debt** | | | | 2,057.85 | 2,057.85 | |
| ACCOUNT NO. **65-1090225** **Catalino Miranda-Devora** **12085 SW 18th St., #1** **Miami, FL  33175** | X | J | **Payroll Wages Owed Business Debt** | | | | 397.73 | 397.73 | |
| ACCOUNT NO. **65-0031376** **Catalino Miranda-Devora** **12085 SW 18th St., #1** **Miami, FL  33175** | X | J | **Payroll Wages Owed Business Debt** | | | | 709.50 | 709.50 | |
| ACCOUNT NO. **65-1090225** **Christian Largaespada** **531 SW 42nd Ave., #209** **Coral Gables, FL  33134** | X | J | **Payroll Wages Owed Business Debt** | | | | 1,051.97 | 1,051.97 | |
| ACCOUNT NO. **65-1090225** **Dalia Freijo Larios** **735 Calatrava Ave** **Miami, FL  33143** | X | J | **Payroll Wages Owed Business Debt** | | | | 278.17 | 278.17 | |

Sheet no. __**3**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **4,721.54**  $ **4,721.54**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)            $            $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) – Cont.

IN RE <u>Larios, Quintin & Larios, Maria</u>                    Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225**<br>**Damaris Mesa Benitez**<br>**5800 SW 104th St.**<br>**Miami, FL  33156** | X | J | **Payroll Wages Owed Business Debt** | | | | **493.94** | **493.94** | |
| ACCOUNT NO. **65-1090225**<br>**Daniel Lopez Alvarez**<br>**10922 SW 6th St., #2**<br>**Miami, FL  33174** | X | J | **Payroll Wages Owed Business Debt** | | | | **155.57** | **155.57** | |
| ACCOUNT NO. **65-1090225**<br>**Denis Humberto**<br>**18520 NW 77th Ave., #212**<br>**Hialeah, FL  33015** | X | J | **Payroll Wages Owed Business Debt** | | | | **646.32** | **646.32** | |
| ACCOUNT NO. **65-0031376**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **09/13 941 Tax Liability 06/14 Personal Guarantor** | | | | **104,269.25** | **104,269.25** | |
| ACCOUNT NO. **65-0031376**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **12/13 941 Tax Liability 06/14 Personal Guarantor** | | | | **97,293.32** | **97,293.32** | |
| ACCOUNT NO. **65-0031376**<br>**Diosdad Sanchez Acosta**<br>**1880 NW 36th St.**<br>**Miami, FL  33142** | X | J | **Payroll Wages Owed Business Debt** | | | | **689.74** | **689.74** | |

Sheet no. ____4____ of ____27____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                    Subtotal
          (Totals of this page)   $ **203,548.14** | $ **203,548.14** | $

                    Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

                    Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)         $      $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____ Case No. _____
          Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Dolores Argentin Aleman**<br>**171 NW 97th Ave., #311**<br>**Miami, FL  33172** | X | J | **Payroll Wages Owed Business Debt** | | | | **389.70** | **389.70** | |
| ACCOUNT NO. **65-1090225**<br>**Elida Argudin**<br>**14554 SW 97th St.**<br>**Miami, FL  33186** | X | J | **Payroll Wages Owed Business Debt** | | | | **229.72** | **229.72** | |
| ACCOUNT NO. **65-1090225**<br>**Elmer Ricardo Gonzalez**<br>**11310 NW 1st St.**<br>**Miami, FL  33172** | X | J | **Payroll Wages Owed Business Debt** | | | | **238.53** | **238.53** | |
| ACCOUNT NO. **65-1090225**<br>**Ernesto Evora**<br>**12933 SW 207 Terr.**<br>**Miami, FL  33177** | X | J | **Payroll Wages Owed Business Debt** | | | | **408.35** | **408.35** | |
| ACCOUNT NO. **65-1090225**<br>**Estrella Perdomo**<br>**14483 SW 50th Lane**<br>**Miami, FL  33175** | X | J | **Payroll Wages Owed Business Debt** | | | | **471.33** | **471.33** | |
| ACCOUNT NO. **65-0031376**<br>**Evert Dorta-Alfonso**<br>**41 SW 71th Ave.**<br>**Miami, FL  33134** | X | J | **Payroll Wages Owed Business Debt** | | | | **277.79** | **277.79** | |

Sheet no. ___5___ of ___27___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,015.42** $ **2,015.42** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE <u>Larios, Quintin & Larios, Maria</u>                                    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376** <br> **Felipe Chiong Bu** <br> **8089 NW 8th St., #9** <br> **Miami, FL  33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **505.74** | **505.74** | |
| ACCOUNT NO. **65-1090225** <br> **Felix Espinosa** <br> **1075 W. 68th St., #417** <br> **Hialeah, FL  33014** | X | J | **Payroll Wages Owed Business Debt** | | | | **364.61** | **364.61** | |
| ACCOUNT NO. **65-1090225** <br> **Francisco Hernandez** <br> **14682 SW 29th St.** <br> **Miami, FL  33175** | X | J | **Payroll Wages Owed Business Debt** | | | | **338.25** | **338.25** | |
| ACCOUNT NO. **65-0031376** <br> **Francisco Hernandez** <br> **14682 SW 29th St.** <br> **Miami, FL  33175** | X | J | **Payroll Wages Owed Business Debt** | | | | **944.58** | **944.58** | |
| ACCOUNT NO. **65-1090225** <br> **Franklin Mariduena** <br> **958 NE 42nd Terr.** <br> **Homestead, FL  33033** | X | J | **Payroll Wages Owed Business Debt** | | | | **553.03** | **553.03** | |
| ACCOUNT NO. **65-0031376** <br> **Galina E. Rojas Izquierdo** <br> **910 SW 93rd Place** <br> **Miami, FL  33174** | X | J | **Payroll Wages Owed Business Debt** | | | | **450.09** | **450.09** | |

Sheet no. <u>__6__</u> of <u>__27__</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **3,156.30** $ **3,156.30** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $                    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Larios, Quintin & Larios, Maria</u>                                                        Case No. _____
                                             Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225**<br>**German Marin**<br>**9511 SW 148th Place**<br>**Miami, FL  33196** | X | J | **Payroll Wages Owed Business Debt** | | | | **168.14** | **168.14** | |
| ACCOUNT NO. **65-1090225**<br>**Gonzalo Zulueta**<br>**170 Esat 41th St.**<br>**Hialeah, FL  33013** | X | J | **Payroll Wages Owed Business Debt** | | | | **752.41** | **752.41** | |
| ACCOUNT NO. **65-1090225**<br>**Guillermo Gonzalez Bello**<br>**15017 SW 80th Terr.**<br>**Miami, FL  33193** | X | J | **Payroll Wages Owed Business Debt** | | | | **521.64** | **521.64** | |
| ACCOUNT NO. **65-0031376**<br>**Guillermo Perez**<br>**676 NW 124th Ave.**<br>**Miami, FL  33182** | X | J | **Payroll Wages Owed Business Debt** | | | | **501.83** | **501.83** | |
| ACCOUNT NO. **65-1090225**<br>**Harold Martinez**<br>**4430 SW 87th Ave.**<br>**Miami, FL  33165** | X | J | **Payroll Wages Owed Business Debt** | | | | **231.67** | **231.67** | |
| ACCOUNT NO. **65-1090225**<br>**Henry Cantillo Guerra**<br>**2801 SW 107th Ave.**<br>**Miami, FL  33174** | X | J | **Payroll Wages Owed Business Debt** | | | | **359.70** | **359.70** | |

Sheet no. ____**7**____ of ____**27**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,535.39**  $ **2,535.39**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE <u>Larios, Quintin & Larios, Maria</u>                     Case No. _____
                Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225** <br> **Heriberto Martinez** <br> **10811 SW 7th St., #1** <br> **Miami, FL  33174** | X | J | **Payroll Wages Owed Business Debt** | | | | **156.36** | **156.36** | |
| ACCOUNT NO. **65-0031376** <br> **Ingris Cordova Suarez** <br> **7801 SW 98th Ct.** <br> **Miami, FL  33173** | X | J | **Payroll Wages Owed Business Debt** | | | | **404.86** | **404.86** | |
| ACCOUNT NO. **65-1090225** <br> **Isela M. Fung** <br> **13927 SW 164th Terr.** <br> **Miami, FL  33177** | X | J | **Payroll Wages Owed Business Debt** | | | | **634.65** | **634.65** | |
| ACCOUNT NO. **65-1090225** <br> **Jesus Armesto** <br> **537 E. 36th St.** <br> **Hialeah, FL  33013** | X | J | **Payroll Wages Owed Business Debt** | | | | **572.46** | **572.46** | |
| ACCOUNT NO. **65-1090225** <br> **Jesus Pardo** <br> **9293 SW 39th St.** <br> **Miami, FL  33165** | X | J | **Payroll Wages Owed Business Debt** | | | | **394.55** | **394.55** | |
| ACCOUNT NO. **65-0031376** <br> **Jesus R Castro Rodriguez** <br> **1370 NW 5th St., #7** <br> **Miami, FL  33125** | X | J | **Payroll Wages Owed Business Debt** | | | | **417.57** | **417.57** | |

Sheet no. __**8**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)    $ **2,580.45**    $ **2,580.45**    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE <u>Larios, Quintin & Larios, Maria</u>                                    Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Jesus Sanchez Ayala**<br>**3270 W. Trial Ave.**<br>**Miami, FL  33133** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **474.61** | **474.61** | |
| ACCOUNT NO. **65-1090225**<br>**Jorge Hung**<br>**9410 W. Flagler St. #4A**<br>**Miami, FL  33145** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **1.00** | **1.00** | |
| ACCOUNT NO. **65-1090225**<br>**Jorge Luis Perez**<br>**3174 NW 30th St., #B**<br>**Miami, FL  33142** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **409.91** | **409.91** | |
| ACCOUNT NO. **65-0031376**<br>**Jorge O Valdes**<br>**1699 W. 64th St.**<br>**Hialeah, FL  33012** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **459.51** | **459.51** | |
| ACCOUNT NO. **65-0031376**<br>**Jose A Arevalo**<br>**2979 NW 11th St.**<br>**Miami, FL  33125** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **1,113.72** | **1,113.72** | |
| ACCOUNT NO. **65-1090225**<br>**Jose A. Hernandez**<br>**2950 NW 4th St.**<br>**Miami, FL  33125** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **502.01** | **502.01** | |

Sheet no. ___9___ of ___27___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **2,960.76** $ **2,960.76** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)-Cont.

IN RE **Larios, Quintin & Larios, Maria** _____     Case No. _____
<u>Debtor(s)</u>     (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>**Wages, salaries, and commissions**</u>

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225**<br><br>**Jose F. Moreno**<br>**1553 SW 5th St., #5**<br>**Miami, FL 33135** | X | J | **Payroll Wages Owed Business Debt** | | | | 1,211.66 | 1,211.66 | |
| ACCOUNT NO. **65-1090225**<br><br>**Jose Ramon Fernandez**<br>**7541 SW 157th Court**<br>**Miami, FL 33193** | X | J | **Payroll Wages Owed Business Debt** | | | | 350.34 | 350.34 | |
| ACCOUNT NO. **65-0031376**<br><br>**Jose S Suarez**<br>**8425 NW 8th St., #404**<br>**Miami, FL 33126** | X | J | **Payroll Wages Owed Business Debt** | | | | 1,088.97 | 1,088.97 | |
| ACCOUNT NO. **65-1090225**<br><br>**Jose Soler Gongora**<br>**3720 SW 27th Ave.**<br>**Miami, FL 33134** | X | J | **Payroll Wages Owed Business Debt** | | | | 593.95 | 593.95 | |
| ACCOUNT NO. **65-0031376**<br><br>**Josefina Perez**<br>**541 E. 26th St.**<br>**Hialeah, FL 33013** | X | J | **Payroll Wages Owed Business Debt** | | | | 227.51 | 227.51 | |
| ACCOUNT NO. **65-1090225**<br><br>**Joseph Clerville**<br>**15625 SW 288th St., #E-207**<br>**Homestead, FL 33033** | X | J | **Payroll Wages Owed Business Debt** | | | | 574.16 | 574.16 | |

Sheet no. **10** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **4,046.59** $ **4,046.59** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Larios, Quintin & Larios, Maria         Case No. _____
           Debtor(s)                                       (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Juan C Moreno**<br>**2150 NW 9th St., #204**<br>**Miami, FL 33125** | X | J | **Payroll Wages Owed Business Debt** | | | | **718.78** | **718.78** | |
| ACCOUNT NO. **65-0031376**<br>**Juan Carlos Gayoso**<br>**6745 W. 26th Drive, Unit 4, #201**<br>**Hialeah Gardens, FL 33016** | X | J | **Payroll Wages Owed Business Debt** | | | | **269.29** | **269.29** | |
| ACCOUNT NO. **65-1090225**<br>**Juan Dorta Garcia**<br>**735 Calatrava Ave.**<br>**Miami, FL 33143** | X | J | **Payroll Wages Owed Business Debt** | | | | **183.38** | **183.38** | |
| ACCOUNT NO. **65-0031376**<br>**Juana M Ojito**<br>**3901 SW 78th Ct., #103**<br>**Miami, FL 33155** | X | J | **Payroll Wages Owed Business Debt** | | | | **153.04** | **153.04** | |
| ACCOUNT NO. **65-0031376**<br>**Julio Moreno**<br>**4065 SW 98th Ave.,**<br>**Miami, FL 33165** | X | J | **Payroll Wages Owed Business Debt** | | | | **430.82** | **430.82** | |
| ACCOUNT NO. **65-1090225**<br>**Karla Useda**<br>**531 SW 42nd Ave., #209**<br>**Coral Gables, FL 33134** | X | J | **Payroll Wages Owed Business Debt** | | | | **460.02** | **460.02** | |

Sheet no. __11__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,215.33** | $ **2,215.33** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE <u>Larios, Quintin & Larios, Maria</u>                    Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376** <br> **Kleysy Echemendia** <br> **136 NW 44th Ave.** <br> **Miami, FL 33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **414.07** | **414.07** | |
| ACCOUNT NO. **65-1090225** <br> **Lean Crespo** <br> **7420 SW 72nd St.** <br> **Miami, FL 33143** | X | J | **Payroll Wages Owed Business Debt** | | | | **700.41** | **700.41** | |
| ACCOUNT NO. **65-0031376** <br> **Lean Crespo** <br> **7420 SW 72nd St.** <br> **Miami, FL 33143** | X | J | **Payroll Wages Owed Business Debt** | | | | **555.23** | **555.23** | |
| ACCOUNT NO. **65-0031376** <br> **Leidisbel Perez** <br> **890 NW 45th Ave., #22** <br> **Miami, FL 33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **86.82** | **86.82** | |
| ACCOUNT NO. **65-0031376** <br> **Leonardo Matos** <br> **240 SW 69th Ave.** <br> **Miami, FL 33134** | X | J | **Payroll Wages Owed Business Debt** | | | | **596.39** | **596.39** | |
| ACCOUNT NO. **65-0031376** <br> **Libia C Novo** <br> **14682 SW 29th Terr.** <br> **Miami, FL 33175** | X | J | **Payroll Wages Owed Business Debt** | | | | **395.11** | **395.11** | |

Sheet no. __12__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,748.03** $ **2,748.03** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____ Case No. _____
                              Debtor(s)                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376** <br> **Lily Martinez** <br> **7565 SW 163rd Ct.** <br> **Miami, FL 33193** | X | J | **Payroll Wages Owed Business Debt** | | | | **305.90** | **305.90** | |
| ACCOUNT NO. **65-1090225** <br> **Liset Bofill Miranda** <br> **8166 NW 10th St., #5** <br> **Miami, FL 33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **52.57** | **52.57** | |
| ACCOUNT NO. **65-0031376** <br> **Luis Gonzalez Perez** <br> **181 NW 67th Ct.** <br> **Miami, FL 33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **283.00** | **283.00** | |
| ACCOUNT NO. **65-1090225** <br> **Luisa Liriano** <br> **671 SE 2nd St.** <br> **Homestead, FL 33030** | X | J | **Payroll Wages Owed Business Debt** | | | | **276.02** | **276.02** | |
| ACCOUNT NO. **65-1090225** <br> **Mabel Aguila** <br> **4585 NW 9th St., #5** <br> **Miami, FL 33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **659.16** | **659.16** | |
| ACCOUNT NO. **65-0031376** <br> **Mailyn Lopez** <br> **7050 SW 22nd St.** <br> **Miami, FL 33166** | X | J | **Payroll Wages Owed Business Debt** | | | | **375.38** | **375.38** | |

Sheet no. **13** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **1,952.03** $ **1,952.03** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Larios, Quintin & Larios, Maria      Case No. _____
<br>             Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Manuel Brunet Cabral**<br>**110 SW 108th Ave., #H-1**<br>**Miami, FL  33174** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **568.93** | **568.93** | |
| ACCOUNT NO. **65-0031376**<br>**Manuel De Jesus Arevalos**<br>**2977 NW 11th St.**<br>**Miami, FL  33125** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **1,036.37** | **1,036.37** | |
| ACCOUNT NO. **65-0031376**<br>**Manuel Gonzalez**<br>**34 SW 61st Ave.**<br>**Miami, FL  33144** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **490.26** | **490.26** | |
| ACCOUNT NO. **65-1090225**<br>**Marcelo Torna Cartelles**<br>**8851 NW 119th St., #1205**<br>**Hialeah Gardens, FL  33018** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **496.88** | **496.88** | |
| ACCOUNT NO. **65-1090225**<br>**Marcia Castro**<br>**9511 SW 148th Place**<br>**Miami, FL  33196** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **378.22** | **378.22** | |
| ACCOUNT NO. **65-1090225**<br>**Maria C Abreu**<br>**1921 SW 107th Ave., #507**<br>**Miami, FL  33165** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **185.79** | **185.79** | |

Sheet no. __14__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **3,156.45**   $ **3,156.45**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)      $      $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE <u>Larios, Quintin & Larios, Maria</u>    Case No. _____
     Debtor(s)          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Maria D Luis Gonzalez**<br>**14803 SW 83rd Terr.**<br>**Miami, FL 33193** | X | J | **Payroll Wages Owed Business Debt** | | | | **562.92** | **562.92** | |
| ACCOUNT NO. **65-0031376**<br>**Maria Del Carmen Jaime**<br>**10962 SW 3rd St., #F-3**<br>**Miami, FL 33176** | X | J | **Payroll Wages Owed Business Debt** | | | | **560.52** | **560.52** | |
| ACCOUNT NO. **65-0031376**<br>**Maria I Alberto**<br>**7801 SW 98th Ct.**<br>**Miami, FL 33173** | X | J | **Payroll Wages Owed Business Debt** | | | | **328.66** | **328.66** | |
| ACCOUNT NO. **65-1090225**<br>**Maria I Rojas**<br>**9625 SW 24th St., #C-214**<br>**Miami, FL 33165** | X | J | **Payroll Wages Owed Business Debt** | | | | **464.72** | **464.72** | |
| ACCOUNT NO. **65-1090225**<br>**Maria Teresa Larios**<br>**735 Calatrava Ave**<br>**Miami, FL 33143** | X | J | **Payroll Wages Owed Business Debt** | | | | **687.32** | **687.32** | |
| ACCOUNT NO. **65-0031376**<br>**Maria Teresa Larios**<br>**735 Calatrava Ave**<br>**Miami, FL 33143** | X | J | **Payroll Wages Owed Business Debt** | | | | **687.32** | **687.32** | |

Sheet no. <u>15</u> of <u>27</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **3,291.46** $ **3,291.46** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Larios, Quintin & Larios, Maria _____  Case No. _____
                                         Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Marisol Aranzola Diaz**<br>**555 NE 72nd Ave., #411**<br>**Miami, FL  33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **388.55** | **388.55** | |
| ACCOUNT NO. **65-0031376**<br>**Marisol Ortega**<br>**8185 NW 7th St., #522**<br>**Miami, FL  33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **28.00** | **28.00** | |
| ACCOUNT NO. **65-1090225**<br>**Maritza Perez-Brito**<br>**10341 SW 168th St.**<br>**Miami, FL  33157** | X | J | **Payroll Wages Owed Business Debt** | | | | **339.93** | **339.93** | |
| ACCOUNT NO. **65-1090225**<br>**Mavic Alberich**<br>**6256 SW 129th Ave.,**<br>**Miami, FL  33183** | X | J | **Payroll Wages Owed Business Debt** | | | | **229.72** | **229.72** | |
| ACCOUNT NO. **65-0031376**<br>**Maylen Miranda**<br>**6800 NW 179th St., #105**<br>**Hialeah, FL  33015** | X | J | **Payroll Wages Owed Business Debt** | | | | **267.09** | **267.09** | |
| ACCOUNT NO. **65-0031376**<br>**Merlyn Izquierdo Benitez**<br>**11265 SW 33rd Circle Place**<br>**Miami, FL  33165** | X | J | **Payroll Wages Owed Business Debt** | | | | **532.34** | **532.34** | |

Sheet no. __**16**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **1,785.63** | $ **1,785.63** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE <u>Larios, Quintin & Larios, Maria</u>                                   Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225**<br>**Michel Mesa**<br>**4244 SW 6th St.**<br>**Miami, FL  33134** | X | J | **Payroll Wages Owed Business Debt** | | | | **176.22** | **176.22** | |
| ACCOUNT NO. **65-1090225**<br>**Miguel Infante Rodriguez**<br>**2265 NW 21th Terr.**<br>**Miami, FL  33142** | X | J | **Payroll Wages Owed Business Debt** | | | | **311.79** | **311.79** | |
| ACCOUNT NO. **65-1090225**<br>**Miguel Norcisa**<br>**462 Grand Canal Drive**<br>**Miami, FL  33144** | X | J | **Payroll Wages Owed Business Debt** | | | | **452.28** | **452.28** | |
| ACCOUNT NO. **65-0031376**<br>**Miguel Norcisa**<br>**462 Grand Canal Drive**<br>**Miami, FL  33144** | X | J | **Payroll Wages Owed Business Debt** | | | | **876.05** | **876.05** | |
| ACCOUNT NO. **65-0031376**<br>**Miriam Cordova**<br>**2507 NW 16th Road., #311**<br>**Miami, FL  33125** | X | J | **Payroll Wages Owed Business Debt** | | | | **377.18** | **377.18** | |
| ACCOUNT NO. **65-1090225**<br>**Miriam D Rodriguez**<br>**2465 SE 15th Place**<br>**Homestead, FL  33035** | X | J | **Payroll Wages Owed Business Debt** | | | | **696.22** | **696.22** | |

Sheet no. <u>17</u> of <u>27</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **2,889.74** | $ **2,889.74** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Larios, Quintin & Larios, Maria**
_____
Debtor(s)                          Case No. _____
                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225**<br>**Misleydi Benitez**<br>**7992 SW 4th St.**<br>**Miami, FL  33144** | X | J | **Payroll Wages Owed Business Debt** | | | | **287.55** | **287.55** | |
| ACCOUNT NO. **65-1090225**<br>**Morella Garcia**<br>**13838 Kendal Drive**<br>**Miami, FL  33183** | X | J | **Payroll Wages Owed Business Debt** | | | | **402.43** | **402.43** | |
| ACCOUNT NO. **65-1090225**<br>**Nataly Reyes Martinez**<br>**236 E. 14th St.**<br>**Hialeah, FL  33010** | X | J | **Payroll Wages Owed Business Debt** | | | | **395.11** | **395.11** | |
| ACCOUNT NO. **65-1090225**<br>**Nelson Espinoza**<br>**1553 SW 5th St., #5**<br>**Miami, FL  33135** | X | J | **Payroll Wages Owed Business Debt** | | | | **234.10** | **234.10** | |
| ACCOUNT NO. **65-0031376**<br>**Nelson Luis Puig Marquez**<br>**8262 NW 5th Lane., #392**<br>**Miami, FL  33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **304.89** | **304.89** | |
| ACCOUNT NO. **65-0031376**<br>**Nilda Barrios**<br>**3661 SW 9th Terr., #401**<br>**Miami, FL  33135** | X | J | **Payroll Wages Owed Business Debt** | | | | **319.57** | **319.57** | |

Sheet no. __**18**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **1,943.65** $ **1,943.65** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)                    $                    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Larios, Quintin & Larios, Maria                    Case No. _____
_____
                    Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Nilda J Fernandez**<br>**12960 SW 17th Terr.**<br>**Miami, FL  33175** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **184.49** | **184.49** | |
| ACCOUNT NO. **65-031376**<br>**Niurka Franco**<br>**12455 SW 32nd Terr.**<br>**Miami, FL  33175** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **466.05** | **466.05** | |
| ACCOUNT NO. **65-0031376**<br>**Orlando Rivera**<br>**432 SW 78th Ct.**<br>**Miami, FL  33144** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **281.95** | **281.95** | |
| ACCOUNT NO. **65-1090225**<br>**Osmany Pontigo Abreu**<br>**3722 SW 27th St.**<br>**Miami, FL  33134** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **275.42** | **275.42** | |
| ACCOUNT NO. **65-0031376**<br>**Osmaro Garcia-Pelletier**<br>**2160 SW 24th Terr.**<br>**Miami, FL  33145** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **487.01** | **487.01** | |
| ACCOUNT NO. **65-1090225**<br>**Quintin Larios**<br>**735 Calatrava Ave**<br>**Miami, FL  33143** | X | J | **Payroll Wages Owed**<br>**Business Debt** | | | | **687.32** | **687.32** | |

Sheet no. **19** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ **2,382.24**  $ **2,382.24**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $     $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Larios, Quintin & Larios, Maria _____    Case No. _____
              Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Quintin Larios**<br>**735 Calatrava Ave**<br>**Miami, FL 33143** | X | J | **Payroll Wages Owed Business Debt** | | | | **687.32** | **687.32** | |
| ACCOUNT NO. **65-0031376**<br>**Reinier Valdes**<br>**485 SW 78th Place**<br>**Miami, FL 33144** | X | J | **Payroll Wages Owed Business Debt** | | | | **253.85** | **253.85** | |
| ACCOUNT NO. **65-1090225**<br>**Ricardo Casas**<br>**13731 SW 84th St., #D**<br>**Miami, FL 33183** | X | J | **Payroll Wages Owed Business Debt** | | | | **91.27** | **91.27** | |
| ACCOUNT NO. **65-003176**<br>**Richard A. Gonzalez Parra**<br>**1950 W. 54th St., #306**<br>**Hialeah, FL 33012** | X | J | **Payroll Wages Owed Business Debt** | | | | **319.62** | **319.62** | |
| ACCOUNT NO. **65-1090225**<br>**Roberto Hernandez Santos**<br>**934 NW 136th Place**<br>**Miami, FL 33182** | X | J | **Payroll Wages Owed Business Debt** | | | | **249.17** | **249.17** | |
| ACCOUNT NO. **65-0031376**<br>**Roberto Power**<br>**1915 SW 107th Ave., #403**<br>**Miami, FL 33165** | X | J | **Payroll Wages Owed Business Debt** | | | | **985.32** | **985.32** | |

Sheet no. **20** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,586.55** $ **2,586.55** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ _____ $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                         Case No. _____
              Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____
**Wages, salaries, and commissions**
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225**<br>**Rod Gonzalez Hernandez**<br>**8701 SW 89th Ct.**<br>**Miami, FL  33173** | X | J | **Payroll Wages Owed Business Debt** | | | | **440.93** | **440.93** | |
| ACCOUNT NO. **65-0031376**<br>**Rolando Gonzalez**<br>**8201 NW 8th St., #406**<br>**Miami, FL  33126** | X | J | **Payroll Wages Owed Business Debt** | | | | **536.03** | **536.03** | |
| ACCOUNT NO. **65-1090225**<br>**Roque E Sancan Quimis**<br>**3534 SW 11th St.**<br>**Miami, FL  33135** | X | J | **Payroll Wages Owed Business Debt** | | | | **617.69** | **617.69** | |
| ACCOUNT NO. **65-1090225**<br>**Santos Aguilar**<br>**753 SW 5th St., #5**<br>**Miami, FL  33130** | X | J | **Payroll Wages Owed Business Debt** | | | | **1,182.72** | **1,182.72** | |
| ACCOUNT NO. **65-1090225**<br>**Tomas Yzquierdo**<br>**752 SE Park Drive**<br>**Hialeah, FL  33010** | X | J | **Payroll Wages Owed Business Debt** | | | | **476.23** | **476.23** | |
| ACCOUNT NO. **65-1090225**<br>**Victor Jimenez-Montalvo**<br>**955 NW 30th Place**<br>**Miami, FL  33125** | X | J | **Payroll Wages Owed Business Debt** | | | | **610.32** | **610.32** | |

Sheet no. __**21**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **3,863.92**  $ **3,863.92**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $                $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                          Case No. _____
                           Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225** <br> **Victor Mora** <br> **11617 SW 90th St.** <br> **Miami, FL  33176** | X | J | **Payroll Wages Owed Business Debt** | | | | **148.27** | **148.27** | |
| ACCOUNT NO. **65-1090225** <br> **William Garay Mena** <br> **7931 SW 13th Terr.** <br> **Miami, FL  33144** | X | J | **Payroll Wages Owed Business Debt** | | | | **618.37** | **618.37** | |
| ACCOUNT NO. **65-1090225** <br> **Yalmira A. Perez Garcia** <br> **602 SW Central Blvd.** <br> **Miami, FL  33144** | X | J | **Payroll Wages Owed Business Debt** | | | | **433.08** | **433.08** | |
| ACCOUNT NO. **65-1090225** <br> **Yanet Diaz** <br> **9011 SW 138th St., #B** <br> **Miami, FL  33176** | X | J | **Payroll Wages Owed Business Debt** | | | | **388.49** | **388.49** | |
| ACCOUNT NO. **65-0031376** <br> **Yasmani Torres Gonzalez** <br> **1450 SW 118th Ave.** <br> **Miami, FL  33104** | X | J | **Payroll Wages Owed Business Debt** | | | | **250.29** | **250.29** | |
| ACCOUNT NO. **65-0031376** <br> **Yohan Ojito** <br> **3642 NW 23rd Ct.** <br> **Miami, FL  33142** | X | J | **Payroll Wages Owed Business Debt** | | | | **418.87** | **418.87** | |

Sheet no. __**22**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,257.37**  $ **2,257.37**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** <u>Larios, Quintin & Larios, Maria</u>                    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376** <br> **Yosbell Diez** <br> **270 SW 68th Ave.** <br> **Miami, FL  33144** | X | J | **Payroll Wages Owed Business Debt** | | | | **439.30** | **439.30** | |
| ACCOUNT NO. **65-1090225** <br> **Yosmel Hernandez** <br> **6921 SW 158th Ave.** <br> **Miami, FL  33193** | X | J | **Payroll Wages Owed Business Debt** | | | | **594.18** | **594.18** | |
| ACCOUNT NO. **65-1090225** <br> **Yovanny Martinez** <br> **8905 NW 114th Terr.** <br> **Hialeah Gardens, FL  33018** | X | J | **Payroll Wages Owed Business Debt** | | | | **342.65** | **342.65** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**23**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **1,376.13** | $ **1,376.13** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Larios, Quintin & Larios, Maria** _____  Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225**<br>**Department Of The Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326** | X | J | **03/2012 941 Tax Liability 11/14 Personal Guarantor** | | | | 94,519.38 | 94,519.38 | |
| ACCOUNT NO. **65-1090225**<br>**Department Of The Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326** | X | J | **06/12 941 Tax Liability 11/14 Personal Guarantor** | | | | 136,297.65 | 136,297.65 | |
| ACCOUNT NO. **65-1090225**<br>**Department Of The Treasury Internal Revenue Services PO Box 21126 Philadelphia, PA 19114-0326** | X | J | **06/13 941 Tax Liability 11/14 Personal Guarantor** | | | | 57,065.98 | 57,065.98 | |
| ACCOUNT NO. **65-1090225**<br>**Department Of The Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326** | X | J | **09/2013 941 Tax Liability 11/14 Personal Guarantor** | | | | 102,182.51 | 102,182.51 | |
| ACCOUNT NO. **65-1090225**<br>**Department Of The Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326** | X | J | **03/14 941 Tax Liability 11/14 Personal Guarantor** | | | | 47,730.99 | 47,730.99 | |
| ACCOUNT NO. **65-1090225**<br>**Department Of The Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326** | X | J | **06/14 941 Tax Liability 11/14 Personal Guarantor** | | | | 81,654.45 | 81,654.45 | |

Sheet no. ____**24**____ of ____**27**____ continuation sheets attached to　　　　　　　　Subtotal | $ 519,450.96 | $ 519,450.96 | $
Schedule of Creditors Holding Unsecured Priority Claims　　　　　(Totals of this page)

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $

B6E (Official Form 6E) (04/13)-Cont.

**IN RE** Larios, Quintin & Larios, Maria        Case No. _____

Debtor(s)            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **09/12 941 Tax Liability 11/14 Personal Guarantor** | | | | **110,993.16** | **110,993.16** | |
| ACCOUNT NO. **65-1090225**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **12/11 941 Tax Liability 11/14 Personal Guarantor** | | | | **20,150.66** | **20,150.66** | |
| ACCOUNT NO. **65-1090225**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **12/11 941 Tax Liability 07/14 Personal Guarantor** | | | | **34,967.25** | **34,967.25** | |
| ACCOUNT NO. **65-0031376**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **12/11 941 Tax Liability 06/14 Personal Guarantor** | | | | **68,164.21** | **68,164.21** | |
| ACCOUNT NO. **65-0031376**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **03/2012 941 Tax Liability 06/14 Personal Guarantor** | | | | **113,210.60** | **113,210.60** | |
| ACCOUNT NO. **65-0031376**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **09/12 941 Tax Liability 06/14 Personal Guarantor** | | | | **103,939.55** | **103,939.55** | |

Sheet no. ___25___ of ___27___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **451,425.43**   $ **451,425.43**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Larios, Quintin & Larios, Maria                                    Case No. _____
_____                                          _____
              Debtor(s)                                                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **12/12 941 Tax Liability 06/14 Personal Guarantor** | | | | **71,510.88** | **71,510.88** | |
| ACCOUNT NO. **65-0031376**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **03/13 941 Tax Liability 06/14 Personal Guarantor** | | | | **27,617.07** | **27,617.07** | |
| ACCOUNT NO. **65-0031376**<br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | X | J | **06/13 941 Tax Liability 06/14 Personal Guarantor** | | | | **79,218.60** | **79,218.60** | |
| ACCOUNT NO. **xxx-xx-9017**<br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | W | **Tax Lien-Form CIVPEN- 03/12** | | | | **52,001.91** | **52,001.91** | |
| ACCOUNT NO. **xxx-xx-9017**<br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | W | **Tax Lien- Form CIVPEN- 06/12** | | | | **60,419.34** | **60,419.34** | |
| ACCOUNT NO. **xxx-xx-9017**<br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | W | **Tax Lien-Form CIVPEN 09/12** | | | | **52,783.51** | **52,783.51** | |

Sheet no. __**26**__ of __**27**__ continuation sheets attached to                                    Subtotal      $ **343,551.31** | $ **343,551.31** | $
Schedule of Creditors Holding Unsecured Priority Claims              (Totals of this page)

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)                          $                $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                  Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-5977**<br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** | | H | Tax Lien-Form CIVPEN-09/12 | | | X | **1.00** | **1.00** | |
| ACCOUNT NO. **11934451**<br>**Florida Department Of Revenue**<br>**Miami Service Center**<br>**8175 NW 12th St, # 119**<br>**Doral, FL  33126-1828** | | J | Sales and Use Tax | | | | **24,035.13** | **24,035.13** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**27**__ of __**27**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $  **24,036.13**  $  **24,036.13**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ **1,603,090.72**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ **1,603,090.72**  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Larios, Quintin & Larios, Maria                                  Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **165970** <br><br>**Al-Flex, Exterminators, Inc.** <br>**P.O. Box 650213** <br>**Miami, FL  33265-0213** | X | J | **Business Debt** | | | | **559.08** |
| ACCOUNT NO. **151107** <br><br>**Al-Flex, Exterminators, Inc.** <br>**P.O. Box 650213** <br>**Miami, FL  33265-0213** | X | J | **Business Debt** | | | | **36.58** |
| ACCOUNT NO. **13-272-C** <br><br>**Al-Flex, Exterminators, Inc.** <br>**P.O. Box 650213** <br>**Miami, FL  33265-0213** | | J | **Business Debt** | | | | **1,219.80** |
| ACCOUNT NO. **65-1090225** <br><br>**Alarm And Electronics, Inc.** <br>**13973 SW 140th St.** <br>**Miami, FL  33186** | X | J | **Business Debt** | | | | **73.83** |

_____**41** continuation sheets attached

Subtotal
(Total of this page)                                       $ **1,889.29**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)              $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____ Case No. _____
        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-5977-xxx-xx-9017**<br>**Alfonzo Guzman**<br>**C/O Corona Law Firm, P.A**<br>**3899 Nw 7th St, 2nd Floor**<br>**Miami, FL  33126** | | H | Services Rendered | | X | | 1.00 |
| ACCOUNT NO. **0401965**<br>**All Florida Paper, Inc.**<br>**9150 NW 105th Way**<br>**Medley, FL  33178** | X | J | Busines Debt | | | | 7,493.02 |
| ACCOUNT NO. **LMIA172074**<br>**ALSCO**<br>**1415 NW 21th Terr.**<br>**Miami, FL  33142** | X | J | Business Debt | | | | 270.97 |
| ACCOUNT NO. **LMIA170628**<br>**ALSCO**<br>**1415 NW 21th Terr.**<br>**Miami, FL  33142** | X | J | Business Debt | | | | 157.62 |
| ACCOUNT NO. **169348**<br>**ALSCO**<br>**1415 NW 21th Terr.**<br>**Miami, FL  33142** | | J | Business Debt | | | | 198.76 |
| ACCOUNT NO. **LMIA168070**<br>**ALSCO**<br>**1415 NW 21th Terr.**<br>**Miami, FL  33142** | | J | Business Debt | | | | 351.93 |
| ACCOUNT NO. **LMIA166767**<br>**ALSCO**<br>**1415 NW 21th Terr.**<br>**Miami, FL  33142** | | J | Business Debt | | | | 351.93 |

Sheet no. _____**1**___ of ___**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,825.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                    Case No. _____
_____                                                    _____
                    Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **LMIA165432**<br>**ALSCO**<br>**1415 NW 21th Terr.**<br>**Miami, FL  33142** | | J | **Business Debt** | | | | **358.12** |
| ACCOUNT NO. **65-0031376**<br>**ALSCO**<br>**1415 NW 21th Terr.**<br>**Miami, FL  33142** | X | J | **Business Debt** | | | | **192.31** |
| ACCOUNT NO. **88575552**<br>**American Honda Finance**<br>**Po Box 1027**<br>**Alpharetta, GA  30009** | | J | **Installment Loan 03/12**<br>**$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO. **3499913663938093**<br>**Amex**<br>**P.o. Box 981537**<br>**El Paso, TX  79998** | | H | **Revolving Credit Card 12/83-12/14** | | | | **55.00** |
| ACCOUNT NO.<br>**American Express**<br>**P.O. Box 3001**<br>**Malvern, PA  19355** | | | **Assignee or other notification for:**<br>**Amex** | | | | |
| ACCOUNT NO.<br>**American Express**<br>**16 General Warren Blvd**<br>**Malvern, PA  19355** | | | **Assignee or other notification for:**<br>**Amex** | | | | |
| ACCOUNT NO. **3499921373416893**<br>**Amex**<br>**P.o. Box 981537**<br>**El Paso, TX  79998** | X | J | **Revolving Credit Card 06/07-01/15**<br>**Business Debt** | | | | **32,813.91** |

Sheet no. _____**2**___ of ____**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  $ **33,420.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)      $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                Case No. _____
_____
          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Express**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | | **Assignee or other notification for:**<br>**Amex** | | | | |
| ACCOUNT NO.<br>**American Express**<br>**P.O. Box 3001**<br>**Malvern, PA 19355** | | | **Assignee or other notification for:**<br>**Amex** | | | | |
| ACCOUNT NO. **65-0031376**<br>**Angel Alonso**<br>**1395 W 39 Place**<br>**Hialeah, FL 33012** | X | J | **Business Debt** | | | | 310.00 |
| ACCOUNT NO. **65-1090225**<br>**Angel Alonso**<br>**1395 W 39 Place**<br>**Hialeah, FL 33012** | X | J | **Business Debt** | | | | 250.00 |
| ACCOUNT NO. **7705**<br>**Angie Printing**<br>**6341 NW 87rh Ave**<br>**Miami, FL 33178** | | J | **Business Debt** | | | | 298.53 |
| ACCOUNT NO. **7271**<br>**Angie Printing**<br>**6341 NW 87th Ave.**<br>**Miami, FL 33178** | | J | **Business Debt** | | | | 214.00 |
| ACCOUNT NO. **7630**<br>**Angie Printing**<br>**6341 NW 87rh Ave**<br>**Miami, FL 33178** | X | J | **Business Debt** | | | | 321.00 |

Sheet no. ____**3**____ of ____**41**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,393.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7651** <br><br> **Angie Printing** <br> **6341 NW 87rh Ave** <br> **Miami, FL  33178** | | J | **Business Debt** | | | | 199.02 |
| ACCOUNT NO. **7676** <br><br> **Angie Printing** <br> **6341 NW 87rh Ave** <br> **Miami, FL  33178** | X | J | **Business Debt** | | | | 481.50 |
| ACCOUNT NO. **650031376** <br><br> **Angie Printing** <br> **6341 NW 87rh Ave** <br> **Miami, FL  33178** | X | J | **Business Debt** | | | | 628.36 |
| ACCOUNT NO. **1066** <br><br> **Arturo Fernandez** <br> **10260 SW 4th St.** <br> **Miami, FL  33174** | X | J | **Business Debt** | | | | 75.00 |
| ACCOUNT NO. **1069** <br><br> **Arturo Fernandez** <br> **10260 SW 4th St.** <br> **Miami, FL  33174** | X | J | **Business Debt** | | | | 90.00 |
| ACCOUNT NO. **1065** <br><br> **Arturo Fernandez** <br> **10260 SW 4th St.** <br> **Miami, FL  33174** | X | J | **Business Debt** | | | | 77.04 |
| ACCOUNT NO. **305 662 5644 003 0445** <br><br> **AT & T** <br> **PO Box 105262** <br> **Atlanta, GA  30348-5262** | X | J | **Business Debt** | | | | 847.02 |

Sheet no. _____ **4** of _____ **41** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **2,397.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria

Case No. _____

Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **305 266-5894 730 0440**<br>**AT & T**<br>**PO Box 105262**<br>**Atlanta, GA 30348-5262** | X | J | **Business Debt** | | | | **645.45** |
| ACCOUNT NO. **171-793-6628 571**<br>**AT & T**<br>**PO Box 5019**<br>**Carol Stream, IL 60197-5019** | X | J | **Business Debt** | | | | **1,860.42** |
| ACCOUNT NO. **3935**<br>**Bad Check Program Address**<br>**Po Box 350160**<br>**Miami, FL 33135-0160** | | J | **Services Rendered** | | | X | **1.00** |
| ACCOUNT NO. **565647**<br>**Badia Spices, Inc.**<br>**P.O. Box 226497**<br>**Doral, FL 33222-6497** | X | J | **Business Debt** | | | | **198.28** |
| ACCOUNT NO. **00213515305351**<br>**Bank Of America, N.A.**<br>**P.O. Box 660807**<br>**Dallas, TX 75266-0807** | | J | **Line of Credit 01/15** | | | | **62,111.76** |
| ACCOUNT NO. **6502579225**<br>**Barneys Ny**<br>**Po Box 326**<br>**Lyndhurst, NJ 07071** | | W | **Revolving Credit Card  04/13**<br>**$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO. **190117989589002**<br>**Bb&t**<br>**Po Box 1847**<br>**Wilson, NC 27894** | | J | **Installment Loan 08/05**<br>**$0 Balance on Credit Report** | | | | **1.00** |

Sheet no. _____**5** of _____**41** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **64,818.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                          Case No. _____
_____
          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **BB & T** <br> **Attn: Bankruptcy** <br> **Po Box 1847** <br> **Wilson, NC  27894** | | | Assignee or other notification for: <br> Bb&t | | | | |
| ACCOUNT NO. **5613262387** <br> **Bb&t** <br> **Po Box 1847** <br> **Wilson, NC  27894** | | J | **Revolving Credit Card 01/15** <br> **$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO. **9336612678098** <br> **Bb&t** <br> **P O Box 2027** <br> **Greenville, SC  29602** | | J | **Mortgage Loan 04/12** <br> **$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO. <br> **BB & T** <br> **Attn: Bankruptcy** <br> **Po Box 1847** <br> **Wilson, NC  27894** | | | Assignee or other notification for: <br> Bb&t | | | | |
| ACCOUNT NO. **5466-3460-1339-9384** <br> **Bk Of Amer** <br> **Po Box 982235** <br> **El Paso, TX  79998** | | J | **Revolving Credit Card 03/77-01/15** | | | | **9,930.96** |
| ACCOUNT NO. **63000001175398** <br> **Bk Of Amer** <br> **9000 Southside Blvd Bldg** <br> **Jacksonville, FL  32256** | | J | **Installment Loan 06/07** | | | | **1.00** |
| ACCOUNT NO. <br> **Bank Of America** <br> **Po Box 982235** <br> **El Paso, TX  79998** | | | Assignee or other notification for: <br> Bk Of Amer | | | | |

Sheet no. _____**6**___ of ___**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,933.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Larios, Quintin & Larios, Maria _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **23397695**<br>**Bk Of Amer**<br>**1800 Tapo Canyon Rd**<br>**Simi Valley, CA  93063** | | J | **Mortgage Loan 03/05**<br>**$0 Balance on Credit Report** | | | | 1.00 |
| ACCOUNT NO.<br>**Bank of America**<br>**Attn: Correspondence Unit CA6-919-02-41**<br>**P.O. Box 5170**<br>**Simi Valley, CA  93062** | | | **Assignee or other notification for:**<br>**Bk Of Amer** | | | | |
| ACCOUNT NO. **23397567**<br>**Bk Of Amer**<br>**1800 Tapo Canyon Rd**<br>**Simi Valley, CA  93063** | | J | **Revolving Credit Card 03/05** | | | | 1.00 |
| ACCOUNT NO.<br>**Bank of America**<br>**Attn: Correspondence Unit CA6-919-02-41**<br>**P.O. Box 5170**<br>**Simi Valley, CA  93062** | | | **Assignee or other notification for:**<br>**Bk Of Amer** | | | | |
| ACCOUNT NO. **5052175606**<br>**Blmdsnb**<br>**9111 Duke Blvd**<br>**Mason, OH  45040** | | W | **Revolving Credit Card 08/11**<br>**$0 Balance on Credit Report** | | | | 1.00 |
| ACCOUNT NO.<br>**Dsnb Bloomingdales**<br>**Macys Bankruptcy Department**<br>**Po Box 8053**<br>**Mason, OH  45040** | | | **Assignee or other notification for:**<br>**Blmdsnb** | | | | |
| ACCOUNT NO. **12552**<br>**Cafe Bustelo**<br>**5605 NW 82nd Ave.**<br>**Miami, FL  33166** | | J | **Business Debt** | | | | 1,224.24 |

Sheet no. _____**7**__ of ___**41**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,227.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria** _____  Case No. _____
                       Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cafe Bustelo <br> P.O. Box 850001 Dept #797 <br> Orlando, FL  32885-0797** | | | **Assignee or other notification for: <br> Cafe Bustelo** | | | | |
| ACCOUNT NO. **12660** <br> **Cafe Bustelo <br> P.O. Box 743091 <br> Atlanta, GA  30374-3091** | | J | **Business Debt** | | | | **1,301.76** |
| ACCOUNT NO. <br> **Cafe Bustelo <br> 5605 NW 82nd Ave. <br> Miami, FL  33166** | | | **Assignee or other notification for: <br> Cafe Bustelo** | | | | |
| ACCOUNT NO. **12790** <br> **Cafe Bustelo <br> P.O. Box 743091 <br> Atlanta, GA  30374-3091** | X | J | **Business Debt** | | | | **1,165.92** |
| ACCOUNT NO. <br> **Cafe Bustelo <br> 5605 NW 82nd Ave. <br> Miami, FL  33166** | | | **Assignee or other notification for: <br> Cafe Bustelo** | | | | |
| ACCOUNT NO. **12932** <br> **Cafe Bustelo <br> P.O. Box 743091 <br> Atlanta, GA  30374-3091** | X | J | **Business Debt** | | | | **1,410.24** |
| ACCOUNT NO. <br> **Cafe Bustelo <br> 5605 NW 82nd Ave. <br> Miami, FL  33166** | | | **Assignee or other notification for: <br> Cafe Bustelo** | | | | |

Sheet no. _____**8**___ of ___**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
               (Total of this page) $ **3,877.92**

                                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                          Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **12103** <br> **Cafe Bustelo** <br> **P.O. Box 743091** <br> **Atlanta, GA  30374-3091** | | J | **Business Debt** | | | | **650.88** |
| ACCOUNT NO. <br> **Cafe Bustelo** <br> **5605 NW 82nd Ave.** <br> **Miami, FL  33166** | | | **Assignee or other notification for:** <br> **Cafe Bustelo** | | | | |
| ACCOUNT NO. **12195** <br> **Cafe Bustelo** <br> **P.O. Box 743091** <br> **Atlanta, GA  30374-3091** | X | J | **Business Debt** | | | | **1,342.32** |
| ACCOUNT NO. <br> **Cafe Bustelo** <br> **5605 NW 82nd Ave.** <br> **Miami, FL  33166** | | | **Assignee or other notification for:** <br> **Cafe Bustelo** | | | | |
| ACCOUNT NO. **12336** <br> **Cafe Bustelo** <br> **P.O. Box 743091** <br> **Atlanta, GA  30374-3091** | | J | **Business Debt** | | | | **1,125.36** |
| ACCOUNT NO. <br> **Cafe Bustelo** <br> **5605 NW 82nd Ave.** <br> **Miami, FL  33166** | | | **Assignee or other notification for:** <br> **Cafe Bustelo** | | | | |
| ACCOUNT NO. **12578** <br> **Cafe Bustelo** <br> **P.O. Box 743091** <br> **Atlanta, GA  30374-3091** | | J | **Business Debt** | | | | **542.40** |

Sheet no. _____**9**___ of ___**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **3,660.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**
_____    Case No. _____
                 Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cafe Bustelo**<br>**5605 NW 82nd Ave.**<br>**Miami, FL 33166** | | | Assignee or other notification for:<br>Cafe Bustelo | | | | |
| ACCOUNT NO. **12736**<br>**Cafe Bustelo**<br>**P.O. Box 743091**<br>**Atlanta, GA 30374-3091** | X | J | Business Debt | | | | 1,084.80 |
| ACCOUNT NO.<br>**Cafe Bustelo**<br>**5605 NW 82nd Ave.**<br>**Miami, FL 33166** | | | Assignee or other notification for:<br>Cafe Bustelo | | | | |
| ACCOUNT NO. **12648**<br>**Cafe Bustelo**<br>**P.O. Box 743091**<br>**Atlanta, GA 30374-3091** | X | J | Business Debt | | | | 1,084.80 |
| ACCOUNT NO.<br>**Cafe Bustelo**<br>**5605 NW 82nd Ave.**<br>**Miami, FL 33166** | | | Assignee or other notification for:<br>Cafe Bustelo | | | | |
| ACCOUNT NO. **720040**<br>**Cafe Bustelo**<br>**P.O. Box 743091**<br>**Atlanta, GA 30374-3091** | X | J | Business Debt | | | | 759.36 |
| ACCOUNT NO.<br>**Cafe Bustelo**<br>**9290 NW 112th Ave., #15**<br>**Miami, FL 33178** | | | Assignee or other notification for:<br>Cafe Bustelo | | | | |

Sheet no. ____**10**____ of ____**41**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal           
(Total of this page) $ **2,928.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Larios, Quintin & Larios, Maria**                         Case No. _____
               Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **47436851332** <br><br>**Cap1/neimn** <br>**26525 N Riverwoods Blvd** <br>**Mettawa, IL  60045** | | W | Revolving Credit Card  08/84-12/14 | | | | 1,810.00 |
| ACCOUNT NO. **49620594** <br><br>**Cap1/saks** <br>**3455 Highway 80 W** <br>**Jackson, MS  39209** | | W | Revolving Credit Card  11/84-01/15 | | | | 917.00 |
| ACCOUNT NO. <br><br>**Saks Fifth Avenue** <br>**P.O. Box 5224** <br>**Carol Stream, IL  60197-5224** | | | Assignee or other notification for: Cap1/saks | | | | |
| ACCOUNT NO. **14-29416 CA 01** <br><br>**CB Purchase Trust No. 14-1993** <br>**Dba Cheney Brothers** <br>**1 Cheney Way** <br>**Riviera Beach, FL  33404** | X | J | Business Debt | | | | 37,197.95 |
| ACCOUNT NO. **4266-8411-6572-6488** <br><br>**Chase Card** <br>**Po Box 15298** <br>**Wilmington, DE  19850** | | H | Revolving Credit Card  11/84-01/15 | | | | 13,464.38 |
| ACCOUNT NO. **xxx-xx-5977 xxx-xx-9017** <br><br>**Checksystems** <br>**7805 Hudson Rd** <br>**Woodbury, MN  55125** | | J | Notice Only | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-5977 xxx-xx-9017** <br><br>**Child Support Enforcement** <br>**PO Box 8030** <br>**Tallahassee, FL  32314-8030** | | J | Notice Only | | | | 0.00 |

Sheet no. _____**11**___ of ___**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **53,389.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                    Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1412200**<br>**Cliffhanger**<br>**5541 NW 74th Ave.**<br>**Miami, FL  33166** | X | J | **Rowland Coffee Roasters** | | | | 94.16 |
| ACCOUNT NO. **1412201**<br>**Cliffhanger**<br>**5541 NW 74th Ave.**<br>**Miami, FL  33166** | X | J | **Business Debt** | | | | 94.16 |
| ACCOUNT NO. **1501219**<br>**Cliffhanger**<br>**5541 NW 74th Ave.**<br>**Miami, FL  33166** | | J | **Business Debt** | | | | 94.16 |
| ACCOUNT NO. **5780979621364330**<br>**Comenitycapital/barney**<br>**3100 Easton Square Pl**<br>**Columbus, OH  43219** | | W | **Revolving Credit Card 12/13**<br>**$0 Balance on Credit Report** | | | | 1.00 |
| ACCOUNT NO. **7117**<br>**Computerbanc, Inc.**<br>**13611 S. Dixie Highway, #354**<br>**Miami, FL  33176** | X | J | **Business Debt** | | | | 856.00 |
| ACCOUNT NO. **xxx-xx-5977 xxx-xx-9017**<br>**Corona Law Firm, P.A.**<br>**3899 NW 7th St., 2nd Floor**<br>**Miami, FL  33126** | X | J | **Attorney for Employee** | | | | 0.00 |
| ACCOUNT NO.<br>**Catalino Miranda-Devora**<br>**12085 SW 18th St., #1**<br>**Miami, FL  33175** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |

Sheet no. _____**12**_ of ____**41**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **1,139.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                          Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alejandro Muniz Sarmiento**<br>**10815 NW 50th St., #205**<br>**Miami, FL  33178** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Roque E Sancan Quimis**<br>**3534 SW 11th St.**<br>**Miami, FL  33135** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Jose Soler Gongora**<br>**3720 SW 27th Ave.**<br>**Miami, FL  33134** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Jose F. Moreno**<br>**1553 SW 5th St., #5**<br>**Miami, FL  33135** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Victor Jimenez-Montalvo**<br>**955 NW 30th Place**<br>**Miami, FL  33125** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Jesus Armesto**<br>**537 E. 36th St.**<br>**Hialeah, FL  33013** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Dalia Freijo Larios**<br>**735 Calatrava Ave**<br>**Miami, FL  33143** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |

Sheet no. ____**13**__ of ___**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                          Case No. _____
_____                          _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Miguel Infante Rodriguez**<br>**2265 NW 21th Terr.**<br>**Miami, FL  33142** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Tomas Yzquierdo**<br>**752 SE Park Drive**<br>**Hialeah, FL  33010** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**William Garay Mena**<br>**7931 SW 13th Terr.**<br>**Miami, FL  33144** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Nelson Espinoza**<br>**1553 SW 5th St., #5**<br>**Miami, FL  33135** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Juan Dorta Garcia**<br>**735 Calatrava Ave.**<br>**Miami, FL  33143** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Jose Ramon Fernandez**<br>**7541 SW 157th Court**<br>**Miami, FL  33193** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Guillermo Gonzalez Bello**<br>**15017 SW 80th Terr.**<br>**Miami, FL  33193** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |

Sheet no. ____**14**____ of ____**41**____ continuation sheets attached to                                        Subtotal          $
Schedule of Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

                                                                                                Total
                                        (Use only on last page of the completed Schedule F. Report also on
                                        the Summary of Schedules, and if applicable, on the Statistical
                                        Summary of Certain Liabilities and Related Data.)          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                    Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Orlando Rivera** <br> **432 SW 78th Ct.** <br> **Miami, FL 33144** | | | **Assignee or other notification for:** <br> **Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO. <br> **Yohan Ojito** <br> **3642 NW 23rd Ct.** <br> **Miami, FL 33142** | | | **Assignee or other notification for:** <br> **Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO. <br> **Evert Dorta-Alfonso** <br> **41 SW 71th Ave.** <br> **Miami, FL 33134** | | | **Assignee or other notification for:** <br> **Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO. <br> **Jesus R Castro Rodriguez** <br> **1370 NW 5th St., #7** <br> **Miami, FL 33125** | | | **Assignee or other notification for:** <br> **Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO. <br> **Diosdad Sanchez Acosta** <br> **1880 NW 36th St.** <br> **Miami, FL 33142** | | | **Assignee or other notification for:** <br> **Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO. <br> **Antonio Garcia** <br> **3445 NW 5th St.** <br> **Miami, FL 33125** | | | **Assignee or other notification for:** <br> **Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO. <br> **Luis Gonzalez Perez** <br> **181 NW 67th Ct.** <br> **Miami, FL 33126** | | | **Assignee or other notification for:** <br> **Corona Law Firm, P.A.** | | | | |

Sheet no. ___**15**___ of ___**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                                    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____  Case No. _____
          Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Guillermo Perez<br>676 NW 124th Ave.<br>Miami, FL 33182 | | | Assignee or other notification for:<br>Corona Law Firm, P.A. | | | | |
| ACCOUNT NO.<br><br>Leonardo Matos<br>240 SW 69th Ave.<br>Miami, FL 33134 | | | Assignee or other notification for:<br>Corona Law Firm, P.A. | | | | |
| ACCOUNT NO.<br><br>Yosbell Diez<br>270 SW 68th Ave.<br>Miami, FL 33144 | | | Assignee or other notification for:<br>Corona Law Firm, P.A. | | | | |
| ACCOUNT NO.<br><br>Maria Del Carmen Jaime<br>10962 SW 3rd St., #F-3<br>Miami, FL 33176 | | | Assignee or other notification for:<br>Corona Law Firm, P.A. | | | | |
| ACCOUNT NO.<br><br>Adolfo Guerrero<br>111 SW 49th Ave<br>Miami, FL 33134 | | | Assignee or other notification for:<br>Corona Law Firm, P.A. | | | | |
| ACCOUNT NO.<br><br>Osmany Pontigo Abreu<br>3722 SW 27th St.<br>Miami, FL 33134 | | | Assignee or other notification for:<br>Corona Law Firm, P.A. | | | | |
| ACCOUNT NO.<br><br>Lean Crespo<br>7420 SW 72nd St.<br>Miami, FL 33143 | | | Assignee or other notification for:<br>Corona Law Firm, P.A. | | | | |

Sheet no. ___16___ of ___41___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Larios, Quintin & Larios, Maria**                                   Case No. _____
                  Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dolores Argentin Aleman**<br>**171 NW 97th Ave., #311**<br>**Miami, FL 33172** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Ernesto Evora**<br>**12933 SW 207 Terr.**<br>**Miami, FL 33177** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Jesus Pardo**<br>**9293 SW 39th St.**<br>**Miami, FL 33165** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO.<br>**Daniel Lopez Alvarez**<br>**10922 SW 6th St., #2**<br>**Miami, FL 33174** | | | **Assignee or other notification for:**<br>**Corona Law Firm, P.A.** | | | | |
| ACCOUNT NO. **BEV2321924**<br>**D B P R**<br>**Po Box 6300**<br>**Tallahasee, FL 32314** | | J | **Services Rendered** | | | | 1,820.00 |
| ACCOUNT NO. **65-109225**<br>**Daniel Lopez and Jesus Prado Guerra**<br>**C/ O Corona Law Firm, P.A**<br>**3899 Nw 7th St, 2nd Floor**<br>**Miami, FL 33126** | | J | **Business Debt** | | | | 464.25 |
| ACCOUNT NO. **xxx-xx-5977 xxx-xx-9017**<br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** | | J | **Notice Only** | | | | 0.00 |

Sheet no. ___**17**___ of ___**41**___ continuation sheets attached to                                          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                              (Total of this page) $ **2,284.25**

                                                  Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                          Case No. _____
_____                                        (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-9017**<br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** | | W | **Tax Lien- Form CIVPEN -12/11** | | | | **10,967.23** |
| ACCOUNT NO. **xxx-xx-5977**<br>**Department Of The Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** | | H | **Tax Lien- Form CIVPEN-12/11** | | X | | **1.00** |
| ACCOUNT NO. **5059633702**<br>**Dsnb Bloom**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | H | **Revolving Credit Card 01/15**<br>**$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO.<br>**Dsnb Bloomingdales**<br>**Macys Bankruptcy Dept.**<br>**P.O. Box 8053**<br>**Mason, OH 45040** | | | **Assignee or other notification for:**<br>**Dsnb Bloom** | | | | |
| ACCOUNT NO. **5052175602**<br>**Dsnb Bloom**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | W | **Revolving Credit Card 01/15** | | | | **1.00** |
| ACCOUNT NO.<br>**Dsnb Bloomingdales**<br>**Macys Bankruptcy Dept.**<br>**P.O. Box 8053**<br>**Mason, OH 45040** | | | **Assignee or other notification for:**<br>**Dsnb Bloom** | | | | |
| ACCOUNT NO. **5052175604**<br>**Dsnb Bloom**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | W | **Revolving Credit Card 04/08-01/15** | | | | **428.00** |

Sheet no. _____**18**___ of ____**41**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,398.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                      Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dsnb Bloomingdales**<br>**Macys Bankruptcy Department**<br>**Po Box 8053**<br>**Mason, OH  45040** | | | **Assignee or other notification for:**<br>**Dsnb Bloom** | | | | |
| ACCOUNT NO. **4763112842030**<br>**Dsnb Macys**<br>**911 Duke Blvd**<br>**Mason, OH  45040** | | | **Revolving Credit Card  01/15** | | | | **1.00** |
| ACCOUNT NO. **4763112842020**<br>**Dsnb Macys**<br>**911 Duke Blvd**<br>**Mason, OH  45040** | | | **Revolving Credit Card  01/15**<br>**$0 Balance on Credit Card** | | | | **1.00** |
| ACCOUNT NO. **4763112842036**<br>**Dsnb Macys**<br>**911 Duke Blvd**<br>**Mason, OH  45040** | | W | **Revolving Credit Card 10/11**<br>**$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO. **65-0031376**<br>**Eagle Brands Sales**<br>**3201 NW 72nd Ave**<br>**Miami, FL  33122** | X | J | **Business Debt** | | | | **1.00** |
| ACCOUNT NO. **010407330**<br>**Ecolab**<br>**P.O. Box 905327**<br>**Charlotte, NC  28290-5327** | X | J | **Business Debt** | | | | **922.19** |
| ACCOUNT NO. **xxx-xx-5977 xxx-xx-9017**<br>**Equifax**<br>**PO Box 740241**<br>**Atlanta, GA  30374-0241** | | J | **Notice Only** | | | | **0.00** |

Sheet no. _____**19**____ of ____**41**____ continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page) $ **926.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Larios, Quintin & Larios, Maria _____  Case No. _____
_____
Debtor(s)                                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-5977 xxx-xx-9017** <br> **Experian** <br> **PO Box 2002** <br> **Allen, TX  75013-2002** | | J | Notice Only | | | | 0.00 |
| ACCOUNT NO. **6035320130932799** <br> **Expo/cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD  57117** | | H | Revolving Credit Card 01/13 <br> $0 Balance on Credit Report | | | | 1.00 |
| ACCOUNT NO. <br> **Expo/Cbsd** <br> **Bankruptcy** <br> **P.O. Box 20483** <br> **Kansas City, MO  64195** | | | Assignee or other notification for: <br> Expo/cbna | | | | |
| ACCOUNT NO. **2842000005** <br> **Farmer's Milk, Inc** <br> **P.O. Box 143057** <br> **Miami, FL  33114** | X | J | Business Debt | | | | 3,591.29 |
| ACCOUNT NO. **2842000006** <br> **Farmer's Milk, Inc** <br> **P.O. Box 143057** <br> **Miami, FL  33114** | X | J | Business Debt | | | | 2,439.16 |
| ACCOUNT NO. **xxx-xx-5977 xxx-xx-9017** <br> **Felipe Vals, Jr.** <br> **3632 SW 8th St.** <br> **Miami, FL  33135** | | J | Personal Loan | | | | 50,000.00 |
| ACCOUNT NO. <br> **Global Miami JV** <br> **3632 SW 8th St.** <br> **Miami, FL  33135** | | | Assignee or other notification for: <br> Felipe Vals, Jr. | | | | |

Sheet no. _____**20**___ of ___**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **56,031.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                    Case No. _____
_____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7348310062** <br> **Florida City Gas** <br> **Po Box 4569** <br> **Atlanta, GA 30302-4569** | | J | **Business Debt** | | | | **1,777.53** |
| ACCOUNT NO. **xxx-xx-5977 xxx-xx-9017** <br> **Florida Department Of Revenue** <br> **PO Box 6688** <br> **Tallahassee, FL 32314** | | J | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **38205677** <br> **Frd Motor Cr** <br> **Po Box Box 542000** <br> **Omaha, NE 68154** | | H | **Installment Loan 12/07** <br> **$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO. <br> **Ford Motor Credit Corporation** <br> **Ford Motor Credit** <br> **Po Box 6275** <br> **Dearborn, MI 48121** | | | **Assignee or other notification for:** <br> **Frd Motor Cr** | | | | |
| ACCOUNT NO. **47433741** <br> **Frd Motor Cr** <br> **Po Box Box 542000** <br> **Omaha, NE 68154** | | H | **Auto Lease 03/12-01/15** <br> **2012 Ford Escape** | | | | **1.00** |
| ACCOUNT NO. <br> **Ford Motor Credit Corporation** <br> **Ford Motor Credit** <br> **Po Box 6275** <br> **Dearborn, MI 48121** | | | **Assignee or other notification for:** <br> **Frd Motor Cr** | | | | |
| ACCOUNT NO. **0512515017010131** <br> **GC Services Limited Partnership** <br> **P.O. Box 3855** <br> **Houston, TX 77253** | | H | **Collection Agency for Amex (6893) 02/15** | X | | | **1.00** |

Sheet no. ____**21**____ of ____**41**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,780.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____ Case No. _____
                                    Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Amex** <br> **P.o. Box 981537** <br> **El Paso, TX 79998** | | | **Assignee or other notification for:** <br> **GC Services Limited Partnership** | | | | |
| ACCOUNT NO. **0621** <br> **General Hotel & Restauran Supply Corp** <br> **13900 NW 82nd Ave.** <br> **Miami Lakes, FL 33016** | | **J** | **Business Debt** | | | | **2,784.85** |
| ACCOUNT NO. **0611** <br> **General Hotel & Restauran Supply Corp** <br> **13900 NW 82nd Ave.** <br> **Miami Lakes, FL 33016** | **X** | **J** | **Business Debt** | | | | **932.66** |
| ACCOUNT NO. **CL55656** <br> **Gilda Industries** <br> **2525 W 4th Ave.** <br> **Hialeah, FL 33010** | | **J** | **Business Debt** | | | | **650.00** |
| ACCOUNT NO. **6851** <br> **Gold Coast Beverage Distributors Doral** <br> **10055 NW 12th St.** <br> **Miami, FL 33172** | | **J** | **Business Debt** | | | | **881.40** |
| ACCOUNT NO. **7620** <br> **Gold Coast Beverage Distributors Doral** <br> **10055 NW 12th St.** <br> **Miami, FL 33172** | **X** | **J** | **Business Debt** | | | | **1.00** |
| ACCOUNT NO. **015637** <br> **Goya Foods Of Florida, Inc.** <br> **P.O. Box 226110** <br> **Miami, FL 33222** | **X** | **J** | **Business Debt** | | | | **1.00** |

Sheet no. _____**22**____ of _____**41**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,250.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____  Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **100012840**<br>**GPS Florida, LLC**<br>**P.O. Box 88029**<br>**Chicago, IL  60680-1029** | X | J | Business Debt | | | | 1,641.13 |
| ACCOUNT NO. **04CLR2**<br>**Green Guard First Aid & Safety**<br>**4159 Shoreline Drive**<br>**St. Louis, MO  63045** | X | J | Business Debt | | | | 172.88 |
| ACCOUNT NO. **04CLR1**<br>**Green Guard First Aid & Safety**<br>**4159 Shoreline Drive**<br>**St. Louis, MO  63045** | X | J | Business Debt | | | | 1.00 |
| ACCOUNT NO. **xxx-xx-5977**<br>**Holland & Knight, LLP**<br>**701 Brickell Ave., #3000**<br>**Miami, FL  33131** | X | J | Business Debt | | | | 1.00 |
| ACCOUNT NO. **3566847400**<br>**Infinite Energy**<br>**7001 SW 24th Ave.**<br>**Gainesville, FL  32607-3704** | | J | Business Debt | | | | 2,361.41 |
| ACCOUNT NO. **6103998303**<br>**Infinite Energy**<br>**7001 SW 24th Ave.**<br>**Gainesville, FL  32607-3704** | X | J | Business Debt | | | | 1.00 |
| ACCOUNT NO.<br>**Infinite Energy**<br>**P.O. Box 105247**<br>**Atlanta, GA  30348-5247** | | | Assignee or other notification for:<br>**Infinite Energy** | | | | |

Sheet no. _____23_____ of _____41_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,178.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** Larios, Quintin & Larios, Maria
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-5977**<br>**Intercredit Bank, N.A.**<br>**1200 Brickell Ave., 4th Floor**<br>**Miami, FL  33131** | | H | **Check returned** | | | | **652.99** |
| ACCOUNT NO. **xxx-xx-5977 xxx-xx-9017**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101-7346** | | J | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **651090225**<br>**La Sweets**<br>**5701 Sunset Drive**<br>**Miami, FL  33143** | X | J | **Business Debt** | | | | **180.00** |
| ACCOUNT NO. **65-1090225**<br>**Le Fournil French Bakery**<br>**8743 SW  9th Terr.**<br>**Miami, FL  33174** | X | J | **Business Debt** | | | | **4,850.57** |
| ACCOUNT NO. **65-0031376**<br>**Le Fournil French Bakery**<br>**8743 SW  9th Terr.**<br>**Miami, FL  33174** | X | J | **Business Debt** | | | | **7,957.50** |
| ACCOUNT NO. **50135723**<br>**Lincoln Automotive Fin**<br>**12110 Emmet St**<br>**Omaha, NE  68164** | | W | **Auto Loan 04/14-01/15**<br>**2014 Lincoln MKX** | | | | **1.00** |
| ACCOUNT NO. **46264617**<br>**Lincoln Automotive Fin**<br>**12110 Emmet St**<br>**Omaha, NE  68164** | | W | **Installment Loan 05/14**<br>**$0 Balance on Credit Report** | | | | **1.00** |

Sheet no. _____ **24** of _____ **41** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,643.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                    Case No. _____
_____
Debtor(s)                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br>**Los Suizos Corp**<br>**8566 SW 8 ST**<br>**MIAMI, FL  33144** | | J | **Business Debt** | | | | 3,413.60 |
| ACCOUNT NO. **7900171774**<br>**Mb Fin Svcs**<br>**36455 Corporate Dr**<br>**Farmington Hills, MI  48331** | | H | **Installment Loan 01/07**<br>**$0 Balance on Credit Report** | | | | 1.00 |
| ACCOUNT NO. **2610**<br>**MG Tech**<br>**Air Conditioning Contractor**<br>**10310 SW 50th St.**<br>**Miami, FL  33165** | | J | **Business Debt** | | | | 485.60 |
| ACCOUNT NO. **2725**<br>**MG Tech**<br>**Air Conditioning Contractor**<br>**10310 SW 50th St.**<br>**Miami, FL  33165** | X | J | **Business Debt** | | | | 120.00 |
| ACCOUNT NO. **65-0031376**<br>**MG Tech**<br>**Air Conditioning Contractor**<br>**10310 SW 50th St.**<br>**Miami, FL  33165** | | J | **Business Debt** | | | | 1.00 |
| ACCOUNT NO. **65-1090225**<br>**Miami Bar & Restaurant Supplies**<br>**3533 NW 58th St.**<br>**Miami, FL  33142** | X | J | **Business Debt** | | | | 4,436.22 |
| ACCOUNT NO. **65-0031376**<br>**Miami Bar & Restaurant Supplies**<br>**3533 NW 58th St.**<br>**Miami, FL  33142** | | J | **Business Debt** | | | | 357.85 |

Sheet no. _____ **25** of _____ **41** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 8,815.27

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)-Cont.

IN RE **Larios, Quintin & Larios, Maria** _____    Case No. _____
                            Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1227998200** <br> **Miami-Dade Water & Sewer Department** <br> **P.O. Box 026055** <br> **Miami, FL 33102-6055** | | J | **Business Debt** | | | | 1,866.02 |
| ACCOUNT NO. **0001362** <br> **Miamii Purveyors, Inc** <br> **7350 NW 8th St.** <br> **Miami, FL 33126** | X | J | **Business Debt** | | | | 265.30 |
| ACCOUNT NO. **8209161442** <br> **Nordstrom Fsb** <br> **Po Box 6555** <br> **Englewood, CO 80155** | | W | **Revolving Credit Card  11/02-01/15** | | | | 1,343.83 |
| ACCOUNT NO. <br> **Nordstrom FSB** <br> **Attn: Bankruptcy Department** <br> **Po Box 6566** <br> **Englewood, CO 80155** | | | **Assignee or other notification for: Nordstrom Fsb** | | | | |
| ACCOUNT NO. <br> **Nordstrom Bank** <br> **P.O. Box 79134** <br> **Phoenix, AZ 85062-9134** | | | **Assignee or other notification for: Nordstrom Fsb** | | | | |
| ACCOUNT NO. **10132260563** <br> **Ocean Bank** <br> **780 Nw 42nd Ave Ste 400** <br> **Miami, FL 33126** | | J | **Installement Loan 01/15** | | | | 32,424.81 |
| ACCOUNT NO. **82468** <br> **Paper Depot Express** <br> **4100 N. Powerline Road, H2** <br> **Pompano Beach, FL 33073** | | J | **Business Debt** | | | | 189.38 |

Sheet no. _____ **26** of _____ **41** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **36,089.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                    Case No. _____
          Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **82673** <br><br> **Paper Depot Express** <br> **4100 N. Powerline Road, H2** <br> **Pompano Beach, FL  33073** | | J | Business Debt | | | | 189.38 |
| ACCOUNT NO. **0040-0040-5777** <br><br> **Paycheck Of New York LLC** <br> **3100 SW 145th Ave., #400** <br> **Miramar, FL  33027** | | J | Business Debt | | | | 403.15 |
| ACCOUNT NO. <br><br> **Paycheck Of New York LLC** <br> **P.O. Box 4482** <br> **Carol Stream, IL  60197-4482** | | | Assignee or other notification for: <br> Paycheck Of New York LLC | | | | |
| ACCOUNT NO. **1131** <br><br> **Pinzon & Sons, Inc.** <br> **6937 NW 52nd St.** <br> **Miami, FL  33166** | | J | Business Debt | | | | 1.00 |
| ACCOUNT NO. **700013891** <br><br> **Premier  Beverage Company, LLC** <br> **P.O. Box 820410** <br> **South Florida, FL  33082** | | J | Business Debt | | | | 1.00 |
| ACCOUNT NO. **70013428** <br><br> **Premier Beverage Company, LLC** <br> **P.O. Box 820410** <br> **South Florida, FL  33082** | X | J | Business Debt | | | | 489.33 |
| ACCOUNT NO. **0084-041294** <br><br> **Progressive Waste Solutions Of FL, Inc** <br> **3840 NW 37th Ct** <br> **Miami, FL  33142** | X | J | Business Debt | | | | 1,217.16 |

Sheet no. _____**27**___ of ____**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,301.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

*© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                      Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Progressive Waste Solutions Of FL, Inc**<br>**P.O. Box 6494**<br>**Carol Stream, IL  60197-6494** | | | Assignee or other notification for:<br>**Progressive Waste Solutions Of FL, Inc** | | | | |
| ACCOUNT NO. **0084-041393**<br>**Progressive Waste Solutions Of FL, Inc**<br>**P.O. Box 6494**<br>**Carol Stream, IL  60197-6494** | | J | **Business Debt** | | | | 213.30 |
| ACCOUNT NO.<br>**Progressive Waste Solutions Of FL, Inc**<br>**3840 NW 37th Ct**<br>**Miami, FL  33142** | | | Assignee or other notification for:<br>**Progressive Waste Solutions Of FL, Inc** | | | | |
| ACCOUNT NO. **17589**<br>**ProHygiene**<br>**PAR Miami Corp**<br>**8607 NW 64th St.**<br>**Miami, FL  33166** | | J | **Business Debt** | | | | 104.86 |
| ACCOUNT NO. **10082**<br>**ProHygiene**<br>**PAR Miami Corp**<br>**8607 NW 64th St.**<br>**Miami, FL  33166** | X | J | **Business Debt** | | | | 104.86 |
| ACCOUNT NO. **L8 163339**<br>**Prudential**<br>**Po Box 856138**<br>**Lousville, KY  40285** | | W | **Services Rendered** | | | | 1,377.21 |
| ACCOUNT NO. **31833**<br>**Quirch Foods**<br>**P.O. Box 66-9250**<br>**Miami, FL  33166** | X | J | **Business Debt** | | | | 15,538.44 |

Sheet no. _____**28**_____ of _____**41**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ | 17,338.67

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Larios, Quintin & Larios, Maria**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **31837**<br>**Quirch Foods**<br>**P.O. Box 66-9250**<br>**Miami, FL 33166** | X | J | **Business Debt** | | | | 1.00 |
| ACCOUNT NO. **65-1090225**<br>**Ray Queralto**<br>**9421 SW 27th St.**<br>**Miami, FL 33165** | X | J | **Business Debt** | | | | 2,544.20 |
| ACCOUNT NO. **65-0031376**<br>**Ray Queralto**<br>**9421 SW 27th St.**<br>**Miami, FL 33165** | X | J | **Business Debt** | | | | 326.20 |
| ACCOUNT NO. **65-1090225**<br>**Responsible Vendors, Inc.**<br>**P.O. Box 69-2982**<br>**Miami, FL 33269-2982** | X | J | **Business Debt** | | | | 230.00 |
| ACCOUNT NO. **65-0031376**<br>**Responsible Vendors, Inc.**<br>**P.O. Box 69-2982**<br>**Miami, FL 33269-2982** | | J | **Business Debt** | | | | 460.00 |
| ACCOUNT NO. **71916**<br>**Restaurant Technologies, Inc.**<br>**12962 Collections Drive**<br>**Chicago, IL 60693** | | J | **Business Debt** | | | | 693.39 |
| ACCOUNT NO. **71880**<br>**Restaurant Technologies, Inc.**<br>**12962 Collections Drive**<br>**Chicago, IL 60693** | X | J | **Business Debt** | | | | 1,549.21 |

Sheet no. _____**29**_____ of _____**41**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 5,804.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Larios, Quintin & Larios, Maria** _____ Case No. _____
                                   Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9479261 <br> **Restaurant Technologies, Inc.** <br> **12962 Collections Drive** <br> **Chicago, IL  60693** | | J | **Business Debt** | | | | 66.72 |
| ACCOUNT NO. 9441516 <br> **Restaurant Technologies, Inc.** <br> **12962 Collections Drive** <br> **Chicago, IL  60693** | | J | **Business Debt** | | | | 492.65 |
| ACCOUNT NO. 9463172 <br> **Restaurant Technologies, Inc.** <br> **12962 Collections Drive** <br> **Chicago, IL  60693** | | J | **Business Debt** | | | | 315.00 |
| ACCOUNT NO. 9494166 <br> **Restaurant Technologies, Inc.** <br> **12962 Collections Drive** <br> **Chicago, IL  60693** | | J | **Business Debt** | | | | 333.84 |
| ACCOUNT NO. 9453208 <br> **Restaurant Technologies, Inc.** <br> **12962 Collections Drive** <br> **Chicago, IL  60693** | | J | **Business Debt** | | | | 280.75 |
| ACCOUNT NO. 9358479 <br> **Restaurant Technologies, Inc.** <br> **12962 Collections Drive** <br> **Chicago, IL  60693** | | J | **Business Debt** | | | | 288.77 |
| ACCOUNT NO. 9364509 <br> **Restaurant Technologies, Inc.** <br> **12962 Collections Drive** <br> **Chicago, IL  60693** | | J | **Business Debt** | | | | 333.84 |

Sheet no. ____**30**____ of ____**41**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,111.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                    Case No. _____
_____
                 Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9374202<br>**Restaurant Technologies, Inc.**<br>**12962 Collections Drive**<br>**Chicago, IL  60693** | | J | **Business Debt** | | | | 303.48 |
| ACCOUNT NO. 9385667<br>**Restaurant Technologies, Inc.**<br>**12962 Collections Drive**<br>**Chicago, IL  60693** | | J | **Business Debt** | | | | 379.50 |
| ACCOUNT NO. 9397151<br>**Restaurant Technologies, Inc.**<br>**12962 Collections Drive**<br>**Chicago, IL  60693** | | J | **Business Debt** | | | | 325.90 |
| ACCOUNT NO. 9407605<br>**Restaurant Technologies, Inc.**<br>**12962 Collections Drive**<br>**Chicago, IL  60693** | | J | **Business Debt** | | | | 169.83 |
| ACCOUNT NO. 9417927<br>**Restaurant Technologies, Inc.**<br>**12962 Collections Drive**<br>**Chicago, IL  60693** | | J | **Business Debt** | | | | 359.55 |
| ACCOUNT NO. 9430758<br>**Restaurant Technologies, Inc.**<br>**12962 Collections Drive**<br>**Chicago, IL  60693** | | J | **Business Debt** | | | | 333.84 |
| ACCOUNT NO. 9453208<br>**Restaurant Technologies, Inc.**<br>**12962 Collections Drive**<br>**Chicago, IL  60693** | | J | **Business Debt** | | | | 280.75 |

Sheet no. _____31_____ of _____41_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 2,152.85

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Larios, Quintin & Larios, Maria**                     Case No. _____
<u>          Debtor(s)          </u>                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-0031376**<br><br>**Rex Chemical Corp**<br>**2270 NW 23rd St**<br>**Miami, FL 33142** | | J | Business Debt | | | | 1.00 |
| ACCOUNT NO. **14-29416 CA 01**<br><br>**Roniel Rodriguez IV, Esq.**<br>**20533 Biscayne Blvd., #1243**<br>**Aventura, FL 33180** | | J | Attorney for CB Purchase Trust No. 14-1993 | | | | 1.00 |
| ACCOUNT NO. **1111AB**<br><br>**Rowland Coffee Roasters**<br>**Institutional Division**<br>**5605 NW 82nd Ave.**<br>**Miami, FL 33166** | X | J | Business Debt | | | | 12,708.96 |
| ACCOUNT NO.<br><br>**Rowland Coffee Roasters**<br>**P.O. Box 743091**<br>**Atlanta, GA 30374-3091** | | | Assignee or other notification for:<br>Rowland Coffee Roasters | | | | |
| ACCOUNT NO. **65-0031376**<br><br>**San Siro Supremo Corp**<br>**Dba Royal Tobacco**<br>**11467 NW 34th St.**<br>**Doral, FL 33178** | X | J | Business Debt | | | | 1.00 |
| ACCOUNT NO. **xxx-xx-5977**<br><br>**SC Mota Associates Limited Partnership**<br>**340 Royal Poincian Way, #316**<br>**Palm Beach, FL 33480** | X | J | Breach of Contract 01/15<br>Business Debt | | | | 25,225.80 |
| ACCOUNT NO.<br><br>**Sterling Retail Services, Inc.**<br>**340 Royal Poiniciana Way, #316**<br>**Palm Beach, FL 33480** | | | Assignee or other notification for:<br>SC Mota Associates Limited Partnership | | | | |

Sheet no. _____**32**___ of _____**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,937.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____  Case No. _____
            Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5121-0722-5397-6072** <br><br>**Sears/cbna**<br>**Po Box 6282**<br>**Sioux Falls, SD  57117** | | H | **Revolving Credit Card 10/99-01/15** | | | | **1,933.00** |
| ACCOUNT NO. **5121-0718-7243-5486** <br><br>**Sears/cbna**<br>**Po Box 6282**<br>**Sioux Falls, SD  57117** | | H | **Revolving Credit Card  02/13**<br>**$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO. **5049941455682036** <br><br>**Sears/cbna**<br>**133200 Smith Rd**<br>**Cleveland, OH  44130** | | H | **Revolving Credit Card  01/15**<br>**$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO. **0044432-IN** <br><br>**Security Fire Prevention, Inc.**<br>**7298 West Flagler St**<br>**Miami, FL  33144** | | J | **Business Debt** | | | | **373.70** |
| ACCOUNT NO. **07-09-09534** <br><br>**SESAC**<br>**P.O. Box 900013**<br>**Raleigh, NC  27675-9013** | X | J | **Business Debt** | | | | **506.00** |
| ACCOUNT NO. <br><br>**SESAC**<br>**55 Music Square East**<br>**Nashville, TN  37203-4362** | | | **Assignee or other notification for:**<br>**SESAC** | | | | |
| ACCOUNT NO. **65-1090225** <br><br>**Shangri LA South**<br>**P.O. Box 667615**<br>**Miami, FL  33166** | | J | **Business Debt** | | | | **1.00** |

Sheet no. _____**33**___ of _____**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,815.70**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65-1090225**<br><br>**Somi Guide**<br>**C/O TCMC, Inc.**<br>**P.O. Box 431597**<br>**Miami, FL  33243-1597** | | J | Business Debt | | | | 295.00 |
| ACCOUNT NO. **0246**<br><br>**South Florida Trading Corp.**<br>**9387 NW 13th St.**<br>**Doral, FL  33172** | X | J | Business Debt | | | | 932.19 |
| ACCOUNT NO. **0273**<br><br>**South Florida Trading, Corp.**<br>**9387 NW 13th St.**<br>**Doral, FL  33172** | X | J | Business Debt | | | | 10,428.41 |
| ACCOUNT NO. **3952**<br><br>**South Florida Trading, Corp.**<br>**9387 NW 13th St.**<br>**Doral, FL  33172** | | J | Business Debt | | | | 3,154.28 |
| ACCOUNT NO. **3935**<br><br>**South Florida Trading, Corp.**<br>**Milagros Rujann**<br>**9387 NW 13th St.**<br>**Doral, FL  33172** | | J | Business Debt | | | | 3,004.07 |
| ACCOUNT NO. **3951**<br><br>**South Florida Trading, Corp.**<br>**9387 NW 13th St.**<br>**Doral, FL  33172** | | J | Business Debt | | | | 3,724.12 |
| ACCOUNT NO. **43500**<br><br>**Southern Wine & Spirits**<br>**1600 NW 163rd St**<br>**Miami, FL  33169** | | J | Business Debt | | | | 657.47 |

Sheet no. _____ **34** of _____ **41** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page) $ 22,195.54

Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____    Case No. _____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1500-43500**<br>**Southern Wine & Spirits**<br>**1600 NW 163rd St**<br>**Miami, FL  33169** | | J | Business Debt | | | | 25.00 |
| ACCOUNT NO. **150043500**<br>**Southern Wine & Spirits**<br>**1600 NW 163rd St**<br>**Miami, FL  33169** | | J | Business Debt | | | | 2,485.83 |
| ACCOUNT NO. **65-0031376**<br>**Star Bakery, Inc.**<br>**3914 NW 32nd Ave.**<br>**Miami, FL  33142** | X | J | Business Debt | | | | 60.00 |
| ACCOUNT NO.<br>**Sterling Retail Services, Inc.**<br>**340 Royal Poiniciana Way, #316**<br>**Palm Beach, FL  33480** | X | J | Business Landlord:<br>Breach of Contract | | | | 648,000.00 |
| ACCOUNT NO. **65-1090225**<br>**Suki Eggs**<br>**P.O. Box 420367**<br>**Miami, FL  33142** | X | J | Business Debt | | | | 356.66 |
| ACCOUNT NO.<br>**Suki Eggs**<br>**1486 NW 23rd St.**<br>**Miami, FL  33142** | | | Assignee or other notification for:<br>Suki Eggs | | | | |
| ACCOUNT NO. **6034610601278958**<br>**Syncb/ethan Allen**<br>**P.O. Box 965036**<br>**Orlando, FL  32896** | | H | Revolving Credit Card  12/14 | | | | 1.00 |

Sheet no. _____ 35 _____ of _____ 41 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **650,928.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                                    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gecrb / Ethan Allen**<br>**Attn: Bankruptcy**<br>**P.O. Box 103104**<br>**Roswell, GA  30076** | | | Assignee or other notification for:<br>Syncb/ethan Allen | | | | |
| ACCOUNT NO. **6018595367555022**<br>**Syncb/gap**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | W | Revolving Credit Card  01/15<br>$0 Balance on Credit Report | | | | 1.00 |
| ACCOUNT NO. **6044161001473979**<br>**Syncb/ikea**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | W | Revolving Credit Card 12/14<br>$0 Balance on Credit Report | | | | 1.00 |
| ACCOUNT NO.<br>**Cecrb/Ikea**<br>**Attn: Bankruptcy**<br>**P.O. Box 103104**<br>**Roswell, GA  30076** | | | Assignee or other notification for:<br>Syncb/ikea | | | | |
| ACCOUNT NO. **600889174017**<br>**Syncb/jcp**<br>**4125 Windward Plaza**<br>**Alpharetta, GA  30005** | | | Revolving Credit Card 10/07<br>$0 Balance on Credit Report | | | | 1.00 |
| ACCOUNT NO.<br>**GECRB/JC Penny**<br>**Attn: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA  30076** | | | Assignee or other notification for:<br>Syncb/jcp | | | | |
| ACCOUNT NO. **7981924470670944**<br>**Syncb/lowes**<br>**Po Box 956005**<br>**Orlando, FL  32896** | | J | Revolving Credit Card 04/05-01/15 | | | | 921.00 |

Sheet no. _____**36**____ of ____**41**____ continuation sheets attached to                                    Subtotal                $ **924.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____ Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gecrb/Lowes<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Syncb/lowes | | | | |
| ACCOUNT NO. **4479-9516-0463-3295**<br>Syncb/oldnavydc<br>Po Box 965005<br>Orlando, FL  32896 | | W | Revolving Credit Card 11/07-12/14 | | | | 3,476.00 |
| ACCOUNT NO.<br>Gecrb/old Navy<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Syncb/oldnavydc | | | | |
| ACCOUNT NO. **6019191225402638**<br>Syncb/rooms To Go<br>Po Box 965036<br>Orlando, FL  32896 | | J | Revolving Credit Card  01/15<br>$0 Balance on Credit Report | | | | 1.00 |
| ACCOUNT NO.<br>CECRB/Rooms To Go<br>Attn: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Syncb/rooms To Go | | | | |
| ACCOUNT NO. **6019191224206121**<br>Syncb/rooms To Go<br>Po Box 965036<br>Orlando, FL  32896 | | H | Revolving Credit Card 01/15<br>$0 Balance on Credit Report | | | | 1.00 |
| ACCOUNT NO.<br>CECRB/Rooms To Go<br>Attn: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA  30076 | | | Assignee or other notification for:<br>Syncb/rooms To Go | | | | |

Sheet no. _____**37**_____ of _____**41**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **3,478.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Larios, Quintin & Larios, Maria**          Case No. _____
                    Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6030090223109531** <br> **Syncb/sound Advice** <br> **P.O. Box 965036** <br> **Orlando, FL 32896** | | H | **Revolving Credit Card 01/15** <br> **$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO. <br> **Gemb/Sound Advice** <br> **Attn: Bankruptcy** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | | **Assignee or other notification for:** <br> **Syncb/sound Advice** | | | | |
| ACCOUNT NO. **395996** <br> **Sysco South Florida, Inc** <br> **12500 Sysco Way** <br> **Medley, FL 33178** | | J | **Business Debt** | | | | **1.00** |
| ACCOUNT NO. **116087** <br> **Sysco South Florida, Inc.** <br> **12500 Sysco Way** <br> **Medley, FL 33178** | | J | **Business Debt** <br> **Acct in collection** | | | | **2,501.78** |
| ACCOUNT NO. **7000366592** <br> **Td Auto Finance** <br> **Po Box 9223** <br> **Farmington Hills, MI 48333** | | H | **Installment Loan 07/05** <br> **$0 Balance on Credit Report** | | | | **1.00** |
| ACCOUNT NO. <br> **Chrysler Credit/ TD Auto Finance** <br> **Attn: Bankruptcy** <br> **P.O. Box 551080** <br> **Jacksonville, FL 32255** | | | **Assignee or other notification for:** <br> **Td Auto Finance** | | | | |
| ACCOUNT NO. **116087** <br> **Thomas E Krause, Esq** <br> **9700 S Dixie Highway, #1000** <br> **Miami, FL 33156** | | J | **Collection Agency for Sysco South Florida, Inc.** <br> **(6087) 02/15** | | | X | **1.00** |

Sheet no. _____**38**____ of ____**41**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal   $ **2,505.78**
                                  (Total of this page)

                                             Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

*© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria        Case No. _____
Debtor(s)                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Sysco South Florida, Inc.** <br>**12500 Sysco Way** <br>**Medley, FL  33178** | | | Assignee or other notification for: <br>**Thomas E Krause, Esq** | | | | |
| ACCOUNT NO. **xxx-xx-5977 xxx-xx-9017** <br>**Transunion** <br>**PO Box 1000** <br>**Chester, PA  19016-1000** | | J | **Notice Only** | | | | **0.00** |
| ACCOUNT NO. **5398-4300-2331-6795** <br>**Unvl/citi** <br>**Po Box 6241** <br>**Sioux Falls, SD  57117** | | W | **Revolving Credit Card 05/95-01/15** | | | | **12,186.50** |
| ACCOUNT NO. <br>**Unvl/citi** <br>**Attn: Centralized Bankruptcy** <br>**Po Box 20507** <br>**Kansas CitY, MO  64195** | | | Assignee or other notification for: <br>**Unvl/citi** | | | | |
| ACCOUNT NO. **20950556** <br>**US Food Service** <br>**C/ O AG Adjustments** <br>**740 Walt Whitman Rd** <br>**Melville, NY  11747-9090** | | J | **Business Debt** | | | | **5,328.23** |
| ACCOUNT NO. <br>**Us Food Service** <br>**9399 W Higgins Rd, # 400** <br>**Rosemont, IL  60018** | | | Assignee or other notification for: <br>**US Food Service** | | | | |
| ACCOUNT NO. **233** <br>**USA Filters Corp** <br>**P.O. Box 127448** <br>**Hialeah, FL  33012-1624** | X | J | **Business Debt** | | | | **224.70** |

Sheet no. ____**39**____ of ____**41**____ continuation sheets attached to              Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims         (Total of this page)   $ **17,739.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**                              Case No. _____
_____
              Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **108** <br> **USA Filters Corp** <br> **P.O. Box 127448** <br> **Hialeah, FL  33012-1624** | | J | **Business Debt** | | | | **1.00** |
| ACCOUNT NO. **10883** <br> **Valentini Italian Specialties** <br> **11700 NW 102nd Rd., #1** <br> **Miami, FL  33178** | | J | **Business Debt** | | | | **219.50** |
| ACCOUNT NO. **194-0055670-2194-3** <br> **Waste Management Inc. Of Florida** <br> **P.O. Box 105453** <br> **Atlanta, GA  30348** | | J | **Business Debt** | | | | **3,910.23** |
| ACCOUNT NO. <br> **Waste Management Inc. Of Florida** <br> **P.O. Box 42930** <br> **Phoenix, AZ  85080** | | | **Assignee or other notification for:** <br> **Waste Management Inc. Of Florida** | | | | |
| ACCOUNT NO. **194-0055671-2194-1** <br> **Waste Management Inc. Of Florida** <br> **P.O. Box 42930** <br> **Phoenix, AZ  85080** | X | J | **Business Debt** | | | | **1,348.13** |
| ACCOUNT NO. <br> **Waste Management Inc. Of Florida** <br> **P.O. Box 105453** <br> **Atlanta, GA  30348** | | | **Assignee or other notification for:** <br> **Waste Management Inc. Of Florida** | | | | |
| ACCOUNT NO. **0401965** <br> **Wells & Wells, P.A.** <br> **540 Biltmore Way** <br> **Coral Gables, FL  33134** | X | J | **Attorney for  All Florida Paper, Inc.** | | | | **1.00** |

Sheet no. _____ **40** of _____ **41** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **5,479.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria** _____  Case No. _____
    _____Debtor(s)_____                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**All Florida Paper, Inc.**<br>**9150 NW 105th Way**<br>**Medley, FL  33178** | | | **Assignee or other notification for:**<br>**Wells & Wells, P.A.** | | | | |
| ACCOUNT NO. **65-0031376**<br><br>**Zum X Orange, Inc.**<br>**4131 SW 117th Ave.**<br>**Miami, FL  33175** | X | J | **Business Debt** | | | | **224.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**41**___ of ___**41**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **224.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,103,237.41**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

**IN RE** <u>Larios, Quintin & Larios, Maria</u>                Case No. _____
                                      <span style="text-align:center">Debtor(s)</span>                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ford Motor Credit Company**<br>**P.O. Box 55000**<br>**Detroit, MI  48255** | **2012 Ford Escape - Lease** |
| **Lincoln Automotive Fin**<br>**12110 Emmet St**<br>**Omaha, NE  68164** | **2014 Lincoln MKX - Lease** |

B6H (Official Form 6H) (12/07)

**IN RE** Larios, Quintin & Larios, Maria      Case No. _____
_____
      Debtor(s)                                                       (If known)

## SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Larios Corporation**<br>**Dba Casa Larios Restaurant**<br>**7705 W. Flagler St.**<br>**Miami, FL  33144** | **Intercredit Bank, N.A.**<br>**1200 Brickell Ave., 4th Floor**<br>**Miami, FL  33131**<br><br>**SC Mota Associates Limited Partnership**<br>**340 Royal Poincian Way, #316**<br>**Palm Beach, FL  33480**<br><br>**All Florida Paper, Inc.**<br>**9150 NW 105th Way**<br>**Medley, FL  33178**<br><br>**Wells & Wells, P.A.**<br>**540 Biltmore Way**<br>**Coral Gables, FL  33134**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE <u>Larios, Quintin & Larios, Maria</u>                                      Case No. _____
                  Debtor(s)                                                      (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326**<br><br>**Jorge Luis Perez**<br>**3174 NW 30th St., #B**<br>**Miami, FL 33142**<br><br>**Maria Teresa Larios**<br>**735 Calatrava Ave**<br>**Miami, FL 33143**<br><br>**Quintin Larios**<br>**735 Calatrava Ave**<br>**Miami, FL 33143**<br><br>**Carmen Larios**<br>**5847 SW 81th St.**<br>**Miami, FL 33143**<br><br>**Jose A Arevalo**<br>**2979 NW 11th St.**<br>**Miami, FL 33125**<br><br>**Manuel Brunet Cabral**<br>**110 SW 108th Ave., #H-1**<br>**Miami, FL 33174**<br><br>**Jesus R Castro Rodriguez**<br>**1370 NW 5th St., #7**<br>**Miami, FL 33125**<br><br>**Angel Chiong Bu**<br>**8089 NW 8th St. #9**<br>**Miami, FL 33126**<br><br>**Felipe Chiong Bu**<br>**8089 NW 8th St., #9**<br>**Miami, FL 33126**<br><br>**Lean Crespo**<br>**7420 SW 72nd St.**<br>**Miami, FL 33143**<br><br>**Yosbell Diez**<br>**270 SW 68th Ave.**<br>**Miami, FL 33144**<br><br>**Osmaro Garcia-Pelletier**<br>**2160 SW 24th Terr.**<br>**Miami, FL 33145**<br><br>**Manuel Gonzalez**<br>**34 SW 61st Ave.**<br>**Miami, FL 33144**<br><br>**Leonardo Matos**<br>**240 SW 69th Ave.** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Larios, Quintin & Larios, Maria**
_____
                    Debtor(s)

Case No. _____
                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Miami, FL  33134 |
| | **Catalino Miranda-Devora**<br>**12085 SW 18th St., #1**<br>**Miami, FL  33175** |
| | **Juan C Moreno**<br>**2150 NW 9th St., #204**<br>**Miami, FL  33125** |
| | **Julio Moreno**<br>**4065 SW 98th Ave.,**<br>**Miami, FL  33165** |
| | **Miguel Norcisa**<br>**462 Grand Canal Drive**<br>**Miami, FL  33144** |
| | **Galina E. Rojas Izquierdo**<br>**910 SW 93rd Place**<br>**Miami, FL  33174** |
| | **Diosdad Sanchez Acosta**<br>**1880 NW 36th St.**<br>**Miami, FL  33142** |
| | **Manuel De Jesus Arevalos**<br>**2977 NW 11th St.**<br>**Miami, FL  33125** |
| | **Francisco Hernandez**<br>**14682 SW 29th St.**<br>**Miami, FL  33175** |
| | **Jose S Suarez**<br>**8425 NW 8th St., #404**<br>**Miami, FL  33126** |
| | **Marisol Aranzola Diaz**<br>**555 NE 72nd Ave., #411**<br>**Miami, FL  33126** |
| | **Nilda J Fernandez**<br>**12960 SW 17th Terr.**<br>**Miami, FL  33175** |
| | **Juan Carlos Gayoso**<br>**6745 W. 26th Drive, Unit 4, #201**<br>**Hialeah Gardens, FL  33016** |
| | **Mailyn Lopez**<br>**7050 SW 22nd St.**<br>**Miami, FL  33166** |
| | **Camilo Menchaca**<br>**1915 SW 107th Ave., #403**<br>**Miami, FL  33165** |
| | **Juana M Ojito** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE **Larios, Quintin & Larios, Maria** _____  Case No. _____
                                      Debtor(s)                                       (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 3901 SW 78th Ct., #103<br>Miami, FL 33155<br><br>Marisol Ortega<br>8185 NW 7th St., #522<br>Miami, FL 33126<br><br>Josefina Perez<br>541 E. 26th St.<br>Hialeah, FL 33013<br><br>Leidisbel Perez<br>890 NW 45th Ave., #22<br>Miami, FL 33126<br><br>Nelson Luis Puig Marquez<br>8262 NW 5th Lane., #392<br>Miami, FL 33126<br><br>Reinier Valdes<br>485 SW 78th Place<br>Miami, FL 33144<br><br>Evert Dorta-Alfonso<br>41 SW 71th Ave.<br>Miami, FL 33134<br><br>Antonio Garcia<br>3445 NW 5th St.<br>Miami, FL 33125<br><br>Richard A. Gonzalez Parra<br>1950 W. 54th St., #306<br>Hialeah, FL 33012<br><br>Luis Gonzalez Perez<br>181 NW 67th Ct.<br>Miami, FL 33126<br><br>Guillermo Perez<br>676 NW 124th Ave.<br>Miami, FL 33182<br><br>Roberto Power<br>1915 SW 107th Ave., #403<br>Miami, FL 33165<br><br>Orlando Rivera<br>432 SW 78th Ct.<br>Miami, FL 33144<br><br>Yasmani Torres Gonzalez<br>1450 SW 118th Ave.<br>Miami, FL 33104<br><br>Maria I Alberto<br>7801 SW 98th Ct.<br>Miami, FL 33173 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE **Larios, Quintin & Larios, Maria** _____   Case No. _____
              Debtor(s)                                                                (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Ingris Cordova Suarez**<br>**7801 SW 98th Ct.**<br>**Miami, FL  33173** |
| | **Arianys Gonzalez**<br>**8980 W. Flaglter St., #1060**<br>**Miami, FL  33174** |
| | **Maria D Luis Gonzalez**<br>**14803 SW 83rd Terr.**<br>**Miami, FL  33193** |
| | **Lily Martinez**<br>**7565 SW 163rd Ct.**<br>**Miami, FL  33193** |
| | **Maylen Miranda**<br>**6800 NW 179th St., #105**<br>**Hialeah, FL  33015** |
| | **Libia C Novo**<br>**14682 SW 29th Terr.**<br>**Miami, FL  33175** |
| | **Adolfo Guerrero**<br>**111 SW 49th Ave**<br>**Miami, FL  33134** |
| | **Maria Del Carmen Jaime**<br>**10962 SW 3rd St., #F-3**<br>**Miami, FL  33176** |
| | **Niurka Franco**<br>**12455 SW 32nd Terr.**<br>**Miami, FL  33175** |
| | **Merlyn Izquierdo Benitez**<br>**11265 SW 33rd Circle Place**<br>**Miami, FL  33165** |
| | **Dolores Argentin Aleman**<br>**171 NW 97th Ave., #311**<br>**Miami, FL  33172** |
| | **Kleysy Echemendia**<br>**136 NW 44th Ave.**<br>**Miami, FL  33126** |
| | **Rolando Gonzalez**<br>**8201 NW 8th St., #406**<br>**Miami, FL  33126** |
| | **Jesus Sanchez Ayala**<br>**3270 W. Trial Ave.**<br>**Miami, FL  33133** |
| | **Nilda Barrios**<br>**3661 SW 9th Terr., #401**<br>**Miami, FL  33135** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE **Larios, Quintin & Larios, Maria** _____    Case No. _____
                            Debtor(s)                                                      (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Miriam Cordova**<br>**2507 NW 16th Road., #311**<br>**Miami, FL  33125** |
| | **Yohan Ojito**<br>**3642 NW 23rd Ct.**<br>**Miami, FL  33142** |
| | **Jorge O Valdes**<br>**1699 W. 64th St.**<br>**Hialeah, FL  33012** |
| | **Arturo Fernandez**<br>**10260 SW 4th St.**<br>**Miami, FL  33174** |
| | **Arturo Fernandez**<br>**10260 SW 4th St.**<br>**Miami, FL  33174** |
| | **Angie Printing**<br>**6341 NW 87rh Ave**<br>**Miami, FL  33178** |
| | **Angie Printing**<br>**6341 NW 87rh Ave**<br>**Miami, FL  33178** |
| | **Al-Flex, Exterminators, Inc.**<br>**P.O. Box 650213**<br>**Miami, FL  33265-0213** |
| | **Al-Flex, Exterminators, Inc.**<br>**P.O. Box 650213**<br>**Miami, FL  33265-0213** |
| | **AT & T**<br>**PO Box 105262**<br>**Atlanta, GA  30348-5262** |
| | **Angel Alonso**<br>**1395 W 39 Place**<br>**Hialeah, FL  33012** |
| | **ALSCO**<br>**1415 NW 21th Terr.**<br>**Miami, FL  33142** |
| | **ALSCO**<br>**1415 NW 21th Terr.**<br>**Miami, FL  33142** |
| | **Farmer's Milk, Inc**<br>**P.O. Box 143057**<br>**Miami, FL  33114** |
| | **Arturo Fernandez**<br>**10260 SW 4th St.** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE **Larios, Quintin & Larios, Maria**                                    Case No. _____
_____                                                    _____
                        Debtor(s)                                                            (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Miami, FL  33174 |
| | Angel Alonso<br>1395 W 39 Place<br>Hialeah, FL  33012 |
| | Alarm And Electronics, Inc.<br>13973 SW 140th St.<br>Miami, FL  33186 |
| | AT & T<br>PO Box 105262<br>Atlanta, GA  30348-5262 |
| | AT & T<br>PO Box 5019<br>Carol Stream, IL  60197-5019 |
| | Angie Printing<br>6341 NW 87rh Ave<br>Miami, FL  33178 |
| | ALSCO<br>1415 NW 21th Terr.<br>Miami, FL  33142 |
| | Computerbanc, Inc.<br>13611 S. Dixie Highway, #354<br>Miami, FL  33176 |
| | Cliffhanger<br>5541 NW 74th Ave.<br>Miami, FL  33166 |
| | Cafe Bustelo<br>P.O. Box 743091<br>Atlanta, GA  30374-3091 |
| | Eagle Brands Sales<br>3201 NW 72nd Ave<br>Miami, FL  33122 |
| | Gold Coast Beverage Distributors Doral<br>10055 NW 12th St.<br>Miami, FL  33172 |
| | Green Guard First Aid & Safety<br>4159 Shoreline Drive<br>St. Louis, MO  63045 |
| | Goya Foods Of Florida, Inc.<br>P.O. Box 226110<br>Miami, FL  33222 |
| | GPS Florida, LLC<br>P.O. Box 88029<br>Chicago, IL  60680-1029 |
| | General Hotel & Restauran Supply Corp |

B6H (Official Form 6H) (12/07) Cont.

IN RE <u>Larios, Quintin & Larios, Maria</u>                                    Case No. _____
                        Debtor(s)                                                                            (If known)

## SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 13900 NW 82nd Ave.<br>Miami Lakes, FL  33016<br><br>Infinite Energy<br>7001 SW 24th Ave.<br>Gainesville, FL  32607-3704<br><br>Le Fournil French Bakery<br>8743 SW  9th Terr.<br>Miami, FL  33174<br><br>Miamii Purveyors, Inc<br>7350 NW 8th St.<br>Miami, FL  33126<br><br>ProHygiene<br>PAR Miami Corp<br>8607 NW 64th St.<br>Miami, FL  33166<br><br>Premier Beverage Company, LLC<br>P.O. Box 820410<br>South Florida, FL  33082<br><br>Quirch Foods<br>P.O. Box 66-9250<br>Miami, FL  33166<br><br>Restaurant Technologies, Inc.<br>12962 Collections Drive<br>Chicago, IL  60693<br><br>Ray Queralto<br>9421 SW 27th St.<br>Miami, FL  33165<br><br>Star Bakery, Inc.<br>3914 NW 32nd Ave.<br>Miami, FL  33142<br><br>San Siro Supremo Corp<br>Dba Royal Tobacco<br>11467 NW 34th St.<br>Doral, FL  33178<br><br>South Florida Trading Corp.<br>9387 NW 13th St.<br>Doral, FL  33172<br><br>Progressive Waste Solutions Of FL, Inc<br>3840 NW 37th Ct<br>Miami, FL  33142<br><br>Zum X Orange, Inc.<br>4131 SW 117th Ave.<br>Miami, FL  33175<br><br>CB Purchase Trust No. 14-1993<br>Dba Cheney Brothers |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

**IN RE** Larios, Quintin & Larios, Maria _____  Case No. _____
                      Debtor(s)                                                       (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sunset Larios LLC**<br>**5859 SW 73rd St.**<br>**South Miami, FL  33143** | **1 Cheney Way**<br>**Riviera Beach, FL  33404**<br><br>**Sterling Retail Services, Inc.**<br>**340 Royal Poiniciana Way, #316**<br>**Palm Beach, FL  33480**<br><br>**Corona Law Firm, P.A.**<br>**3899 NW 7th St., 2nd Floor**<br>**Miami, FL  33126**<br><br>**Jorge Hung**<br>**9410 W. Flagler St. #4A**<br>**Miami, FL  33145**<br><br>**Amex**<br>**P.o. Box 981537**<br>**El Paso, TX  79998**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326**<br><br>**Department Of The Treasury**<br>**Internal Revenue Services**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326**<br><br>**Intercredit Bank, N.A.**<br>**1200 Brickell Ave., 4th Floor**<br>**Miami, FL  33131**<br><br>**All Florida Paper, Inc.**<br>**9150 NW 105th Way**<br>**Medley, FL  33178**<br><br>**Wells & Wells, P.A.**<br>**540 Biltmore Way**<br>**Coral Gables, FL  33134**<br><br>**Holland & Knight, LLP**<br>**701 Brickell Ave., #3000**<br>**Miami, FL  33131**<br><br>**Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE <u>Larios, Quintin & Larios, Maria</u>                                    Case No. _____
                          Debtor(s)                                                           (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** |
| | **Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** |
| | **Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** |
| | **Department Of The Treasury**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA  19114-0326** |
| | **Armando Lay**<br>**8775 Park Blvd., #118**<br>**Miami, FL  33172** |
| | **Jesus Armesto**<br>**537 E. 36th St.**<br>**Hialeah, FL  33013** |
| | **Henry Cantillo Guerra**<br>**2801 SW 107th Ave.**<br>**Miami, FL  33174** |
| | **Joseph Clerville**<br>**15625 SW 288th St., #E-207**<br>**Homestead, FL  33033** |
| | **Lean Crespo**<br>**7420 SW 72nd St.**<br>**Miami, FL  33143** |
| | **Denis Humberto**<br>**18520 NW 77th Ave., #212**<br>**Hialeah, FL  33015** |
| | **Nelson Espinoza**<br>**1553 SW 5th St., #5**<br>**Miami, FL  33135** |
| | **Jose Ramon Fernandez**<br>**7541 SW 157th Court**<br>**Miami, FL  33193** |
| | **William Garay Mena**<br>**7931 SW 13th Terr.**<br>**Miami, FL  33144** |
| | **Guillermo Gonzalez Bello**<br>**15017 SW 80th Terr.**<br>**Miami, FL  33193** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE Larios, Quintin & Larios, Maria
_____
                    Debtor(s)

Case No. _____
                                (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Rod Gonzalez Hernandez**<br>**8701 SW 89th Ct.**<br>**Miami, FL  33173** |
| | **Alfonso Guzma Arocha**<br>**1800 SW 7th St., #8**<br>**Maimi, FL  33135** |
| | **Francisco Hernandez**<br>**14682 SW 29th St.**<br>**Miami, FL  33175** |
| | **Victor Jimenez-Montalvo**<br>**955 NW 30th Place**<br>**Miami, FL  33125** |
| | **Franklin Mariduena**<br>**958 NE 42nd Terr.**<br>**Homestead, FL  33033** |
| | **Catalino Miranda-Devora**<br>**12085 SW 18th St., #1**<br>**Miami, FL  33175** |
| | **Jose F. Moreno**<br>**1553 SW 5th St., #5**<br>**Miami, FL  33135** |
| | **Miguel Norcisa**<br>**462 Grand Canal Drive**<br>**Miami, FL  33144** |
| | **Jesus Pardo**<br>**9293 SW 39th St.**<br>**Miami, FL  33165** |
| | **Maritza Perez-Brito**<br>**10341 SW 168th St.**<br>**Miami, FL  33157** |
| | **Angel J Ricardo Martinez**<br>**1901 SW 67th Ave., #212**<br>**Miami, FL  33155** |
| | **Maria I Rojas**<br>**9625 SW 24th St., #C-214**<br>**Miami, FL  33165** |
| | **Roque E Sancan Quimis**<br>**3534 SW 11th St.**<br>**Miami, FL  33135** |
| | **Jose Soler Gongora**<br>**3720 SW 27th Ave.**<br>**Miami, FL  33134** |
| | **Tomas Yzquierdo**<br>**752 SE Park Drive** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE Larios, Quintin & Larios, Maria
_____    Case No. _____
                Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Hialeah, FL  33010 |
| | Gonzalo Zulueta<br>170 Esat 41th St.<br>Hialeah, FL  33013 |
| | Christian Largaespada<br>531 SW 42nd Ave., #209<br>Coral Gables, FL  33134 |
| | Alejandro Alvarez<br>11020 SW 57th St.<br>Miami, FL  33173 |
| | Liset Bofill Miranda<br>8166 NW 10th St., #5<br>Miami, FL  33126 |
| | Ricardo Casas<br>13731 SW 84th St., #D<br>Miami, FL  33183 |
| | Isela M. Fung<br>13927 SW 164th Terr.<br>Miami, FL  33177 |
| | Morella Garcia<br>13838 Kendal Drive<br>Miami, FL  33183 |
| | Luisa Liriano<br>671 SE 2nd St.<br>Homestead, FL  33030 |
| | Heriberto Martinez<br>10811 SW 7th St., #1<br>Miami, FL  33174 |
| | Victor Mora<br>11617 SW 90th St.<br>Miami, FL  33176 |
| | Armando R Rojas<br>403 NW 49th Ave.<br>Miami, FL  33126 |
| | Ernesto Evora<br>12933 SW 207 Terr.<br>Miami, FL  33177 |
| | Alexander Garcia<br>1856 SW 22nd Terr, #1<br>Miami, FL  33145 |
| | Roberto Hernandez Santos<br>934 NW 136th Place<br>Miami, FL  33182 |
| | Miguel Infante Rodriguez |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE **Larios, Quintin & Larios, Maria** _____    Case No. _____
                            Debtor(s)                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 2265 NW 21th Terr.<br>Miami, FL  33142<br><br>Daniel Lopez Alvarez<br>10922 SW 6th St., #2<br>Miami, FL  33174<br><br>Carlos Lopez-Madariaga<br>3340 SW 104th Ave.<br>Miami, FL  33165<br><br>Harold Martinez<br>4430 SW 87th Ave.<br>Miami, FL  33165<br><br>Alejandro Muniz Sarmiento<br>10815 NW 50th St., #205<br>Miami, FL  33178<br><br>Osmany Pontigo Abreu<br>3722 SW 27th St.<br>Miami, FL  33134<br><br>Marcelo Torna Cartelles<br>8851 NW 119th St., #1205<br>Hialeah Gardens, FL  33018<br><br>Mavic Alberich<br>6256 SW 129th Ave.,<br>Miami, FL  33183<br><br>Elida Argudin<br>14554 SW 97th St.<br>Miami, FL  33186<br><br>Misleydi Benitez<br>7992 SW 4th St.<br>Miami, FL  33144<br><br>Marcia Castro<br>9511 SW 148th Place<br>Miami, FL  33196<br><br>Dalia Freijo Larios<br>735 Calatrava Ave<br>Miami, FL  33143<br><br>Estrella Perdomo<br>14483 SW 50th Lane<br>Miami, FL  33175<br><br>Nataly Reyes Martinez<br>236 E. 14th St.<br>Hialeah, FL  33010<br><br>Santos Aguilar<br>753 SW 5th St., #5<br>Miami, FL  33130 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____    Case No. _____
Debtor(s)                                                       (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Miriam D Rodriguez**<br>**2465 SE 15th Place**<br>**Homestead, FL  33035** |
| | **Mabel Aguila**<br>**4585 NW 9th St., #5**<br>**Miami, FL  33126** |
| | **Yanet Diaz**<br>**9011 SW 138th St., #B**<br>**Miami, FL  33176** |
| | **Damaris Mesa Benitez**<br>**5800 SW 104th St.**<br>**Miami, FL  33156** |
| | **Maria C Abreu**<br>**1921 SW 107th Ave., #507**<br>**Miami, FL  33165** |
| | **Juan Dorta Garcia**<br>**735 Calatrava Ave.**<br>**Miami, FL  33143** |
| | **Jose A. Hernandez**<br>**2950 NW 4th St.**<br>**Miami, FL  33125** |
| | **Yosmel Hernandez**<br>**6921 SW 158th Ave.**<br>**Miami, FL  33193** |
| | **Yovanny Martinez**<br>**8905 NW 114th Terr.**<br>**Hialeah Gardens, FL  33018** |
| | **Elmer Ricardo Gonzalez**<br>**11310 NW 1st St.**<br>**Miami, FL  33172** |
| | **Yalmira A. Perez Garcia**<br>**602 SW Central Blvd.**<br>**Miami, FL  33144** |
| | **Karla Useda**<br>**531 SW 42nd Ave., #209**<br>**Coral Gables, FL  33134** |
| | **Felix Espinosa**<br>**1075 W. 68th St., #417**<br>**Hialeah, FL  33014** |
| | **German Marin**<br>**9511 SW 148th Place**<br>**Miami, FL  33196** |
| | **Michel Mesa**<br>**4244 SW 6th St.**<br>**Miami, FL  33134** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Maria Teresa Larios**<br>**735 Calatrava Ave**<br>**Miami, FL  33143**<br><br>**Quintin Larios**<br>**735 Calatrava Ave**<br>**Miami, FL  33143**<br><br>**Badia Spices, Inc.**<br>**P.O. Box 226497**<br>**Doral, FL  33222-6497**<br><br>**Rowland Coffee Roasters**<br>**Institutional Division**<br>**5605 NW 82nd Ave.**<br>**Miami, FL  33166**<br><br>**Cliffhanger**<br>**5541 NW 74th Ave.**<br>**Miami, FL  33166**<br><br>**Cafe Bustelo**<br>**P.O. Box 743091**<br>**Atlanta, GA  30374-3091**<br><br>**Cafe Bustelo**<br>**P.O. Box 743091**<br>**Atlanta, GA  30374-3091**<br><br>**Cafe Bustelo**<br>**P.O. Box 743091**<br>**Atlanta, GA  30374-3091**<br><br>**Cafe Bustelo**<br>**P.O. Box 743091**<br>**Atlanta, GA  30374-3091**<br><br>**Cafe Bustelo**<br>**P.O. Box 743091**<br>**Atlanta, GA  30374-3091**<br><br>**Farmer's Milk, Inc**<br>**P.O. Box 143057**<br>**Miami, FL  33114**<br><br>**Ecolab**<br>**P.O. Box 905327**<br>**Charlotte, NC  28290-5327**<br><br>**Green Guard First Aid & Safety**<br>**4159 Shoreline Drive**<br>**St. Louis, MO  63045**<br><br>**Le Fournil French Bakery**<br>**8743 SW  9th Terr.**<br>**Miami, FL  33174**<br><br>**La Sweets** |

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Larios, Quintin & Larios, Maria _____   Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 5701 Sunset Drive<br>Miami, FL  33143<br><br>MG Tech<br>Air Conditioning Contractor<br>10310 SW 50th St.<br>Miami, FL  33165<br><br>Miami Bar & Restaurant Supplies<br>3533 NW 58th St.<br>Miami, FL  33142<br><br>Quirch Foods<br>P.O. Box 66-9250<br>Miami, FL  33166<br><br>Responsible Vendors, Inc.<br>P.O. Box 69-2982<br>Miami, FL  33269-2982<br><br>Ray Queralto<br>9421 SW 27th St.<br>Miami, FL  33165<br><br>SESAC<br>P.O. Box 900013<br>Raleigh, NC  27675-9013<br><br>Suki Eggs<br>P.O. Box 420367<br>Miami, FL  33142<br><br>South Florida Trading, Corp.<br>9387 NW 13th St.<br>Doral, FL  33172<br><br>USA Filters Corp<br>P.O. Box 127448<br>Hialeah, FL  33012-1624<br><br>Waste Management Inc. Of Florida<br>P.O. Box 42930<br>Phoenix, AZ  85080<br><br>Corona Law Firm, P.A.<br>3899 NW 7th St., 2nd Floor<br>Miami, FL  33126 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Quintin  Larios** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Maria  Larios** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Southern District of Florida

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:
   _____
   MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed  ☑ Not employed | ☐ Employed  ☑ Not employed |
| Occupation | **Retired** | **Retired** |
| Employer's name | **N/A** | **N/A** |
| Employer's address | _____  Number    Street | _____  Number    Street |
| | _____ | _____ |
| | _____ | _____ |
| | _____  City    State    ZIP Code | _____  City    State    ZIP Code |
| How long employed there? | _____ | _____ |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ __**0.00**__ | $ __**0.00**__ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ __**0.00**__ | + $ __**0.00**__ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ __**0.00**__ | $ __**0.00**__ |

Debtor 1 __Quintin  Larios_____    Case number (if known)_____
     First Name    Middle Name    Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.......................................................➔ | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | |
|---|---|---|---|
| | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | |
|---|---|---|---|
| | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 1,939.00 | $ 1,634.00 |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____

| | | | |
|---|---|---|---|
| | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,939.00 | $ 1,634.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,939.00 + | $ 1,634.00 = $ 3,573.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies.    12. $ 3,573.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:    | None |

**Fill in this information to identify your case:**

Debtor 1 ___Quintin  Larios___
First Name          Middle Name          Last Name

Debtor 2 ___Maria  Larios___
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM  /  DD  /  YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ ___5,041.00___ |
|  | If not included in line 4: |  |
| 4a. | Real estate taxes | 4a. $ ___0.00___ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ ___0.00___ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ ___180.00___ |
| 4d. | Homeowner's association or condominium dues | 4d. $ ___0.00___ |

Debtor 1    **Quintin  Larios**_____    Case number *(if known)*_____
First Name        Middle Name        Last Name

|  |  | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ _____ 240.00 _____ |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ _____ 300.00 _____ |
| 6b. | Water, sewer, garbage collection | 6b. | $ _____ 100.00 _____ |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ _____ 150.00 _____ |
| 6d. | Other. Specify: **See Schedule Attached**_____ | 6d. | $ _____ 851.00 _____ |
| 7. | **Food and housekeeping supplies** | 7. | $ _____ 600.00 _____ |
| 8. | **Childcare and children's education costs** | 8. | $ _____ 0.00 _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ _____ 150.00 _____ |
| 10. | **Personal care products and services** | 10. | $ _____ 150.00 _____ |
| 11. | **Medical and dental expenses** | 11. | $ _____ 200.00 _____ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ _____ 150.00 _____ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ _____ 0.00 _____ |
| 14. | **Charitable contributions and religious donations** | 14. | $ _____ 0.00 _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ _____ 500.00 _____ |
| 15b. | Health insurance | 15b. | $ _____ 635.00 _____ |
| 15c. | Vehicle insurance | 15c. | $ _____ 600.00 _____ |
| 15d. | Other insurance. Specify:_____ | 15d. | $ _____ 0.00 _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ _____ 0.00 _____ |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ _____ 622.00 _____ |
| 17b. | Car payments for Vehicle 2 | 17b. | $ _____ 417.00 _____ |
| 17c. | Other. Specify:_____ | 17c. | $ _____ 0.00 _____ |
| 17d. | Other. Specify:_____ | 17d. | $ _____ 0.00 _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $ _____ 0.00 _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ _____ 0.00 _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. | Mortgages on other property | 20a. | $ _____ 0.00 _____ |
| 20b. | Real estate taxes | 20b. | $ _____ 0.00 _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ _____ 0.00 _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ _____ 0.00 _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | $ _____ 0.00 _____ |

Debtor 1    **Quintin  Larios** _____    Case number *(if known)*_____

     First Name       Middle Name       Last Name

---

21. **Other**. Specify: _____    21.    +$_____0.00_____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.    22.    $_____10,886.00_____

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $_____3,573.00_____

    23b.  Copy your monthly expenses from line 22 above.    23b.    −$_____10,886.00_____

    23c.  Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income*.    23c.    $_____-7,313.00_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.    **None**

---

**IN RE** Larios, Quintin & Larios, Maria _____ Case No. _____
Debtor(s)

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**
**Continuation Sheet - Page 1 of 1**

Other Utilities (DEBTOR)

| | |
|---|---:|
| **Cell Phones** | **500.00** |
| **Cable TV** | **221.00** |
| **Alarm** | **45.00** |
| **Internet** | **35.00** |
| **Garbage Pickup** | **50.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Larios, Quintin & Larios, Maria**                                    Case No. _____
_____                        _____
                        Debtor(s)                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**103** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 20, 2015**_____    Signature: **/s/ Quintin  Larios**_____
                                                      **Quintin  Larios**                         Debtor

Date: **March 20, 2015**_____    Signature: **/s/ Maria  Larios**_____
                                                      **Maria  Larios**                    (Joint Debtor, if any)
                                                      [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Southern District of Florida

IN RE:                                                                    Case No. _____

**Larios, Quintin & Larios, Maria** _____    Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 218,343.00 | 2013 - Joint Income Tax Return (including Taxable Social Security Benefits) |
| 1,374.64 | 2015 - Salary from Business |
| 0.00 | 2014 Income from Business - Unknown. Debtors' accountant have not finzalized the accounting for 2014. |

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 3,878.00 | 2015 - Income from Social Security Benefits YTD - (H) |
| 1,634.00 | 2015 - Income from Social Security Benefits YTD - (W) |
| 21,924.00 | 2014 - Income from Social Security Benefits - (H) |
| 38,088.00 | 2014 - Income from Social Security Benefits - (W) |
| 48,052.00 | 2013 - Income from Social Security Benefits (J) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase Mtg**<br>**Po Box 24696**<br>**Columbus, OH  43224** | **3 month period (one month arrear)** | **10,562.00** | **615,257.00** |
| **American Honda Finance**<br>**Po Box 1027**<br>**Alpharetta, GA  30009** | **3 month period** | **1,866.00** | **17,806.00** |
| **Frd Motor Cr**<br>**Po Box Box 542000**<br>**Omaha, NE  68154** | **3 month period (paid by Debtors son)** | **951.00** | **633.00** |
| **Suntrust Bk Miami Na**<br>**Po Box 524203**<br>**Miami, FL  33152** | **3 month period** | **1,251.00** | **16,333.00** |
| **Lincoln Automotive Fin**<br>**12110 Emmet St**<br>**Omaha, NE  68164** | **3 month period (two month period)** | **631.00** | **18,944.00** |

None ☑   *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Timothy S Kingcade**<br>**1370 Coral Way**<br>**Miami, FL  33145-0000**<br><br>**Attorney's fees $3,500**<br>**Court filing fees $335**<br>**Office cost $65**<br>**Credit report cost $125**<br>**Budget briefing session $30**<br>**Accurint report $20** | **01/2015 thru 02/2015** | **4,075.00** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **Bank Of Amerca**<br>**Attn: Recovery**<br>**PO Box 4161**<br>**Greensboro, NC  27410-0000** | | **Documents** | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Sunset Larios LLC** | **65-1090225** | **Dba Casa Larios Restaurant 5859 SW 73rd St. South Miami, FL  33143-0000** | **Restaurant** | **03/01 to present Business ceased operation ion** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | | 01/15/2015 |
|---|---|---|---|---|
| **Larios Corporation** | 65-0031376 | Dba Casa Larios Restaurant<br>7705 W. Flagler St.<br>Miami, FL  33144-0000 | **Restaurant** | **09/95 to present**<br>**Business ceased**<br>**operation on**<br>**01/15/2015** |
| **Larios Express** | | Fictitious Name<br>735 Calatrava Ave<br>Coral Gables, FL  33143-0000 | | **04/08-12/13** |
| **Larios Cafe** | | Fictitious Name<br>735 Calatrava Ave<br>Coral Gables, FL  33143-0000 | **Restaurant** | **04/08-12/13**<br>**Business did not**<br>**operate**<br>**Business did not**<br>**operate** |
| **Casa Larios Cafe** | | Fictitious Name<br>735 Calatrava Ave<br>Coral Gables, FL  33143-0000 | **Restaurant** | **04/08-12/13**<br>**Business did not**<br>**operate** |
| **Casa Larios Express** | | Fictitious Name<br>735 Calatrava Ave<br>Coral Gables, FL  33143-0000 | **Restaurant** | **04/08-04/13**<br>**Business did not**<br>**operate** |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☑   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

### 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: __**March 20, 2015**__          Signature  */s/ Quintin  Larios*
                                      of Debtor                                                    **Quintin  Larios**

Date: __**March 20, 2015**__          Signature  */s/ Maria  Larios*
                                      of Joint Debtor                                              **Maria  Larios**
                                      (if any)

                         _____**0**____ continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

IN RE:                                                          Case No. _____

**Larios, Quintin & Larios, Maria**                            Chapter **7** _____
_____
                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **American Honda Finance** | **Describe Property Securing Debt:** <br> **2012 Honda Odyssey EX-L Minivan 4D** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** <br> **Bb&t** | **Describe Property Securing Debt:** <br> **5 Tranquility Lane Piney Creek, NC 28663** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **Ford Motor Credit Company** | **Describe Leased Property:** <br> **2012 Ford Escape - Lease** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** <br> **Lincoln Automotive Fin** | **Describe Leased Property:** <br> **2014 Lincoln MKX - Lease** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☑ No |

___**2** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**March 20, 2015**_____          **/s/ Quintin  Larios**
                                            _____
                                            Signature of Debtor

                                            **/s/ Maria  Larios**
                                            _____
                                            Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase Mtg** | **Describe Property Securing Debt:**<br>**735 Calatrava Ave Coral Gables, FL 33143** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Chase Mtg** | **Describe Property Securing Debt:**<br>**735 Calatrava Ave Coral Gables, FL 33143** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Intercredit Bank, N.A.** | **Describe Property Securing Debt:**<br>**100% Sunset Larios, LLC** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___1___ of ___2___

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Intercredit Bank, N.A.** | **Describe Property Securing Debt:**<br>**100% Larios Corporation** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Suntrust Bk Miami Na** | **Describe Property Securing Debt:**<br>**2013 Ford E150 Cargo Van** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___**2**__ of ___**2**__

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                    Case No. _____

**Larios, Quintin & Larios, Maria** _____    Chapter **7** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 20, 2015** _____    Signature: **/s/ Quintin  Larios** _____
                                **Quintin  Larios**
                                                                                                    Debtor

Date: **March 20, 2015** _____    Signature: **/s/ Maria  Larios** _____
                                **Maria  Larios**
                                                                                            Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Adolfo Guerrero
111 SW 49th Ave
Miami, FL  33134


Al-Flex, Exterminators, Inc.
P.O. Box 650213
Miami, FL  33265-0213


Alarm And Electronics, Inc.
13973 SW 140th St.
Miami, FL  33186


Alejandro Alvarez
11020 SW 57th St.
Miami, FL  33173


Alejandro Muniz Sarmiento
10815 NW 50th St., #205
Miami, FL  33178


Alexander Garcia
1856 SW 22nd Terr, #1
Miami, FL  33145


Alfonso Guzma Arocha
1800 SW 7th St., #8
Maimi, FL  33135


Alfonzo Guzman
C/O Corona Law Firm, P.A
3899 Nw 7th St, 2nd Floor
Miami, FL  33126


All Florida Paper, Inc.
9150 NW 105th Way
Medley, FL  33178

ALSCO
1415 NW 21th Terr.
Miami, FL  33142


American Express
16 General Warren Blvd
Malvern, PA  19355


American Express
P.O. Box 3001
Malvern, PA  19355


American Honda Finance
Po Box 1027
Alpharetta, GA  30009


Amex
P.o. Box 981537
El Paso, TX  79998


Angel Alonso
1395 W 39 Place
Hialeah, FL  33012


Angel Chiong Bu
8089 NW 8th St. #9
Miami, FL  33126


Angel J Ricardo Martinez
1901 SW 67th Ave., #212
Miami, FL  33155


Angie Printing
6341 NW 87rh Ave
Miami, FL  33178

Angie Printing
6341 NW 87th Ave.
Miami, FL  33178


Antonio Garcia
3445 NW 5th St.
Miami, FL  33125


Arianys Gonzalez
8980 W. Flaglter St., #1060
Miami, FL  33174


Armando Lay
8775 Park Blvd., #118
Miami, FL  33172


Armando R Rojas
403 NW 49th Ave.
Miami, FL  33126


Arturo Fernandez
10260 SW 4th St.
Miami, FL  33174


AT & T
PO Box 105262
Atlanta, GA  30348-5262


AT & T
PO Box 5019
Carol Stream, IL  60197-5019


Bad Check Program Address
Po Box 350160
Miami, FL  33135-0160

Badia Spices, Inc.
P.O. Box 226497
Doral, FL  33222-6497


Bank of America
Attn: Correspondence Unit CA6-919-02-41
P.O. Box 5170
Simi Valley, CA  93062


Bank Of America
Po Box 982235
El Paso, TX  79998


Bank Of America, N.A.
P.O. Box 660807
Dallas, TX  75266-0807


Barneys Ny
Po Box 326
Lyndhurst, NJ  07071


BB & T
Attn: Bankruptcy
Po Box 1847
Wilson, NC  27894


Bb&t
Po Box 1847
Wilson, NC  27894


Bb&t
P O Box 2027
Greenville, SC  29602

```
Bk Of Amer
Po Box 982235
El Paso, TX  79998


Bk Of Amer
9000 Southside Blvd Bldg
Jacksonville, FL  32256


Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA  93063


Blmdsnb
9111 Duke Blvd
Mason, OH  45040


Cafe Bustelo
P.O. Box 850001 Dept #797
Orlando, FL  32885-0797


Cafe Bustelo
9290 NW 112th Ave., #15
Miami, FL  33178


Cafe Bustelo
5605 NW 82nd Ave.
Miami, FL  33166


Cafe Bustelo
P.O. Box 743091
Atlanta, GA  30374-3091


Camilo Menchaca
1915 SW 107th Ave., #403
Miami, FL  33165
```

```
Cap1/neimn
26525 N Riverwoods Blvd
Mettawa, IL  60045


Cap1/saks
3455 Highway 80 W
Jackson, MS  39209


Carlos Lopez-Madariaga
3340 SW 104th Ave.
Miami, FL  33165


Carmen Larios
5847 SW 81th St.
Miami, FL  33143


Catalino Miranda-Devora
12085 SW 18th St., #1
Miami, FL  33175


CB Purchase Trust No. 14-1993
Dba Cheney Brothers
1 Cheney Way
Riviera Beach, FL  33404


Cecrb/Ikea
Attn: Bankruptcy
P.O. Box 103104
Roswell, GA  30076


CECRB/Rooms To Go
Attn: Bankruptcy Department
Po Box 103104
Roswell, GA  30076
```

Chase Card
Po Box 15298
Wilmington, DE  19850


Chase Manhattan Mortgage
Attn: Bankruptcy Dept
3415 Vision Dr
Columbus, OH  43219


Chase Mtg
P.o. Box 24696
Columbus, OH  43224


Chase Mtg
Po Box 24696
Columbus, OH  43224


Checksystems
7805 Hudson Rd
Woodbury, MN  55125


Child Support Enforcemment
PO Box 8030
Tallahassee, FL  32314-8030


Christian Largaespada
531 SW 42nd Ave., #209
Coral Gables, FL  33134


Chrysler Credit/ TD Auto Finance
Attn: Bankruptcy
P.O. Box 551080
Jacksonville, FL  32255

Cliffhanger
5541 NW 74th Ave.
Miami, FL  33166


Comenitycapital/barney
3100 Easton Square Pl
Columbus, OH  43219


Computerbanc, Inc.
13611 S. Dixie Highway, #354
Miami, FL  33176


Corona Law Firm, P.A.
3899 NW 7th St., 2nd Floor
Miami, FL  33126


D B P R
Po Box 6300
Tallahasee, FL  32314


Dalia Freijo Larios
735 Calatrava Ave
Miami, FL  33143


Damaris Mesa Benitez
5800 SW 104th St.
Miami, FL  33156


Daniel Lopez Alvarez
10922 SW 6th St., #2
Miami, FL  33174


Daniel Lopez and Jesus Prado Guerra
C/ O Corona Law Firm, P.A
3899 Nw 7th St, 2nd Floor
Miami, FL  33126

Denis Humberto
18520 NW 77th Ave., #212
Hialeah, FL  33015


Department Of The Treasury
Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


Department Of The Treasury
Internal Revenue Services
PO Box 21126
Philadelphia, PA  19114-0326


Department Of The Treasury
PO Box 21126
Philadelphia, PA  19114-0326


Diosdad Sanchez Acosta
1880 NW 36th St.
Miami, FL  33142


Dolores Argentin Aleman
171 NW 97th Ave., #311
Miami, FL  33172


Dsnb Bloom
9111 Duke Blvd
Mason, OH  45040


Dsnb Bloomingdales
Macys Bankruptcy Dept.
P.O. Box 8053
Mason, OH  45040

Dsnb Bloomingdales
Macys Bankruptcy Department
Po Box 8053
Mason, OH  45040


Dsnb Macys
911 Duke Blvd
Mason, OH  45040


Eagle Brands Sales
3201 NW 72nd Ave
Miami, FL  33122


Ecolab
P.O. Box 905327
Charlotte, NC  28290-5327


Elida Argudin
14554 SW 97th St.
Miami, FL  33186


Elmer Ricardo Gonzalez
11310 NW 1st St.
Miami, FL  33172


Equifax
PO Box 740241
Atlanta, GA  30374-0241


Ernesto Evora
12933 SW 207 Terr.
Miami, FL  33177


Estrella Perdomo
14483 SW 50th Lane
Miami, FL  33175

Evert Dorta-Alfonso
41 SW 71th Ave.
Miami, FL  33134


Experian
PO Box 2002
Allen, TX  75013-2002


Expo/cbna
Po Box 6497
Sioux Falls, SD  57117


Expo/Cbsd
Bankruptcy
P.O. Box 20483
Kansas City, MO  64195


Farmer's Milk, Inc
P.O. Box 143057
Miami, FL  33114


Felipe Chiong Bu
8089 NW 8th St., #9
Miami, FL  33126


Felipe Vals, Jr.
3632 SW 8th St.
Miami, FL  33135


Felix Espinosa
1075 W. 68th St., #417
Hialeah, FL  33014


Florida City Gas
Po Box 4569
Atlanta, GA  30302-4569

Florida Department Of Revenue
Miami Service Center
8175 NW 12th St, # 119
Doral, FL   33126-1828


Florida Department Of Revenue
PO Box 6688
Tallahassee, FL   32314


Ford Motor Credit Company
P.O. Box 55000
Detroit, MI   48255


Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI   48121


Francisco Hernandez
14682 SW 29th St.
Miami, FL   33175


Franklin Mariduena
958 NE 42nd Terr.
Homestead, FL   33033


Frd Motor Cr
Po Box Box 542000
Omaha, NE   68154


Galina E. Rojas Izquierdo
910 SW 93rd Place
Miami, FL   33174

GC Services Limited Partnership
P.O. Box 3855
Houston, TX  77253


Gecrb / Ethan Allen
Attn: Bankruptcy
P.O. Box 103104
Roswell, GA  30076


GECRB/JC Penny
Attn: Bankruptcy
PO Box 103104
Roswell, GA  30076


Gecrb/Lowes
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA  30076


Gecrb/old Navy
Attn: Bankruptcy
Po Box 103104
Roswell, GA  30076


Gemb/Sound Advice
Attn: Bankruptcy
P.O. Box 103104
Roswell, GA  30076


General Hotel & Restauran Supply Corp
13900 NW 82nd Ave.
Miami Lakes, FL  33016


German Marin
9511 SW 148th Place
Miami, FL  33196

Gilda Industries
2525 W 4th Ave.
Hialeah, FL  33010


Global Miami JV
3632 SW 8th St.
Miami, FL  33135


Gold Coast Beverage Distributors Doral
10055 NW 12th St.
Miami, FL  33172


Gonzalo Zulueta
170 Esat 41th St.
Hialeah, FL  33013


Goya Foods Of Florida, Inc.
P.O. Box 226110
Miami, FL  33222


GPS Florida, LLC
P.O. Box 88029
Chicago, IL  60680-1029


Green Guard First Aid & Safety
4159 Shoreline Drive
St. Louis, MO  63045


Guillermo Gonzalez Bello
15017 SW 80th Terr.
Miami, FL  33193


Guillermo Perez
676 NW 124th Ave.
Miami, FL  33182

Harold Martinez
4430 SW 87th Ave.
Miami, FL  33165


Henry Cantillo Guerra
2801 SW 107th Ave.
Miami, FL  33174


Heriberto Martinez
10811 SW 7th St., #1
Miami, FL  33174


Holland & Knight, LLP
701 Brickell Ave., #3000
Miami, FL  33131


Infinite Energy
P.O. Box 105247
Atlanta, GA  30348-5247


Infinite Energy
7001 SW 24th Ave.
Gainesville, FL  32607-3704


Ingris Cordova Suarez
7801 SW 98th Ct.
Miami, FL  33173


Intercredit Bank, N.A.
1200 Brickell Ave., 4th Floor
Miami, FL  33131


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Isela M. Fung
13927 SW 164th Terr.
Miami, FL  33177


Jesus Armesto
537 E. 36th St.
Hialeah, FL  33013


Jesus Pardo
9293 SW 39th St.
Miami, FL  33165


Jesus R Castro Rodriguez
1370 NW 5th St., #7
Miami, FL  33125


Jesus Sanchez Ayala
3270 W. Trial Ave.
Miami, FL  33133


Jorge Hung
9410 W. Flagler St. #4A
Miami, FL  33145


Jorge Luis Perez
3174 NW 30th St., #B
Miami, FL  33142


Jorge O Valdes
1699 W. 64th St.
Hialeah, FL  33012


Jose A Arevalo
2979 NW 11th St.
Miami, FL  33125

Jose A. Hernandez
2950 NW 4th St.
Miami, FL  33125


Jose F. Moreno
1553 SW 5th St., #5
Miami, FL  33135


Jose Ramon Fernandez
7541 SW 157th Court
Miami, FL  33193


Jose S Suarez
8425 NW 8th St., #404
Miami, FL  33126


Jose Soler Gongora
3720 SW 27th Ave.
Miami, FL  33134


Josefina Perez
541 E. 26th St.
Hialeah, FL  33013


Joseph Clerville
15625 SW 288th St., #E-207
Homestead, FL  33033


Juan C Moreno
2150 NW 9th St., #204
Miami, FL  33125


Juan Carlos Gayoso
6745 W. 26th Drive, Unit 4, #201
Hialeah Gardens, FL  33016

Juan Dorta Garcia
735 Calatrava Ave.
Miami, FL  33143


Juana M Ojito
3901 SW 78th Ct., #103
Miami, FL  33155


Julio Moreno
4065 SW 98th Ave.,
Miami, FL  33165


Karla Useda
531 SW 42nd Ave., #209
Coral Gables, FL  33134


Kleysy Echemendia
136 NW 44th Ave.
Miami, FL  33126


La Sweets
5701 Sunset Drive
Miami, FL  33143


Le Fournil French Bakery
8743 SW  9th Terr.
Miami, FL  33174


Lean Crespo
7420 SW 72nd St.
Miami, FL  33143


Leidisbel Perez
890 NW 45th Ave., #22
Miami, FL  33126

```
Leonardo Matos
240 SW 69th Ave.
Miami, FL  33134


Libia C Novo
14682 SW 29th Terr.
Miami, FL  33175


Lily Martinez
7565 SW 163rd Ct.
Miami, FL  33193


Lincoln Automotive Fin
12110 Emmet St
Omaha, NE  68164


Liset Bofill Miranda
8166 NW 10th St., #5
Miami, FL  33126


Los Suizos Corp
8566 SW 8 ST
MIAMI, FL  33144


Luis Gonzalez Perez
181 NW 67th Ct.
Miami, FL  33126


Luisa Liriano
671 SE 2nd St.
Homestead, FL  33030


Mabel Aguila
4585 NW 9th St., #5
Miami, FL  33126
```

Mailyn Lopez
7050 SW 22nd St.
Miami, FL  33166


Manuel Brunet Cabral
110 SW 108th Ave., #H-1
Miami, FL  33174


Manuel De Jesus Arevalos
2977 NW 11th St.
Miami, FL  33125


Manuel Gonzalez
34 SW 61st Ave.
Miami, FL  33144


Marcelo Torna Cartelles
8851 NW 119th St., #1205
Hialeah Gardens, FL  33018


Marcia Castro
9511 SW 148th Place
Miami, FL  33196


Maria C Abreu
1921 SW 107th Ave., #507
Miami, FL  33165


Maria D Luis Gonzalez
14803 SW 83rd Terr.
Miami, FL  33193


Maria Del Carmen Jaime
10962 SW 3rd St., #F-3
Miami, FL  33176

Maria I Alberto
7801 SW 98th Ct.
Miami, FL  33173


Maria I Rojas
9625 SW 24th St., #C-214
Miami, FL  33165


Maria Teresa Larios
735 Calatrava Ave
Miami, FL  33143


Marisol Aranzola Diaz
555 NE 72nd Ave., #411
Miami, FL  33126


Marisol Ortega
8185 NW 7th St., #522
Miami, FL  33126


Maritza Perez-Brito
10341 SW 168th St.
Miami, FL  33157


Mavic Alberich
6256 SW 129th Ave.,
Miami, FL  33183


Maylen Miranda
6800 NW 179th St., #105
Hialeah, FL  33015


Mb Fin Svcs
36455 Corporate Dr
Farmington Hills, MI  48331

Merlyn Izquierdo Benitez
11265 SW 33rd Circle Place
Miami, FL  33165


MG Tech
Air Conditioning Contractor
10310 SW 50th St.
Miami, FL  33165


Miami Bar & Restaurant Supplies
3533 NW 58th St.
Miami, FL  33142


Miami-Dade Water & Sewer Department
P.O. Box 026055
Miami, FL  33102-6055


Miamii Purveyors, Inc
7350 NW 8th St.
Miami, FL  33126


Michel Mesa
4244 SW 6th St.
Miami, FL  33134


Miguel Infante Rodriguez
2265 NW 21th Terr.
Miami, FL  33142


Miguel Norcisa
462 Grand Canal Drive
Miami, FL  33144


Miriam Cordova
2507 NW 16th Road., #311
Miami, FL  33125

Miriam D Rodriguez
2465 SE 15th Place
Homestead, FL  33035


Misleydi Benitez
7992 SW 4th St.
Miami, FL  33144


Morella Garcia
13838 Kendal Drive
Miami, FL  33183


Nataly Reyes Martinez
236 E. 14th St.
Hialeah, FL  33010


Nelson Espinoza
1553 SW 5th St., #5
Miami, FL  33135


Nelson Luis Puig Marquez
8262 NW 5th Lane., #392
Miami, FL  33126


Nilda Barrios
3661 SW 9th Terr., #401
Miami, FL  33135


Nilda J Fernandez
12960 SW 17th Terr.
Miami, FL  33175


Niurka Franco
12455 SW 32nd Terr.
Miami, FL  33175

Nordstrom Bank
P.O. Box 79134
Phoenix, AZ  85062-9134


Nordstrom FSB
Attn: Bankruptcy Department
Po Box 6566
Englewood, CO  80155


Nordstrom Fsb
Po Box 6555
Englewood, CO  80155


Ocean Bank
780 Nw 42nd Ave Ste 400
Miami, FL  33126


Orlando Rivera
432 SW 78th Ct.
Miami, FL  33144


Osmany Pontigo Abreu
3722 SW 27th St.
Miami, FL  33134


Osmaro Garcia-Pelletier
2160 SW 24th Terr.
Miami, FL  33145


Paper Depot Express
4100 N. Powerline Road, H2
Pompano Beach, FL  33073


Paycheck Of New York LLC
3100 SW 145th Ave., #400
Miramar, FL  33027

Paycheck Of New York LLC
P.O. Box 4482
Carol Stream, IL  60197-4482


Pinzon & Sons, Inc.
6937 NW 52nd St.
Miami, FL  33166


Premier  Beverage Company, LLC
P.O. Box 820410
South Florida, FL  33082


Premier Beverage Company, LLC
P.O. Box 820410
South Florida, FL  33082


Progressive Waste Solutions Of FL, Inc
P.O. Box 6494
Carol Stream, IL  60197-6494


Progressive Waste Solutions Of FL, Inc
3840 NW 37th Ct
Miami, FL  33142


ProHygiene
PAR Miami Corp
8607 NW 64th St.
Miami, FL  33166


Prudential
Po Box 856138
Lousville, KY  40285


Quintin Larios
735 Calatrava Ave
Miami, FL  33143

Quirch Foods
P.O. Box 66-9250
Miami, FL  33166


Ray Queralto
9421 SW 27th St.
Miami, FL  33165


Reinier Valdes
485 SW 78th Place
Miami, FL  33144


Responsible Vendors, Inc.
P.O. Box 69-2982
Miami, FL  33269-2982


Restaurant Technologies, Inc.
12962 Collections Drive
Chicago, IL  60693


Rex Chemical Corp
2270 NW 23rd St
Miami, FL  33142


Ricardo Casas
13731 SW 84th St., #D
Miami, FL  33183


Richard A. Gonzalez Parra
1950 W. 54th St., #306
Hialeah, FL  33012


Roberto Hernandez Santos
934 NW 136th Place
Miami, FL  33182

```
Roberto Power
1915 SW 107th Ave., #403
Miami, FL  33165


Rod Gonzalez Hernandez
8701 SW 89th Ct.
Miami, FL  33173


Rolando Gonzalez
8201 NW 8th St., #406
Miami, FL  33126


Roniel Rodriguez IV, Esq.
20533 Biscayne Blvd., #1243
Aventura, FL  33180


Roque E Sancan Quimis
3534 SW 11th St.
Miami, FL  33135


Rowland Coffee Roasters
P.O. Box 743091
Atlanta, GA  30374-3091


Rowland Coffee Roasters
Institutional Division
5605 NW 82nd Ave.
Miami, FL  33166


Saks Fifth Avenue
P.O. Box 5224
Carol Stream, IL  60197-5224
```

San Siro Supremo Corp
Dba Royal Tobacco
11467 NW 34th St.
Doral, FL   33178


Santos Aguilar
753 SW 5th St., #5
Miami, FL   33130


SC Mota Associates Limited Partnership
340 Royal Poincian Way, #316
Palm Beach, FL   33480


Sears/cbna
Po Box 6282
Sioux Falls, SD   57117


Sears/cbna
133200 Smith Rd
Cleveland, OH   44130


Security Fire Prevention, Inc.
7298 West Flagler St
Miami, FL   33144


SESAC
55 Music Square East
Nashville, TN   37203-4362


SESAC
P.O. Box 900013
Raleigh, NC   27675-9013


Shangri LA South
P.O. Box 667615
Miami, FL   33166

Somi Guide
C/O TCMC, Inc.
P.O. Box 431597
Miami, FL  33243-1597


South Florida Trading Corp.
9387 NW 13th St.
Doral, FL  33172


South Florida Trading, Corp.
9387 NW 13th St.
Doral, FL  33172


South Florida Trading, Corp.
Milagros Rujann
9387 NW 13th St.
Doral, FL  33172


Southern Wine & Spirits
1600 NW 163rd St
Miami, FL  33169


Star Bakery, Inc.
3914 NW 32nd Ave.
Miami, FL  33142


Sterling Retail Services, Inc.
340 Royal Poiniciana Way, #316
Palm Beach, FL  33480


Suki Eggs
1486 NW 23rd St.
Miami, FL  33142

Suki Eggs
P.O. Box 420367
Miami, FL  33142


Suntrust Bk Miami Na
Attn: Bankruptcy Dept
Po Box 85092 MC VA-WMRK-7952
Richmond, VA  23286


Suntrust Bk Miami Na
Po Box 524203
Miami, FL  33152


Syncb/ethan Allen
P.O. Box 965036
Orlando, FL  32896


Syncb/gap
Po Box 965005
Orlando, FL  32896


Syncb/ikea
Po Box 965005
Orlando, FL  32896


Syncb/jcp
4125 Windward Plaza
Alpharetta, GA  30005


Syncb/lowes
Po Box 956005
Orlando, FL  32896


Syncb/oldnavydc
Po Box 965005
Orlando, FL  32896

```
Syncb/rooms To Go
Po Box 965036
Orlando, FL  32896


Syncb/sound Advice
P.O. Box 965036
Orlando, FL  32896


Sysco South Florida, Inc
12500 Sysco Way
Medley, FL  33178


Sysco South Florida, Inc.
12500 Sysco Way
Medley, FL  33178


Td Auto Finance
Po Box 9223
Farmington Hills, MI  48333


Thomas E Krause, Esq
9700 S Dixie Highway, #1000
Miami, FL  33156


Tomas Yzquierdo
752 SE Park Drive
Hialeah, FL  33010


Transunion
PO Box 1000
Chester, PA  19016-1000


Unvl/citi
Po Box 6241
Sioux Falls, SD  57117
```

```
Unvl/citi
Attn: Centralized Bankruptcy
Po Box 20507
Kansas CitY, MO  64195


US Food Service
C/ O AG Adjustments
740 Walt Whitman Rd
Melville, NY  11747-9090


Us Food Service
9399 W Higgins Rd, # 400
Rosemont, IL  60018


USA Filters Corp
P.O. Box 127448
Hialeah, FL  33012-1624


Valentini Italian Specialties
11700 NW 102nd Rd., #1
Miami, FL  33178


Victor Jimenez-Montalvo
955 NW 30th Place
Miami, FL  33125


Victor Mora
11617 SW 90th St.
Miami, FL  33176


Waste Management Inc. Of Florida
P.O. Box 105453
Atlanta, GA  30348
```

Waste Management Inc. Of Florida
P.O. Box 42930
Phoenix, AZ  85080


Wells & Wells, P.A.
540 Biltmore Way
Coral Gables, FL  33134


William Garay Mena
7931 SW 13th Terr.
Miami, FL  33144


Yalmira A. Perez Garcia
602 SW Central Blvd.
Miami, FL  33144


Yanet Diaz
9011 SW 138th St., #B
Miami, FL  33176


Yasmani Torres Gonzalez
1450 SW 118th Ave.
Miami, FL  33104


Yohan Ojito
3642 NW 23rd Ct.
Miami, FL  33142


Yosbell Diez
270 SW 68th Ave.
Miami, FL  33144


Yosmel Hernandez
6921 SW 158th Ave.
Miami, FL  33193

Yovanny Martinez
8905 NW 114th Terr.
Hialeah Gardens, FL  33018

Zum X Orange, Inc.
4131 SW 117th Ave.
Miami, FL  33175