**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                    CASE NO. 15-15051-RAM

QUINTIN LARIOS, and                                        CHAPTER 7
MARIA T. LARIOS,

      Debtors.
_____/

### CHAPTER 7 TRUSTEE'S NOTICE OF RULE 2004 *DUCES TECUM* OF THE DEBTORS WITHOUT EXAMINATION

Maria Yip, Chapter 7 Trustee (the "Trustee"), by and through undersigned counsel, pursuant to Rules 2004 and Local Rules 2004-1, hereby gives notice to Debtors, **Quintin Larios and Maria T. Larios**, to produce those documents and records requested in the attached **Exhibit A** on or before **April 26, 2015** at **4:00 p.m. (E.S.T.)** to the offices of undersigned counsel located at **Genovese Joblove & Battista, P.A., 100 S.E. Second Street, 44th Floor, Miami, Florida 33131 (Tel: 305-349-2300).**

The scope of the examination shall be as described in Fed. R. Bank. P. 2004. Pursuant to Local Rule 2004-1, no order of the Court shall be necessary. This request is being made for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and other applicable law. The Trustee does not waive taking the oral examination of the Debtors in the future by giving separate notice of the same to all parties in interest.

Dated this 27th day of March, 2015.

          GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for Chapter 7 Trustee*
100 SE 2nd Street, 44th Floor
Miami, FL 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By: /s/Carlos E. Sardi
    Carlos E. Sardi, Esq.
    Florida Bar No. 781401
    Email: csardi@gjb-law.com
    Michael A. Friedman, Esq.
    Florida Bar No. 71828
    Email: mfriedman@gjb-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true and correct copy of the foregoing was served on this 27th day of March, 2015 via CM/ECF and/or first-class postage-prepaid U.S. Mail to all parties on the attached Service List.

    /s/Carlos E. Sardi
    Carlos E. Sardi

# SERVICE LIST

**VIA CM/ECF**

Timothy S Kingcade, Esq
1370 Coral Way
Miami, FL 33145
kingcadeserve@bellsouth.net
*Debtors' Counsel*

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Maria Yip
2 S. Biscayne Blvd #2690
Miami, FL 33131
trustee@yipcpa.com
*Chapter 7 Trustee*

**VIA U.S. MAIL ONLY**

Quintin Larios
Maria Larios
735 Calatrava Ave
Miami, FL 33143
*Debtors*

# EXHIBIT A

I. <u>Instructions</u>

   A. This document request is continuing in nature and when new knowledge or information comes to the attention of the deponent the information supplied in the answers to the document request shall be supplemented forthwith.

   B. For each and every Request herein, you shall produce documents in your possession, custody, or control, which shall include but be limited to, documents, objects or articles described that are in your possession or that you have the right to secure the original or a copy from another person or entity. The fact that your investigation is continuing or discovery is incomplete is not an excuse for your failure to respond to each request as fully and completely as possible. Your responses should consist of information known to you through yourself, your agents, your attorneys, your employees, or your representatives. All documents produced pursuant to this request are to be produced as they are kept in the usual course of business, and shall be organized and labeled (without permanently marking the item produced) so as to correspond with the categories of each numbered request hereof. If copies or drafts exist of a document, the production of which has been requested herein, produce and submit for inspection and copying each and every copy and draft which differs in any way from the original document or from any copy or draft.

   C. If you at any time had possession, custody, or control of any document requested herein, and such document has been lost, destroyed, discarded, or is not presently in your possession, these documents shall be identified as completely as possible, including:

      1. The names of the authors of the document;
      2. The names of the persons to whom the documents or copies were sent;
      3. The date of the document;
      4. The date on which the document was received by each addressee, copyee or its recipients;
      5. A description of the nature and subject matter of the document that is as complete as possible;
      6. The date on which the document was lost, discarded or destroyed; and
      7. The manner in which the document was lost, discarded or destroyed.

   D. With respect to any document that deponent withholds under claim of privilege, the deponent shall number such documents, hold them separately, and retain them intact pending a ruling by the Court on the claimed privilege. In addition, the deponent shall provide a statement, signed by an attorney representing the deponent, setting forth as to each such document:

      1. The names of the senders or the document;
      2. The names of the authors of the document;

   3.  The names of the persons to whom the document or copies were sent;
   4.  The job title of every person named in subparagraphs 1, 2 and 3 above;
   5.  The date of the document;
   6.  The date on which the document was received by each addressee, copyee or its recipient;
   7.  A brief description of the nature and subject matter of the document; and
   8.  The statute, rule or decision which is claimed to give rise to the privilege.

E. If you cannot, after exercising due diligence to secure or produce the document(s) requested, you must identify which Request(s) that you do not have any responsive documents for, and answer the request for production to the fullest extent possible, specifying your inability to produce the document(s), providing the identity of the person who has possession, custody, or control of the requested document(s).

F. All words in this request for production shall have their plain and ordinary meanings unless specifically defined herein below in Part II of this Request.

G. Copies of documents which are identical duplicates of other documents which have already been produced for inspection and copying in this action need not be produced again, except that the duplicates must be produced if handwritten or any other type of notes or similar intelligence appear thereon or are attached thereto, including markings on slips indicating the routing of the document to individuals or organizations.

H. The singular and plural forms shall be construed interchangeably so as to bring within the scope of this document request any information which might otherwise be construed as outside their scope.

I. "And" and "or" shall be construed interchangeably so as to bring within the scope of this document request any information which might otherwise be construed as outside their scope.

J. "Any" and "all" shall be construed to bring within the scope of this request any information which might be construed to relate to the subject matter of the request.

K. The use of the singular form of any word includes the plural and vice versa.

L. All other names or terms herein not specifically defined or identified shall have the same meaning as is commonly understood and referred to by and among the parties.

M. Unless otherwise indicated, the time period for this request is January 1, 2011 to the present.

II. <u>Definitions</u>

For purposes of this subpoena, the following definitions shall apply:

A. The term "Debtor" or "Debtors" shall interchangeably or collectively mean the debtors, Quintin Larios and Maria T. Larios, and all of their authorized employees, agents, or others purporting to act on their behalf.

B. "Documents" and/or "records" shall mean, without limiting the generality of this meaning, any writings, papers or tangible things in the possession, custody or control of the Deponent, whether maintained in hard copy documents or electronically, including, letters, e-mails, computer files, handwritten notes, calendar pads, appointment books, note pads, notebooks, correspondence of any kind, postcards, memoranda, telegrams, telexes, annual or other reports, financial statements, books, records, ledgers, journals, minutes of all meetings, contracts, agreements, drafts of contracts or agreements, appraisals, analyses, charts, graphs, data sheets, data tapes, computer disks, computer hard drives or readable computer produced interpretations thereof, stenographic notes, tape and disk recordings, tapes, photostats, recordings, photographs, drawings, illustrations, plans and personal interviews, wherever located, whether located original or duplicate, and all compilations of the foregoing including binders, notebooks, folders and files. All categories of documents described above shall include with respect thereto all communications, whether or not expressly stated. If a document has been prepared in several copies, or additional copies have been made and the copies are not identical (or by reason of subsequent modifications of the copy by addition or notations, or other modifications, are no longer identical), each non-identical copy shall be deemed to be a separate document for purposes of these discovery request.

C. "Possession, custody, or control" as used herein shall have the same meaning as in Rule 34(a) of the Federal Rules of Civil Procedure.

D. "Communications" means any electronic, oral, magnetic, or written transmittal or transfer of data, facts, ideas, information, inquiries, or thought.

E. "Correspondence" means any letter, note, memorandum, report, notice, facsimile transmission, e-mail transmission, and any documents (as defined in paragraph 1 above) that were sent or received from one or more persons to one or more persons, regardless of authorship or origin, including that which was directed as a copy, blind copy, forwarded copy, or sent or received mistakenly.

F. The terms "person", "individual", "entity", and "entities" are used interchangeably and shall be deemed to include the plural and vice versa. Each of these terms shall mean, but are not limited to: (i) any association, or business, legal, or governmental entity, including all corporations, partnerships, associations, joint ventures, trust, firms, or other business enterprise or legal

       entity, unless otherwise stated; or (ii) surety ship; institution; or government or government agency or political subdivision be it foreign or domestic; or (iii) board, committee, group, or organization comprised of any of the foregoing or combination thereof; whether they be now or previously existing.

G.    "Support", "evidence", "relate to", "relating to", "related to", "referred to", "concerning", "pertaining to" and "regarding" shall mean anything which directly, or indirectly, concerns, consists of, pertains to , reflects, evidences, describes, sets forth, constitutes, contains, shows, underlies, supports, refers to in any manner, is or was used in the preparation of, appended to, legally, logically or factually connected with, proves, disproves, or tends to prove or disprove.

H.    The words "concerning," "concerns," or any other derivative thereof, as used herein includes referring to, responding to, relating to, pertaining to, connected with, comprising, memorializing, commenting on, regarding, discussing, showing, describing, reflecting, analyzing and constituting.

I.    The term "Petition Date" shall mean the date the Debtors filed their voluntary petition for relief under Chapter 7 of the Bankruptcy Code, or, March 20, 2015.

III.    Documents Requested

A.    *Purchases, Sales, Receivables, Gifts and Other Transfers of Property*:

1.    All documents reflecting the Debtors' legal or equitable ownership interest in the real property located at 735 Calatrava Avenue, Coral Gables, Miami-Dade County, Florida 33143 ("Homestead") including, but not limited to any deeds, buy/sell agreements, closing documents, mortgage, satisfaction of mortgage, appraisals and other similar documents.

2.    All documents reflecting the Debtors' legal or equitable ownership interest in the real property located at 5 Tranquility Lane, Piney Creek, Alleghany County, North Carolina 28663, including, but not limited to any deeds, buy/sell agreements, closing documents, mortgage, satisfaction of mortgage, appraisals and other similar documents.

3.    All documents reflecting the Debtors' legal or equitable ownership interest in the real property located at 8475 SW 53rd Avenue, Miami, Miami-Dade County, Florida, including, but not limited to any deeds, buy/sell agreements, closing documents, mortgage, satisfaction of mortgage, appraisals and other similar documents.

4.    All documents reflecting the Debtors' legal or equitable ownership interest in the real property located at 10340 NW 46th Street, Doral, Miami-Dade County, Florida 33178, including, but not limited to any deeds, buy/sell agreements, closing documents, mortgage, satisfaction of mortgage, appraisals and other similar documents.

5. All documents reflecting the Debtor's legal or equitable ownership interest in the real property located at <u>4521 NW 102nd Court, Doral, Miami-Dade County, Florida 33178</u>, including, but not limited to any deeds, buy/sell agreements, closing documents, mortgage, satisfaction of mortgage, appraisals and other similar documents.

6. All documents reflecting the Debtors' legal or equitable ownership interest in any other real property anywhere in the world, including houses, apartment buildings, condominiums, cooperatives, unimproved real estate (including vacant land and farm land) within four (4) years from the Petition Date to the date of this request.

7. All documents reflecting the Debtor's legal or equitable leasehold interest in any other real property anywhere in the world, including houses, apartment buildings, condominiums, cooperatives, unimproved real estate (including vacant land and farm land) within four (4) years from the Petition Date to the date of this request.

8. All documents reflecting the Debtor's legal or equitable ownership or leasehold interest in any chattel mortgages, real estate mortgages, oil or gas wells, mineral rights and subsurface rights anywhere in the world within four (4) years from the Petition Date to the date of this request

9. All bills of sale, invoices, and receipts and other documents reflecting the Debtor's legal or equitable ownership of precious household goods, furnishings, appliances, electronic equipment, computers, art objects, stones, jewelry, watches, photographic equipment or other personal effects located anywhere in the world, including those listed in <u>Items 4, 6, and 7</u> of Schedule B of the Debtor's bankruptcy schedules, within four (4) years from the Petition Date to the date of this request.

10. Any documents reflecting the Debtors' legal or equitable interest in the assets, corpus or earnings of a trust including any such interest held as a trustee, personal representative, guardian, or curator, within four (4) years from the Petition Date to the date of this request.

11. For any trust in which any of the Debtors is a beneficiary or settlor, all trust agreements and any amendments, all trust tax returns, trust bank statements, trust check registers, any correspondence or other written communications between you and any trustee of the trust, and all trust accounting, within four (4) years from the Petition Date to the date of this request.

12. All documents reflecting any interest either of the Debtors has or had in any property held in the name of another person or entity, or held in the possession of the other person or entity. Please include convenience accounts over which another person has a signature power for your benefit, and any safe deposit box inventories within four (4) years from the Petition Date to the date of this request.

13. All documents reflecting (a) contributions made by the Debtors to any trust or pension funds or to purchase annuity contracts or life insurance with a cash value,

for the benefit of others, or (b) contributions by others to any trust or pension funds or to purchase annuity contracts or life insurance with a cash value, to or for either or both of the Debtors' benefit, within four (4) years from the Petition Date to the date of this request.

14. All account statements, canceled checks, checkbooks, stubs and registers, deposit slips, debit memos, wire transfer requests and advices, and passbooks, from any checking accounts, savings accounts, time deposits, money market accounts, and other investment accounts in the name the Debtors, individually or jointly with themselves or anyone else, or over which the Debtors had signatory authority, within four (4) years from the Petition Date to the date of this request.

15. All documents reflecting the purchase, sale or conveyance of the Debtors' legal or equitable ownership or leasehold interest in real property within four (4) years from the Petition Date to the date of this request.

16. All documents reflecting the purchase, sale or conveyance of any the Debtors' personal property, tangible or intangible, worth more than $5,000 within four (4) years from the Petition Date to the date of this request.

17. All documents pertaining to the purchase of any home by the Debtors within four (4) years from the Petition Date to the date of this request, and any documents reflecting the satisfaction of any mortgage lien. All documents reflecting the source of the monies used to purchase the home, and whether those monies had been borrowed or transferred previously from another person, entity or account.

18. All documents evidencing any gifts the Debtors made to anyone within four (4) years from the Petition Date to the date of this request.

19. Any and all documents relating any loans (secured or unsecured) made by the Debtors to anyone, including any applications, promissory notes, security agreements, UCC financing statements, UCC continuation statements, mortgages, guarantee agreements, collateral agreements, pledge agreements, letters of credit, collateral documentation, amortization schedules, payment schedules, loan histories, loan statements, closing certificates, syndication letter agreements, drafts, acceptances, requests for acceptances, acceptance notes, and other similar documents.

20. Receipts and itemized monthly statements from charge or debit card issuers in the name of one or both Debtors, within four (4) years from the Petition Date to the date of this request.

21. All credit card statements on any unsecured or revolving credit line held in the name of one or both Debtors within four (4) years from the Petition Date to the date of this request.

22. All life insurance policies issued to or owned by the Debtors and monthly statements for each such policies within four (4) years from the Petition Date to

the date of this request.

23. All documents, agreements, statements, titles, and other similar documents relating to any motor vehicle owned or leased in the name of one or both Debtors.

24. All documents supporting or evidencing any accounts receivable due and owing to the Debtors as of the Petition Date.

**B.    Business Interests**

25. For any business (wherever located) in which the Debtors hold or held a legal or equitable interest, including (1) Larios Corporation; (2) Sunset Larios, LLC.; (3) Quinton Corporation; and (4) Larios Restaurant Management, Inc.; please produce the following documents since the date of their incorporation to the date of this request:

    a. All (i) ledgers; (ii) journals; (iii) books of accounts; and (iv) reports, reconciliations and itemizations of sales, revenues, expenses, disbursements, income, depreciation, profits, and balance sheet. Include internal memoranda and worksheets, and any documents sent to or received from outside bookkeepers and accountants.

    b. All corporate organizational documents, articles, by-laws, operating agreements, amendments, meeting minutes, resolutions, stock or membership transfer record, stock or membership ledger, stock or membership interest certificates, voting trusts, shareholder agreements, and other documents, memoranda and correspondence relating to the same.

    c. Copies of any proofs of claim to insurance companies, and police reports, for any loss of or damage to property.

    d. All financial statements and loan applications prepared, including credit card applications, credit line applications and mortgage applications.

    e. All ledgers, journals and other books of account maintained at any time, which reflects its assets, debts, income, expenditures, profits, losses or changes in financial condition.

    f. Complete federal income tax returns, including all schedules, and state tax returns or bills.

    g. Any commercial personal property tax returns or bills.

    h. All deeds and other documents reflecting its ownership or leasehold interest in homes, apartment buildings, condominiums, cooperatives, unimproved real estate (including vacant land and farm land), chattel mortgages, real estate mortgages, oil or gas wells, mineral rights and

        subsurface rights.

i. All documents reflecting its ownership interest in furniture, appliances, fixtures or equipment.

j. All documents reflecting its ownership of any inventory, raw materials, or work in process.

k. All documents reflecting its ownership interest in notes, stocks, bonds, defense bonds, mutual funds, treasury bills, corporate income funds, and other money market instruments.

l. All documents reflecting its ownership interest in any patents, copyrights, inventions, or other intellectual property, any interest in which you own or have owned, and all documents reflecting conveyances of them.

m. All documents reflecting its interest in mortgages, mechanic's liens, or other liens on the real or personal property of others.

n. All documents reflecting loans or other outstanding accounts which are now due and payable to it, or will become due to it in the future.

o. All documents reflecting any interest in any chose in action or intangible asset.

p. All deeds, certificates and other documents reflecting its ownership interest in any other property, tangible or intangible.

q. All documents reflecting the acquisition or disposition of any property, tangible or intangible, outside the ordinary course of business.

r. All legal pleadings, court papers, deposition testimony and exhibits from any lawsuit or other judicial or administrative proceeding involving a claim or counterclaim made by or against it, if the suit or administrative proceeding is still pending or has been concluded.

s. Any and all contract(s) or agreement(s) entered into by and between such entity and any party, including but not limited to, any drafts and executed copies of such contract(s) or agreement(s).

t. All account statements, canceled checks, checkbooks, stubs and registers, deposit slips, debit memos, wire transfer requests and advices, and passbooks, from any checking accounts, savings accounts, time deposits, money market accounts, and other investment accounts in its name, or into which it deposited funds, or over which you had signature authority.

**C.   Other Documents**

25. Inventory and photos of all household goods, furnishings, appliances, electronic equipment, computers, books, pictures, art objects, antiques, jewelry and other personal effects contained within the Homestead.

26. Copy of all financial statements and balance sheets prepared by the Debtors, individually or jointly with themselves or anyone else, prepared for any purpose within four (4) years from the Petition Date to the date of this request.

27. Copy of all leases held by the Debtors.

28. Copy of any driver's licenses in the name of the Debtors.

29. Copy of any voter's registration cards in the name of the Debtor.

30. Copy of any professional licenses in the name of the Debtors.

31. Copy of the Debtors' marriage certificate and, if applicable, of any divorce decree and related documents.

32. Original passports in the name of each of the Debtors.

33. All documents regarding any mortgages and notes signed by the Debtors and disposition of any loan proceeds within four (4) years from the Petition Date to the date of this request.

34. All documents regarding any mortgages and notes in which the Debtors hold or held an interest (legal or equitable) within four (4) years from the Petition Date to the date of this request.

35. Any documents reflecting any transfers the Debtors made to any family member or relative within four (4) years from the Petition Date to the date of this request.

36. All bank account records for any account in which any of the Debtors has or had signatory authority at any time during and within four (4) years from the Petition Date to the date of this request.

37. All original stock or membership certificates held in the name of the Debtors, individually or jointly with themselves or anyone else.

38. All documentation regarding any transfers the Debtors made of any business interests they had within four (4) years from the Petition Date to the date of this request, along with the documents establishing the consideration for such transfers and the disposition of any monies received for such consideration.

39. All documents, including but not limited to the closing statement(s) and affidavits, for or relating to the sale or transfer of any and all real property interests within four (4) years from the Petition Date to the date of this request.

40. Title to all vehicles, boats, motor vehicles, recreational vehicles, aircrafts, and aircraft engines owned by the Debtors within four (4) years from the Petition Date to the date of this request.

41. All documents relating to any monies owed to the Debtors.

42. Any and all contract(s) or agreement(s) entered into by and between one or both of the Debtors and any party, including but not limited to, any drafts and executed copies of such contract(s) or agreement(s).

43. All documents relating to any assets, liabilities, financial affairs and/or business affairs of the Debtors within four (4) years from the Petition Date to the date of this request.

44. All communications, including any e-mails, telephone notes, correspondence, reports and any other documents referencing the Debtors within four (4) years from the Petition Date to the date of this request.

45. All documents related to each asset claimed as exempt in Schedule C of the Debtors' bankruptcy schedules, including, but not limited to, any account statements or other similar documents.

46. Any commercial personal property tax returns or bills.

47. All legal pleadings, court papers, and exhibits from any lawsuit or other judicial or administrative proceeding involving a claim or counter claim made by or against one or both of the Debtors, irrespective of whether the suit or proceeding is still pending or has been concluded within four (4) years from the Petition Date to the date of this request.

48. Copies of the Debtors' complete income tax returns, including all schedules and supporting documents, filed with the Internal Revenue Service and/or any other domestic or foreign tax authority within four (4) years from the Petition Date to the date of this request.

49. All documents related to the cemetery mausoleum listed in Item 25 of Schedule B of the Debtors' bankruptcy schedules, including, any agreements, monthly statements, and other similar documents.

50. Inventory, photos and copies of all contents and documents contained within the safe deposit box listed in Item 12 of the Debtors' bankruptcy statement of financial affairs located at Bank of America, N.A.