UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In RE

LARIOS, QUINTIN & MARIA,          Case No. 15-15051-RAM

Debtors.                          Chapter 7
_____/

## CHAPTER 7 TRUSTEE'S *EX-PARTE* APPLICATION FOR EMPLOYMENT OF HAL LEVENBERG, MBA AND YIP ASSOCIATES

Maria M. Yip, as Chapter 7 Trustee for the estate of the above-captioned Debtors (the "Trustee"), by and through undersigned counsel, applies to the court for authorization and approval of the employment of Hal Levenberg, MBA, and the consulting firm of Yip Associates ("Yip Associates") as forensic accountant, consulting expert, and, if necessary, as testifying expert for the Trustee (the "Application"). In support of the Application, the Trustee relies upon the affidavit of Hal Levenberg, attached hereto as **Exhibit A** (the "Levenberg Affidavit"), and respectfully represents as follows:

1. On March 20, 2015, the Debtors filed a voluntary petition for relief under Chapter 7, of the United States Code with this Court Appointing Maria Yip as Chapter 7 Trustee.

2. The Debtors' financial affairs are complex. The Trustee requires the assistance of an expert to review and analyze the various books and records associated with these financial affairs.

3. Accordingly, in order for the Trustee to properly discharge her duties in this case, it may be necessary that she employ accountants to assist her in investigating the financial affairs of the Debtors and other financial matters. The Trustee has selected Yip Associates because of its extensive forensic accounting and bankruptcy experience and expertise.

4. The Trustee seeks to employ Yip Associates to render the following professional

services to the Trustee as forensic accountant, consulting expert, and, if necessary, as testifying expert:

(a) Review of all financial information prepared by the Debtors, including but not limited to a review of the Debtors' financial information as of the Petition Date, including, but not limited to examining its assets and liabilities;

(b) Review and analyze the organizational structure of and financial interrelationships among the Debtors' principals, affiliates, and insiders, including a review of the books of such companies or persons as may be required;

(c) Review and analyze transfers to and from the Debtors to third parties, both pre-petition and post-petition;

(d) Attend meetings with the Debtors, creditors, insiders, and attorneys of such parties, and with federal, state, and local tax authorities, if requested;

(e) Review the books and records of the Debtors for potential preference payments, fraudulent transfers, or any other matters that the Trustee may request;

(f) The rendering of any such other assistance in the nature of accounting, financial consulting, or other financial projects as the Trustee may deem necessary; and

(g) Preparation of the estate tax returns.

5. Except as otherwise disclosed herein or in the Levenberg Affidavit, Yip Associates neither holds nor represents any interest adverse to the estate in the matters upon which it is to be employed, is a "disinterested person" as that term is defined by U.S.C. §§ 101 (14) and 327(a) and (d), and its employment would be in the best interest of the bankruptcy estate and its creditors.

6. Yip Associates has agreed to perform the foregoing services at the ordinary and usual hourly billing rates of its members who will perform services in this matter. Yip

Associates will incur out-of-pocket disbursements in the rendering of the services for which it shall seek reimbursement. Yip Associates recognizes that its compensation is subject to approval and adjustment by the Court in accordance with 11 U.S.C. §330.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an *ex-parte* order substantially in the form attached hereto as **Exhibit B** approving the selection and employment by the Trustee of Yip Associates to perform the services set forth in this Application, upon the terms and conditions set forth herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on August 7, 2015.

Signed: _/s/ Maria M. Yip, Trustee_
Maria M. Yip, Trustee
One Biscayne Tower
2 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

EXHIBIT "A"

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In RE

LARIOS, QUINTIN & MARIA,                    Case No. 15-15051-RAM

　　　Debtors.                              Chapter 7
_____/

### AFFIDAVIT OF HAL LEVENBERG, MBA

**STATE OF FLORIDA**         )
                             ) SS:
**MIAMI-DADE COUNTY**        )

**I, HAL LEVENBERG,** being duly sworn, state that:

1.　　I am a Manager with the consulting firm of Yip Associates ("Yip Associates"), located at One Biscayne Tower, 2 S. Biscayne Boulevard, Suite 2690, Miami, Florida 33131. I am familiar with the matters set forth herein and make this affidavit in support of the Application for approval of Yip Associates as accountants for the Trustee.

2.　　The Trustee has requested that Yip Associates and I represent her for the reasons stated in the said Application.

3.　　While employed by the Trustee, Yip Associates and I will not represent any other entity having an adverse interest in connection with the estate and we are disinterested persons as required by 11 U.S.C. 327(a). To the best of my knowledge, Yip Associates and I do not have nor have had any connection with the Debtors and their companies and affiliates known to date, the creditors of the estate listed in the bankruptcy schedules, and any of their attorneys or accountants in matters related to this case or with any person employed in the office of the U.S.

1

Trustee, as required by Fed R. Bank P. 2014. Should I or Yip Associates become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify the Court immediately.

4. Yip Associates has been retained by the Trustee in other unrelated bankruptcy matters.

5. Maria M. Yip, is the sole member of Yip Associates.

6. I am well-qualified to serve as accountant for the Trustee for the purpose required. I have six years of experience and training in forensic accounting within the context of bankruptcy. I have been retained as accountant to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous unrelated bankruptcy matters in this District. In this regard, Yip Associates and I have rendered such professional services to the Trustee and other fiduciaries and clients in this District in other unrelated bankruptcy and non-bankruptcy matters.

FURTHER AFFIANT SAYETH NAUGHT

_____
HAL LEVENBERG, MBA

The foregoing instrument was acknowledged before me this __7th__ day of August, 2015, by Hal Levenberg, who is personally known to me.

_____
Notary Public, State of Florida
Print Name: _Luis J. Sotolongo_

My Commission Expires: _March 21, 2017_



LUIS J. SOTOLONGO
Notary Public - State of Florida
Commission # FF 001099
My Comm. Expires Mar 21, 2017

2

EXHIBIT "B"

PROPOSED

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
*www.flsb.uscourts.gov*

In RE

LARIOS, QUINTIN & MARIA,                Case No. 15-15051-RAM

Debtors.                                 Chapter 7
_____/

### ORDER GRANTING CHAPTER 7 TRUSTEE'S EX-PARTE APPLICATION FOR EMPLOYMENT OF HAL LEVENBERG, MBA AND YIP ASSOCIATES

**THIS MATTER** came before the upon the *ex-parte* Application of the Chapter 7 Trustee, Maria Yip ("Trustee"), for the employment of Hal Levenberg, MBA and the consulting firm of Yip Associates ("Yip Associates") as forensic accountant, consulting expert, and, if necessary, as testifying expert for the Trustee, (ECF __; the "Application"). The Court being satisfied that said consulting firm represents no interest adverse to the Trustee or the bankruptcy state in the matters upon which is to be engaged persons as required by 11 U.S.C §327(a), has disclosed any connections with parties set forth in Fed. Bankr. R. P. 2014, that their employment is necessary and would be in the best interests of the estate, and that said case justifies the

1

retention of accountant for the purposes specified in the Application, it is **ORDERED** as follows:

1. The Application is **GRANTED**.

2. The Trustee is authorized to employ Hal Levenberg, MBA and Yip Associates as forensic accountant, consulting expert, and, if necessary, as testifying expert to perform the services enumerated in the Application.

3. This Court reserves jurisdiction over the parties and the subject matter to award and/or approve fees and expenses of said parties appointed herein, in accordance with the applicable statutes and procedures.

###

**Submitted by:**
Maria M. Yip, Trustee
One Biscayne Tower
2 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

**Copies Furnished to:** Maria M. Yip, Trustee
*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*

2