**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-15051 | RAM | Judge: | Robert A Mark | Trustee Name: | Maria M. Yip |
|---|---|---|---|---|---|---|
| Case Name: | Quintin Larios | | | | Date Filed (f) or Converted (c): | 03/20/2015 (f) |
| | Maria Larios | | | | 341(a) Meeting Date: | 04/16/2015 |
| For Period Ending: | 06/30/2017 | | | | Claims Bar Date: | 07/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5 Tranquility Lane, Piney Creek, NC 28663 | 220,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 735 Calatrava Ave, Coral Gables, FL 33143 | 926,807.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 4. Bank of America Checking Acct #5076 | 3,573.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 5,600.00 | 6,000.00 | | 6,000.00 | 0.00 |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 910.00 | 0.00 | | 0.00 | FA |
| 8. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 10. Larios Corporation dba Casa Larios Restaurant | 0.00 | 0.00 | | 0.00 | FA |
| 11. Sunset Larios, LLC Casa Larios Restaurant | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2007 Toyota FJ Cruiser Sport Utility 2D | 9,491.00 | 0.00 | | 0.00 | FA |
| 13. 2012 Ford Escape | 1.00 | 0.00 | | 0.00 | FA |
| 14. 2012 Honda Odyssey Ex-L Minivan 4D | 19,722.00 | 4,575.84 | | 4,575.84 | FA |
| 15. 2013 Ford E150 Cargo Van | 14,380.00 | 1,698.70 | | 1,698.70 | FA |
| 16. 2014 Lincoln Mkx | 1.00 | 0.00 | | 0.00 | FA |
| 17. Other Miscellaneous | 30,698.50 | 7,000.00 | | 7,000.00 | FA |
| 18. Other Miscellaneous | 2,000.00 | 0.00 | | 0.00 | FA |
| 19. Larios Express | 0.00 | 0.00 | | 0.00 | FA |
| 20. Larios Cafe | 0.00 | 0.00 | | 0.00 | FA |
| 21. Casa Larios Cafe | 0.00 | 0.00 | | 0.00 | FA |
| 22. Casa Larios Express | 0.00 | 0.00 | | 0.00 | FA |
| 23. Intercredit Bank Checking Acct #4505 | 0.00 | 0.00 | | 0.00 | FA |
| 24. Office and Restaurant Equipment | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-15051 | RAM | Judge: | Robert A Mark | Trustee Name: | Maria M. Yip |
|---|---|---|---|---|---|---|
| Case Name: | Quintin Larios | | | | Date Filed (f) or Converted (c): | 03/20/2015 (f) |
| | Maria Larios | | | | 341(a) Meeting Date: | 04/16/2015 |
| For Period Ending: | 06/30/2017 | | | | Claims Bar Date: | 07/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Inventory | 0.00 | 0.00 | | 0.00 | FA |
| 26. Accounts Receivable: None | 0.00 | 0.00 | | 0.00 | FA |
| 27. Rent Security Deposit: None | 0.00 | 0.00 | | 0.00 | FA |
| 28. Intercredit Bank Checking Acct #4205 | 0.00 | 0.00 | | 0.00 | FA |
| 29. Office and Restaurant Equipment | Unknown | 0.00 | | 0.00 | FA |
| 30. Inventory | 0.00 | 0.00 | | 0.00 | FA |
| 31. Accounts Receivable: None | 0.00 | 0.00 | | 0.00 | FA |
| 32. Rent Security Deposit: None | 0.00 | 0.00 | | 0.00 | FA |
| 33. Liabilities | 0.00 | 0.00 | | 0.00 | FA |
| 34. Liabilities | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,233,403.50    $19,274.54    $19,274.54    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status:

2/10/17 - Debtor made the final payment in accordance with DE 143.

1/6/17 - Debtor is current in accordance with DE 143.

12/6/16 - Debtor is current in accordance with DE 143.

10/5/16 - Debtor is current in accordance with DE 143.

8/2/16 - Debtor is current in accordance with DE 143.

6/3/16 - Debtor is current in accordance with DE 143.

4/15/16 - DE 157 Order Granting DE 143 Motion to Compromise with Debtors. $6,000.00 in (12) payments of $500.00 starting March 1, 2016 and ending February 1, 2017.

3/30/16 - Debtor is current in accordance with DE 143.

2/10/16 - DE 142 Notice of Proposed Sale of Property Outside of the Normal Course of Business Intent to Sell Estates Interest in Property in Private Sale [Negative Notice] Filed by Trustee Maria Yip.

2/10/16 - Motion to Compromise Controversy with Debtors, Quintin Larios and Maria Larios [Negative Notice] Filed by Trustee Maria Yip.

12/17/15 - Agreed Order Granting Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) (Re: #[134]) Deadline Extended to 1/15/2016, Granting Motion to Extend Time to file an objection to the Debtors claim of exemptions (Re: # [134]).

11/17/15 - Agreed Order Granting Motion to Extend Time to Object to Debtors Claimed Exemptions (Re: # [127]), Granting Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) (Re: #[127]) Deadline Extended to 12/16/2015.

9/2/15 - Order Granting Application to Employ Martin Claire and Martin Claire & CO., LLC as Appraiser (Re: # [111]).

8/20/15 - Renewed Notice of Taking Rule 2004 Examination of Quintin Larios on September 10, 2015 at 10:00 A.M. Filed by Trustee Maria Yip.; Renewed Notice of Taking Rule 2004 Examination of Maria Larios on September 11, 2015 at 10:00 A.M. Filed by Trustee Maria Yip.

8/11/15 - DE 97 Order Granting DE 96 Ex Parte Application to Employ Hal Levenberg, MBA, and Yip Associates as Accountant(s).

7/13/15 - DE 91 Agreed Order Granting Agreed Ex-Parte Motion to Extend Time to the Debtors' Claim of Exemptions and Granting Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s)

6/11/15 - DE 75 Trustee's Notice of Intent to Abandon 5 Tranquility Lane, Piney Creek, NC 28663.

5/22/15 - Renewed Notice of Taking Rule 2004 Examination Duces Tecum of Quintin Larios on June 10, 2015 at 10:00 A.M. Filed by Trustee Maria Yip. Renewed Notice of Taking Rule 2004 Examination Duces Tecum of Maria Larios on June 11, 2015 at 10:00 A.M. Filed by Trustee Maria Yip.

5/12/15 - DE 49 Agreed Ex Parte Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) and Motion to Extend Time for, Objection to Debtor's Claim of Exemptions.

4/27/15 - Notice of Taking Rule 2004 Examination of Quintin Larios on May 26, 2015 at 10:00 A.M. at the Offices of Genovese Joblove & Battista, P.A. Filed by Trustee Maria Yip.; Notice of Taking Rule 2004 Examination of Maria Larios on May 27, 2015 at 10:00 A.M. at the Offices of Genovese Joblove & Battista, P.A. Filed by Trustee Maria Yip.

3/31/15 - DE 21 Order Granting DE 17 Ex Parte Application to Employ Carlos E. Sardi and the Law Firm of Genovese Joblove & Battista, P.A. as General Counsel for the Chapter 7 Trustee.

Claims: 7/22/15 CBD.

Estate Tax Returns: No returns are required at this time.

RE PROP #        4    --    Bank of America Checking Acct #5076 Debtors receive SSA into this account

| | | | |
|---|---|---|---|
| RE PROP # | 5 | -- | Misc. Household goods Based on Inventory list Most furniture and household goods are over 15 years old |
| RE PROP # | 6 | -- | Misc. Clothing. |
| RE PROP # | 7 | -- | Misc. Jewelry Based on Inventory list. |
| RE PROP # | 8 | -- | Term Life Insurance Policy Prudential. |
| RE PROP # | 9 | -- | Term Life Insurance Policy Prudential. |
| RE PROP # | 10 | -- | 100% Larios Corporation Assets: Bank Accounts: Intercredit Bank Checking Acct #4505 = $71,000 Account is seized by Florida Department of Revenue Office and Restaurant Equipment: value unknown. located at: 5859 SW 73rd St Miami, FL 33143 Inventory: (to be p... |
| RE PROP # | 11 | -- | 100% Sunset Larios, LLC Assets: Bank Accounts: Intercredit Bank Checking Acct #4205 = $65,000 Account is seized by Florida Department of Revenue Office and Restaurant Equipment: Value unknown located at: 5859 SW 73rd St Miami, FL 33143 Inventory: (to be pr... |
| RE PROP # | 12 | -- | 2007 Toyota FJ Cruiser Sport Utility 2D<br>Estimated mileage: 120,000<br>Based on KBB Report |
| RE PROP # | 13 | -- | 2012 Ford Escape - Lease Leased with Ford Motor Credit. |
| RE PROP # | 14 | -- | 2012 Honda Odyssey EX-L Minivan 4D<br>Estimated mileage: 60,000<br>Secured with American Honda Fin for $17,806<br>FMV Based on KBB Report |
| RE PROP # | 15 | -- | 2013 Ford E150 Cargo Van<br>Estimated mileage: 40,000<br>Secured with Suntrust Bank for $16,333<br>Based on KBB Report |
| RE PROP # | 16 | -- | 2014 Lincoln MKX - Lease Leased with Lincoln Automotive Serv. |
| RE PROP # | 17 | -- | One Cemetery. |
| RE PROP # | 18 | -- | Two Cemetery Mausoleum (double) Purchased: 1990's |
| RE PROP # | 19 | -- | See SOFA 18. |
| RE PROP # | 20 | -- | See SOFA 18. |
| RE PROP # | 21 | -- | See SOFA 18. |
| RE PROP # | 22 | -- | See SOFA 18. |
| RE PROP # | 23 | -- | Intercredit Bank Checking Acct #4505 = $71,000<br>Account is seized by Florida Department of Revenue.<br>Asset of Larios Corporation. |
| RE PROP # | 24 | -- | Office and Restaurant Equipment: value unknown. Located at: 5859 SW 73rd St Miami, FL 33143. Asset of Larios Corporation. |
| RE PROP # | 25 | -- | Inventory: (to be provided)<br>Located at: 5859 SW 73rd St Miami, FL 33143.<br>Asset of Larios Corporation. |
| RE PROP # | 26 | -- | Asset of Larios Corporation. |
| RE PROP # | 27 | -- | Rent Security Deposit: None<br>(3 years remaining on the lease) |
| RE PROP # | 28 | -- | Account is seized by Florida Department of Revenue.<br>Asset of Sunset Larios, LLC. |

| | | | |
|---|---|---|---|
| RE PROP # | 29 | -- | Office and Restaurant Equipment: Value unknown. Located at: 5859 SW 73rd St Miami, FL 33143. Asset of Sunset Larios, LLC. |
| RE PROP # | 30 | -- | Inventory: (to be provided)<br>Located at: 5859 SW 73rd St Miami, FL 33143<br>Asset of Sunset Larios, LLC. |
| RE PROP # | 31 | -- | Asset of Sunset Larios, LLC. |
| RE PROP # | 32 | -- | Rent Security Deposit: None. Month to month. Asset of Sunset Larios, LLC. |
| RE PROP # | 33 | -- | Liabilities: 1.3 Million (listed on Sch F and H). InterCredit has filed UCC1 over the assets of the corporation. Asset of Sunset Larios, LLC. |
| RE PROP # | 34 | -- | Liabilities: 1.9 Million (listed on Sch F and H)<br>InterCredit has filed UCC1 over the assets of both corporations<br>Asset of Larios Corporation. |

Initial Projected Date of Final Report (TFR): 12/31/2015      Current Projected Date of Final Report (TFR): 10/31/2017

Trustee Signature:      /s/ Maria M. Yip      Date: 07/31/2017

Maria M. Yip
One Biscayne Tower
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131
(305) 908-1862
trustee@yipcpa.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-15051 | Trustee Name: | Maria M. Yip |
| Case Name: | Quintin Larios | Bank Name: | Union Bank |
| | Maria Larios | Account Number/CD#: | XXXXXX0971 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5140 | Blanket Bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 06/30/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/15 | 14 | Quintin Larios<br>735 CALATRAVA AVE<br>MIAMI, FL 33143 | stipulation funds<br>6/2/15 Casualty loss of the 2012 Honda post-petition. | 1129-000 | $4,575.84 | | $4,575.84 |
| 07/21/15 | 15 | Suntrust Consumer Lending Services<br>PO Box 305053 | Equity in vehicle surrendered to creditor<br>7/21/15 Credit balance from the sale of the surrendered vehicle. | 1129-000 | $1,698.70 | | $6,274.54 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,259.54 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,244.54 |
| 09/21/15 | 10001 | Martin Claire & Co., LLC<br>1835 E. Hallandale Beach Blvd., # 357<br>Hallandale Beach, FL 33009 | Appraiser Fees<br>9/2/15 DE 112 Order Granting DE 111 Ex Parte Application to Employ Martin Claire and Martin Claire & CO., LLC as Appraiser(s). | 3711-000 | | $400.00 | $5,844.54 |
| 09/21/15 | 10002 | Martin Claire & Co., LLC<br>1835 E. Hallandale Beach Blvd., # 357<br>Hallandale Beach, FL 33009 | Appraiser Fees<br>9/8/15 DE 115 Order Granting DE 114 Ex Parte Application to Employ Martin Claire and Martin Claire & CO., LLC as Appraiser(s). | 3711-000 | | $400.00 | $5,444.54 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,429.54 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,414.54 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,399.54 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,384.54 |

Page Subtotals:                                              $6,274.54            $890.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 15-15051 | Trustee Name: | Maria M. Yip |
| Case Name: Quintin Larios | Bank Name: | Union Bank |
| Maria Larios | Account Number/CD#: | XXXXXX0971 |
| | | Checking |
| Taxpayer ID No: XX-XXX5140 | Blanket Bond (per case limit): | $84,082,000.00 |
| For Period Ending: 06/30/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,369.54 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,354.54 |
| 03/02/16 | 5 | Quintin Larios/ Maria T Larios<br>735 CALATRAVA AVE<br>MIAMI, FL  33143 | stipulation funds<br>2/10/16 DE 143 Motion to Compromise with Debtors. | 1129-000 | $500.00 | | $5,854.54 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,839.54 |
| 03/30/16 | 5 | Quintin Larios/ Maria T Larios<br>735 CALATRAVA AVE<br>MIAMI, FL  33143 | stipulation funds<br>2/10/16 DE 143 Motion to Compromise with Debtors. | 1129-000 | $500.00 | | $6,339.54 |
| 03/30/16 | 17 | J.M. B. Multi -Services, Inc. | Proceeds from Sale of Cemetery Mausoleum 2/10/16 DE 142 Notice of Proposed Sale of Property Outside of the Normal Course of Business Intent to Sell Estate's Interest in Property in Private Sale. Sale of the Cemetery Plot. | 1129-000 | $7,000.00 | | $13,339.54 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $13,324.54 |
| 05/03/16 | 5 | Quintin Larios<br>735 CALATRAVA AVE<br>MIAMI, FL  33143 | stipulation funds<br>4/15/16 DE 157 Order Granting DE 143 Motion to Compromise with Debtors. | 1129-000 | $500.00 | | $13,824.54 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.13 | $13,805.41 |
| 06/03/16 | 5 | Quintin Larios/ Maria T Larios<br>735 CALATRAVA AVE<br>MIAMI, FL  33143 | stipulation funds<br>4/15/16 DE 157 Order Granting DE 143 Motion to Compromise with Debtors. | 1129-000 | $500.00 | | $14,305.41 |
| | | | Page Subtotals: | | $9,000.00 | $79.13 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-15051 | | Trustee Name: | Maria M. Yip |
| Case Name: | Quintin Larios | | Bank Name: | Union Bank |
| | Maria Larios | | Account Number/CD#: | XXXXXX0971 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX5140 | | Blanket Bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 06/30/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.41 | $14,285.00 |
| 07/11/16 | 5 | Quintin Larios/Maria T Larios 735 Calatrava Ave Miami, FL  33143 | stipulation funds 4/15/16 DE 157 Order Granting DE 143 Motion to Compromise with Debtors. | 1129-000 | $500.00 | | $14,785.00 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.40 | $14,764.60 |
| 08/02/16 | 5 | Quintin Larios 735 CALATRAVA AVE MIAMI, FL  33143 | stipulation funds 4/15/16 DE 157 Order Granting DE 143 Motion to Compromise with Debtors. | 1129-000 | $500.00 | | $15,264.60 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.62 | $15,242.98 |
| 09/01/16 | 5 | Quintin Larios 735 CALATRAVA AVE MIAMI, FL  33143 | stipulation funds 4/15/16 DE 157 Order Granting DE 143 Motion to Compromise with Debtors. | 1129-000 | $500.00 | | $15,742.98 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.57 | $15,720.41 |
| 10/05/16 | 5 | Quintin Larios 735 CALATRAVA AVE MIAMI, FL  33143 | stipulation funds 4/15/16 DE 157 Order Granting DE 143 Motion to Compromise with Debtors. | 1129-000 | $500.00 | | $16,220.41 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.46 | $16,197.95 |
| 11/02/16 | 5 | Quintin Larios 735 CALATRAVA AVE MIAMI, FL  33143 | stipulation funds 4/15/16 DE 157 Order Granting DE 143 Motion to Compromise with Debtors. | 1129-000 | $500.00 | | $16,697.95 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.91 | $16,674.04 |

Page Subtotals: $2,500.00    $131.37

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-15051 | Trustee Name: | Maria M. Yip |
| Case Name: | Quintin Larios | Bank Name: | Union Bank |
| | Maria Larios | Account Number/CD#: | XXXXXX0971 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5140 | Blanket Bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 06/30/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/16 | 5 | Quintin Larios<br>735 CALATRAVA AVE<br>MIAMI, FL  33143 | stipulation funds<br>4/15/16 DE 157 Order Granting<br>DE 143 Motion to Compromise<br>with Debtors. | 1129-000 | $500.00 | | $17,174.04 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $23.78 | $17,150.26 |
| 01/06/17 | 5 | Quintin Larios/ Maria T Larios<br>735 CALATRAVA AVE<br>MIAMI, FL  33143 | stipulation funds<br>4/15/16 DE 157 Order Granting<br>DE 143 Motion to Compromise<br>with Debtors. | 1129-000 | $500.00 | | $17,650.26 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $25.31 | $17,624.95 |
| 02/03/17 | 5 | Maria Larios<br>735 CALATRAVA AVE<br>MIAMI, FL  33143 | stipulation funds<br>4/15/16 DE 157 Order Granting<br>DE 143 Motion to Compromise<br>with Debtors. | 1129-000 | $500.00 | | $18,124.95 |
| 02/10/17 | 5 | Quintin Larios/ Maria T Larios<br>735 CALATRAVA AVE<br>MIAMI, FL  33143 | stipulation funds<br>4/15/16 DE 157 Order Granting<br>DE 143 Motion to Compromise<br>with Debtors. | 1129-000 | $500.00 | | $18,624.95 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $25.55 | $18,599.40 |
| 03/03/17 | 5 | Quintin Larios/ Maria T Larios<br>735 CALATRAVA AVE<br>MIAMI, FL  33143 | stipulation funds Reversal<br>Debtor sent replacement check | 1129-000 | ($500.00) | | $18,099.40 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $23.87 | $18,075.53 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $26.89 | $18,048.64 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | 2600-000 | | $25.99 | $18,022.65 |

Page Subtotals: $1,500.00   $151.39

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-15051 | Trustee Name: | Maria M. Yip |
| Case Name: Quintin Larios | Bank Name: | Union Bank |
| Maria Larios | Account Number/CD#: | XXXXXX0971 |
| | | Checking |
| Taxpayer ID No: XX-XXX5140 | Blanket Bond (per case limit): | $84,082,000.00 |
| For Period Ending: 06/30/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.82 | $17,995.83 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $19,274.54 | $1,278.71 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,274.54 | $1,278.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,274.54 | $1,278.71 |

Page Subtotals: $0.00    $26.82

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0971 - Checking | $19,274.54 | $1,278.71 | $17,995.83 |
|  | $19,274.54 | $1,278.71 | $17,995.83 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $19,274.54 |
| Total Gross Receipts: | $19,274.54 |

Trustee Signature:    /s/ Maria M. Yip    Date: 07/31/2017

Maria M. Yip
One Biscayne Tower
2 S. Biscayne Blvd, Suite 2690
Miami, FL 33131
(305) 908-1862
trustee@yipcpa.com

Page Subtotals:    $0.00    $0.00