UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  CASE NO. 15-15051-RAM
QUINTIN LARIOS
MARIA LARIOS  CHAPTER 7 Proceeding

                Debtor(s)                /

**TRUSTEE'S PROPOSED NOTICE OF ABANDONMENT**

**TO:  ALL CREDITORS AND INTERESTED PARTIES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT.**

**NOTICE IS HEREBY GIVEN THAT:**

**Maria M. Yip,** Trustee in Bankruptcy herein, pursuant to 11 U.S.C. § 554(a) intends to abandon the following property:

20 boxes of records detailed in the attached inventory as **Exhibit "A"**

**Any parties objecting to said abandonment must file a written objection with the Clerk of the Bankruptcy Court, C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave, Suite #150, Miami, FL 33128, with a copy to the undersigned Trustee in Bankruptcy.  Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via regular mail on those parties listed in the attached service list and electronically to those parties registered to receive electronic notices of filing in this case.

Dated: November 9, 2017

                                                    Signed:      /s/ Maria M. Yip, Trustee      
                                                    Maria M. Yip, Trustee
                                                    One Biscayne Tower
                                                    2 S. Biscayne Blvd, Suite 2690
                                                    Miami, FL 33131
                                                    Telephone:  305-908-1862
                                                    Facsimile:   786-800-3903
                                                    trustee@yipcpa.com

Quintin & Maria Larios
Case No. 15-15051-RAM

**EXHIBIT "A"**

Box No. 1 - Customer receipts Jan & Feb 2014

Box No. 2 - Customer receipts Mar & Apr 2014

Box No. 3 - Customer receipts May & Jun 2014

Box No. 4 - Customer receipts Jul & Aug 2014

Box No. 5 - Customer receipts Sep & Oct 2014

Box No. 6 - Customer receipts Nov & Dec 2014

Box No. 7 - Customer receipts Aug & Sep 2013

Box No. 8 - Customer receipts Oct & Nov 2013

Box No. 9 - Customer receipts Dec 2013

Box No. 10 - Payroll records Jul - Dec 2011; Jan – Apr 2012

Box No. 11 - Payroll records Dec. 2010 - Jun 2011; Jun - Dec 2012

Box No. 12 - Invoices Dec. 2012 - Jul 2013

Box No. 13 - Invoices Aug - Dec 2013

Box No. 14 - Sales records Sep - Dec 2013

Box No. 15 - Sales records Jan - Jun 2014

Box No. 16 - Sales records Jul - Oct 2014

Box No. 17 - HR documents (new employee app form, terminations)

Box No. 18 – I-9 documents, Miami Dade building permits; Jose Arevalo insurance documents; deposit slips for Intercredit Bank account ending x4505.

Box No. 19 - Merchant account statements, vendor files, bank statements and financials.

Box No. 20 - Payroll records Jan - Mar 2010; Apr - Jun 2012

Page 1 of 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 15-15051-RAM<br>Southern District of Florida<br>Miami<br>Thu Nov  9 14:14:17 EST 2017 | American Honda Finance Corporation<br>1000 Ridgeway Loop Rd #200<br>Memphis, TN 38120-4036 | Branch Banking And Trust Company<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 |
| Cab East LLC<br>c/o Gerard M. Kouri, Jr., Esq.<br>5311 King Arthur Avenue<br>Davie, FL 33331-3340 | Intercredit Bank, N.A.<br>c/o Evan B. Klinek, Esq.<br>200  E. Broward Blvd.<br>Suite 1800<br>Ft. Lauderdale, FL 33301-1963 | Ocean Bank<br>c/o Michael R. Carroll, Esq<br>780 NW 42 Ave #500<br>Miami, FL 33126-5543 |
| SunTrust Bank N.A.<br>c/o Gerard M. Kouri Jr.<br>5311 King Arthur Ave<br>Davie, FL 33331-3340 | ALSCO<br>1415 NW 21th Terr.<br>Miami, FL 33142-7735 | AT & T<br>PO Box 105262<br>Atlanta, GA  30348-5262 |
| AT & T<br>PO Box 5019<br>Carol Stream, IL  60197-5019 | Adolfo Guerrero<br>111 SW 49th Ave<br>Miami, FL  33134 | Al-Flex, Exterminators, Inc.<br>P.O. Box 650213<br>Miami, FL  33265-0213 |
| Alarm And Electronics, Inc.<br>13973 SW 140th St.<br>Miami, FL 33186-5528 | Alejandro Alvarez<br>11020 SW 57th St.<br>Miami, FL 33173-1102 | Alejandro Muniz Sarmiento<br>10815 NW 50th St., #205<br>Miami, FL 33178-3975 |
| Alexander Garcia<br>1856 SW 22nd Terr, #1<br>Miami, FL 33145-3851 | Alfonso Guzma Arocha<br>1800 SW 7th St., #8<br>Maimi, FL 33135-3483 | Alfonzo Guzman<br>C/O Corona Law Firm, P.A<br>3899 Nw 7th St, 2nd Floor<br>Miami, FL 33126-5551 |
| All Florida Paper, Inc.<br>9150 NW 105th Way<br>Medley, FL 33178-1233 | American Express<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | American Express<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA  90051-5478 |
| Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Angel Alonso<br>1395 W 39 Place<br>Hialeah, FL 33012-4779 | Angel Chiong Bu<br>8089 NW 8th St. #9<br>Miami, FL 33126-2840 |
| Angel J Ricardo Martinez<br>1901 SW 67th Ave., #212<br>Miami, FL 33155-1864 | Angie Printing<br>6341 NW 87rh Ave<br>Miami, FL 33178-1626 | Angie Printing<br>6341 NW 87th Ave.<br>Miami, FL 33178-1626 |

| | | |
|---|---|---|
| Antonio Garcia<br>3445 NW 5th St.<br>Miami, FL 33125-4001 | Arianys Gonzalez<br>8980 W. Flaglter St., #1060<br>Miami, FL 33174-3963 | Armando Lay<br>8775 Park Blvd., #118<br>Miami, FL 33172-5707 |
| Armando R Rojas<br>403 NW 49th Ave.<br>Miami, FL 33126-5137 | Arturo Fernandez<br>10260 SW 4th St.<br>Miami, FL 33174-1711 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| Bad Check Program Address<br>Po Box 350160<br>Miami, FL  33135-0160 | Badia Spices, Inc.<br>P.O. Box 226497<br>Doral, FL  33222-6497 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank Of America, N.A.<br>P.O. Box 660807<br>Dallas, TX  75266-0807 | Bank of America<br>Attn: Correspondence Unit CA6-919-02-41<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | Barneys Ny<br>Po Box 326<br>Lyndhurst, NJ 07071-0326 |
| Bb&t<br>P O Box 2027<br>Greenville, SC 29602-2027 | BellSouth Telecommunications, Inc.<br>% AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063-6712 |
| Bk Of Amer<br>9000 Southside Blvd Bldg<br>Jacksonville, FL 32256-6705 | Blmdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | CB Purchase Trust No. 14-1993<br>Dba Cheney Brothers<br>1 Cheney Way<br>Riviera Beach, FL 33404-7000 |
| CECRB/Rooms To Go<br>Attn: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Cafe Bustelo<br>5605 NW 82nd Ave.<br>Miami, FL 33166-4000 | Cafe Bustelo<br>9290 NW 112th Ave., #15<br>Miami, FL 33178-2783 |
| Cafe Bustelo<br>P.O. Box 743091<br>Atlanta, GA  30374-3091 | Cafe Bustelo<br>P.O. Box 850001 Dept #797<br>Orlando, FL  32885-0797 | Camilo Menchaca<br>1915 SW 107th Ave., #403<br>Miami, FL 33165-7350 |
| Cap1/neimn<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Cap1/saks<br>3455 Highway 80 W<br>Jackson, MS 39209-7202 | Carlos Lopez-Madariaga<br>3340 SW 104th Ave.<br>Miami, FL 33165-3705 |
| Carlos Santisteban, Jr.<br>3127 Ponce de Leon Boulevard<br>Coral Gables, FL 33134-6816 | Carmen Larios<br>5847 SW 81th St.<br>Miami, FL 33143-8209 | Catalino Miranda-Devora<br>12085 SW 18th St., #1<br>Miami, FL 33175-1608 |

| | | |
|---|---|---|
| Cavalry Spv 1, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712-1083 | Cecrb/Ikea<br>Attn: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Manhattan Mortgage<br>Attn: Bankruptcy Dept<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Chase Mtg<br>P.o. Box 24696<br>Columbus, OH 43224-0696 | Checksystems<br>7805 Hudson Rd<br>Woodbury, MN 55125-1703 |
| Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL  32314-8030 | Christian Largaespada<br>531 SW 42nd Ave., #209<br>Coral Gables, FL 33134-1970 | Chrysler Credit/ TD Auto Finance<br>Attn: Bankruptcy<br>P.O. Box 551080<br>Jacksonville, FL 32255-1080 |
| Cliffhanger<br>5541 NW 74th Ave.<br>Miami, FL 33166-4211 | Comenitycapital/barney<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Computerbanc, Inc.<br>13611 S. Dixie Highway, #354<br>Miami, FL 33176-7258 |
| Corona Law Firm, P.A.<br>3899 NW 7th St., 2nd Floor<br>Miami, FL 33126-5551 | D B P R<br>Po Box 6300<br>Tallahasee, FL 32314-6300 | Dalia Freijo Larios<br>735 Calatrava Ave<br>Miami, FL 33143-6203 |
| Damaris Mesa Benitez<br>5800 SW 104th St.<br>Miami, FL 33156-4129 | Daniel Lopez Alvarez<br>10922 SW 6th St., #2<br>Miami, FL 33174-1365 | Daniel Lopez and Jesus Prado Guerra<br>C/ O Corona Law Firm, P.A<br>3899 Nw 7th St, 2nd Floor<br>Miami, FL 33126-5551 |
| Denis Humberto<br>18520 NW 77th Ave., #212<br>Hialeah, FL  33015 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Diosdad Sanchez Acosta<br>1880 NW 36th St.<br>Miami, FL 33142-5494 |
| Dolores Argentin Aleman<br>171 NW 97th Ave., #311<br>Miami, FL 33172-4150 | Dsnb Bloom<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Dsnb Bloomingdales<br>Macys Bankruptcy Department<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Dsnb Macys<br>911 Duke Blvd<br>Mason, OH  45040 | Eagle Brands Sales<br>3201 NW 72nd Ave<br>Miami, FL 33122-1337 | Ecolab<br>P.O. Box 905327<br>Charlotte, NC  28290-5327 |
| Elida Argudin<br>14554 SW 97th St.<br>Miami, FL 33186-6928 | Elmer Ricardo Gonzalez<br>11310 NW 1st St.<br>Miami, FL 33172-3504 | Equifax<br>PO Box 740241<br>Atlanta, GA  30374-0241 |

| | | |
|---|---|---|
| Ernesto Evora<br>12933 SW 207 Terr.<br>Miami, FL 33177-5526 | Estrella Perdomo<br>14483 SW 50th Lane<br>Miami, FL 33175-5037 | Evert Dorta-Alfonso<br>41 SW 71th Ave.<br>Miami, FL 33144-2613 |
| Experian<br>PO Box 2002<br>Allen, TX  75013-2002 | Expo/Cbsd<br>Bankruptcy<br>P.O. Box 20483<br>Kansas City, MO 64195-0483 | Expo/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Farmer's Milk, Inc<br>P.O. Box 143057<br>Miami, FL 33114-3057 | Felipe Chiong Bu<br>8089 NW 8th St., #9<br>Miami, FL 33126-2840 | Felipe Vals, Jr.<br>3632 SW 8th St.<br>Miami, FL 33135-4112 |
| Felix Espinosa<br>1075 W. 68th St., #417<br>Hialeah, FL 33014-5133 | Florida City Gas<br>Po Box 4569<br>Atlanta, GA  30302-4569 | Florida Department Of Revenue<br>Miami Service Center<br>8175 NW 12th St, # 119<br>Doral, FL  33126-1828 |
| Florida Department Of Revenue<br>PO Box 6688<br>Tallahassee, FL 32314-6688 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Francisco Hernandez<br>14682 SW 29th St.<br>Miami, FL 33175-8074 |
| Franklin Mariduena<br>958 NE 42nd Terr.<br>Homestead, FL 33033-6615 | Frd Motor Cr<br>Po Box Box 542000<br>Omaha, NE 68154-8000 | GC Services Limited Partnership<br>P.O. Box 3855<br>Houston, TX 77253-3855 |
| GECRB/JC Penny<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | GPS Florida, LLC<br>P.O. Box 88029<br>Chicago, IL  60680-1029 | Galina E. Rojas Izquierdo<br>910 SW 93rd Place<br>Miami, FL 33174-3016 |
| Gecrb / Ethan Allen<br>Attn: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Gecrb/Lowes<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Gecrb/old Navy<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Gemb/Sound Advice<br>Attn: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | General Hotel & Restaurant Supply Corp<br>13900 NW 82nd Ave.<br>Miami, FL 33016-1548 | German Marin<br>9511 SW 148th Place<br>Miami, FL 33196-1514 |
| Gilda Industries<br>2525 W 4th Ave.<br>Hialeah, FL 33010-1339 | Gilda Industries, Inc.<br>2525 West 4th Avenue<br>Hialeah, FL 33010-1339 | Global Miami JV<br>3632 SW 8th St.<br>Miami, FL 33135-4112 |

```
Gold Coast Beverage Distributors Doral    Gonzalo Zulueta                  Goya Foods Of Florida, Inc.
10055 NW 12th St.                         170 Esat 41th St.                P.O. Box 226110
Miami, FL 33172-2761                      Hialeah, FL  33013               Miami, FL 33222-6110


Green Guard First Aid & Safety            Guillermo Gonzalez Bello         Guillermo Perez
4159 Shoreline Drive                      15017 SW 80th Terr.              676 NW 124th Ave.
St. Louis, MO 63045-1217                  Miami, FL 33193-1431             Miami, FL 33182-2058


Harold Martinez                           Henry Cantillo Guerra            Heriberto Martinez
4430 SW 87th Ave.                         2801 SW 107th Ave.               10811 SW 7th St., #1
Miami, FL  33165                          Miami, FL 33165-2431             Miami, FL 33174-1587


Holland & Knight, LLP                     Infinite Energy                  Infinite Energy
701 Brickell Ave., #3000                  7001 SW 24th Ave.                P.O. Box 105247
Miami, FL 33131-2847                      Gainesville, FL  32607-3704      Atlanta, GA  30348-5247


Ingris Cordova Suarez                     Intercredit Bank, N.A.           Internal Revenue Service
7801 SW 98th Ct.                          1200 Brickell Ave., 4th Floor    Centralized Insolvency Operation
Miami, FL 33173-3102                      Miami, FL 33131-3209             P.O. Box 7346
                                                                           Philadelphia, PA  19101-7346


Isela M. Fung                             Jesus Armesto                    Jesus Pardo
13927 SW 164th Terr.                      537 E. 36th St.                  9293 SW 39th St.
Miami, FL 33177-1927                      Hialeah, FL 33013-3034           Miami, FL 33165-4147


Jesus R Castro Rodriguez                  Jesus Sanchez Ayala              Jorge Hung
1370 NW 5th St., #7                       3270 W. Trial Ave.               9410 W. Flagler St. #4A
Miami, FL 33125-4737                      Miami, FL  33133                 Miami, FL 33174-2074


Jorge Luis Perez                          Jorge O Valdes                   Jose A Arevalo
3174 NW 30th St., #B                      1699 W. 64th St.                 2979 NW 11th St.
Miami, FL 33142-6302                      Hialeah, FL 33012-6105           Miami, FL 33125-2911


Jose A. Hernandez                         Jose F. Moreno                   Jose Ramon Fernandez
2950 NW 4th St.                           1553 SW 5th St., #5              7541 SW 157th Court
Miami, FL 33125-5050                      Miami, FL 33135-3790             Miami, FL 33193-3302


Jose S Suarez                             Jose Soler Gongora               Josefina Perez
8425 NW 8th St., #404                     3720 SW 27th Ave.                541 E. 26th St.
Miami, FL 33126-3774                      Miami, FL  33134                 Hialeah, FL 33013-3820
```

| | | |
|---|---|---|
| Joseph Clerville<br>15625 SW 288th St., #E-207<br>Homestead, FL 33033-1248 | Juan C Moreno<br>2150 NW 9th St., #204<br>Miami, FL 33125-3446 | Juan Carlos Gayoso<br>6745 W. 26th Drive, Unit 4, #201<br>Hialeah Gardens, FL 33016-2833 |
| Juan Dorta Garcia<br>735 Calatrava Ave.<br>Miami, FL 33143-6203 | Juana M Ojito<br>3901 SW 78th Ct., #103<br>Miami, FL 33155-3513 | Julio Moreno<br>4065 SW 98th Ave.,<br>Miami, FL 33165-5163 |
| Karla Useda<br>531 SW 42nd Ave., #209<br>Coral Gables, FL 33134-1970 | Kleysy Echemendia<br>136 NW 44th Ave.<br>Miami, FL 33126-5334 | La Sweets<br>5701 Sunset Drive<br>Miami, FL 33143-5357 |
| Le Fournil French Bakery<br>8743 SW  9th Terr.<br>Miami, FL 33174-3235 | Lean Crespo<br>7420 SW 72nd St.<br>Miami, FL 33143-4130 | Leidisbel Perez<br>890 NW 45th Ave., #22<br>Miami, FL 33126-6418 |
| Leonardo Matos<br>240 SW 69th Ave.<br>Miami, FL 33144-2825 | Libia C Novo<br>14682 SW 29th Terr.<br>Miami, FL 33175-8074 | Lily Martinez<br>7565 SW 163rd Ct.<br>Miami, FL 33157-3827 |
| Lincoln Automotive Fin<br>12110 Emmet St<br>Omaha, NE 68164-4263 | Lincoln Automotive Financial Services<br>P. O. Box 62180<br>Colorado Springs, CO 80962-2180 | Liset Bofill Miranda<br>8166 NW 10th St., #5<br>Miami, FL 33126-2828 |
| Los Suizos Corp<br>8566 SW 8 ST<br>MIAMI, FL 33144-4053 | Luis Gonzalez Perez<br>181 NW 67th Ct.<br>Miami, FL 33126-4428 | Luisa Liriano<br>671 SE 2nd St.<br>Homestead, FL 33030-6361 |
| MG Tech<br>Air Conditioning Contractor<br>10310 SW 50th St.<br>Miami, FL 33165-6226 | Mabel Aguila<br>4585 NW 9th St., #5<br>Miami, FL 33126-2330 | Mailyn Lopez<br>7050 SW 22nd St.<br>Miami, FL 33155-1687 |
| Manuel Brunet Cabral<br>110 SW 108th Ave., #H-1<br>Miami, FL 33174-1440 | Manuel De Jesus Arevalos<br>2977 NW 11th St.<br>Miami, FL 33125-2911 | Manuel Gonzalez<br>34 SW 61st Ave.<br>Miami, FL 33144-3221 |
| Marcelo Torna Cartelles<br>8851 NW 119th St., #1205<br>Hialeah Gardens, FL 33018-7903 | Marcia Castro<br>9511 SW 148th Place<br>Miami, FL 33196-1514 | Maria C Abreu<br>1921 SW 107th Ave., #507<br>Miami, FL 33165-7398 |

| | | |
|---|---|---|
| Maria D Luis Gonzalez<br>14803 SW 83rd Terr.<br>Miami, FL  33193 | Maria Del Carmen Jaime<br>10962 SW 3rd St., #F-3<br>Miami, FL 33174-1200 | Maria I Alberto<br>7801 SW 98th Ct.<br>Miami, FL 33173-3102 |
| Maria I Rojas<br>9625 SW 24th St., #C-214<br>Miami, FL 33165-8048 | Maria Teresa Larios<br>735 Calatrava Ave<br>Miami, FL 33143-6203 | Marisol Aranzola Diaz<br>555 NE 72nd Ave., #411<br>Miami, FL  33126 |
| Marisol Ortega<br>8185 NW 7th St., #522<br>Miami, FL 33126-4060 | Maritza Perez-Brito<br>10341 SW 168th St.<br>Miami, FL 33157-4251 | Mavic Alberich<br>6256 SW 129th Ave.,<br>Miami, FL 33183-5470 |
| Maylen Miranda<br>6800 NW 179th St., #105<br>Hialeah, FL 33015-7418 | Mb Fin Svcs<br>36455 Corporate Dr<br>Farmington Hills, MI 48331-3552 | Merlyn Izquierdo Benitez<br>11265 SW 33rd Circle Place<br>Miami, FL 33165-3434 |
| Miami Bar & Restaurant Supplies<br>3533 NW 58th St.<br>Miami, FL 33142-2017 | Miami Dade Water & Sewer Department<br>Attn: Collection Branch/Bankruptcy Unit<br>P.O. Box 149089 Coral Gables, FL 33114 | Miami-Dade Water & Sewer Department<br>P.O. Box 026055<br>Miami, FL  33102-6055 |
| Miamii Purveyors, Inc<br>7350 NW 8th St.<br>Miami, FL 33126-2922 | Michel Mesa<br>4244 SW 6th St.<br>Miami, FL 33134-1906 | Miguel Infante Rodriguez<br>2265 NW 21th Terr.<br>Miami, FL 33142-7329 |
| Miguel Norcisa<br>462 Grand Canal Drive<br>Miami, FL 33144-2534 | Miriam Cordova<br>2507 NW 16th Road., #311<br>Miami, FL  33125 | Miriam D Rodriguez<br>2465 SE 15th Place<br>Homestead, FL 33035-2452 |
| Misleydi Benitez<br>7992 SW 4th St.<br>Miami, FL 33144-2257 | Morella Garcia<br>13838 Kendal Drive<br>Miami, FL 33186 | Nataly Reyes Martinez<br>236 E. 14th St.<br>Hialeah, FL 33010-3546 |
| Nelson Espinoza<br>1553 SW 5th St., #5<br>Miami, FL 33135-3790 | Nelson Luis Puig Marquez<br>8262 NW 5th Lane., #392<br>Miami, FL 33126-3961 | Nilda Barrios<br>3661 SW 9th Terr., #401<br>Miami, FL 33135-4274 |
| Nilda J Fernandez<br>12960 SW 17th Terr.<br>Miami, FL 33175-1227 | Niurka Franco<br>12455 SW 32nd Terr.<br>Miami, FL 33175-2650 | Nordstrom Bank<br>P.O. Box 79134<br>Phoenix, AZ  85062-9134 |

| | | |
|---|---|---|
| Nordstrom FSB<br>Attn: Bankruptcy Department<br>Po Box 6566<br>Englewood, CO 80155-6566 | Nordstrom Fsb<br>Po Box 6555<br>Englewood, CO 80155-6555 | Ocean Bank<br>780 Nw 42nd Ave Ste 400<br>Miami, FL 33126-5542 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Orlando Rivera<br>432 SW 78th Ct.<br>Miami, FL 33144-2333 | Osmany Pontigo Abreu<br>3722 SW 27th St.<br>Miami, FL 33134-7237 |
| Osmaro Garcia-Pelletier<br>2160 SW 24th Terr.<br>Miami, FL 33145-3733 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Paper Depot Express<br>4100 N. Powerline Road, H2<br>Pompano Beach, FL 33073-3041 |
| Paycheck Of New York LLC<br>3100 SW 145th Ave., #400<br>Miramar, FL 33027-6609 | Paycheck Of New York LLC<br>P.O. Box 4482<br>Carol Stream, IL  60197-4482 | Pinzon & Sons, Inc.<br>6937 NW 52nd St.<br>Miami, FL 33166-4844 |
| Premier  Beverage Company, LLC<br>P.O. Box 820410<br>South Florida, FL 33082-0410 | ProHygiene<br>PAR Miami Corp<br>8607 NW 64th St.<br>Miami, FL 33166-2634 | Progressive Waste Solutions Of FL, Inc<br>3840 NW 37th Ct<br>Miami, FL 33142-4208 |
| Progressive Waste Solutions Of FL, Inc<br>P.O. Box 6494<br>Carol Stream, IL  60197-6494 | Prudential<br>Po Box 856138<br>Lousville, KY 40285-6138 | Quintin Larios<br>735 Calatrava Ave<br>Miami, FL 33143-6203 |
| Quirch Foods<br>P.O. Box 66-9250<br>Miami, FL 33166-9430 | Ray Queralto<br>9421 SW 27th St.<br>Miami, FL 33165-3102 | Reinier Valdes<br>485 SW 78th Place<br>Miami, FL 33144-2342 |
| Responsible Vendors, Inc.<br>P.O. Box 69-2982<br>Miami, FL  33269-2982 | Restaurant Technologies, Inc.<br>12962 Collections Drive<br>Chicago, IL 60693-0001 | Rex Chemical Corp<br>2270 NW 23rd St<br>Miami, FL 33142-8484 |
| Ricardo Casas<br>13731 SW 84th St., #D<br>Miami, FL 33183-4028 | Richard A. Gonzalez Parra<br>1950 W. 54th St., #306<br>Hialeah, FL 33012-2111 | Roberto Hernandez Santos<br>934 NW 136th Place<br>Miami, FL 33182-2629 |
| Roberto Power<br>1915 SW 107th Ave., #403<br>Miami, FL 33165-7350 | Rod Gonzalez Hernandez<br>8701 SW 89th Ct.<br>Miami, FL 33173-4560 | Rolando Gonzalez<br>8201 NW 8th St., #406<br>Miami, FL 33126-3920 |

| | | |
|---|---|---|
| Roniel Rodriguez IV, Esq.<br>20533 Biscayne Blvd., #1243<br>Aventura, FL 33180-1529 | Roque E Sancan Quimis<br>3534 SW 11th St.<br>Miami, FL 33135-4314 | Rowland Coffee Roasters<br>Institutional Division<br>5605 NW 82nd Ave.<br>Miami, FL 33166-4000 |
| Rowland Coffee Roasters<br>P.O. Box 743091<br>Atlanta, GA 30374-3091 | SC Mota Associates Limited Partnership<br>340 Royal Poincian Way, #316<br>Palm Beach, FL 33480-4096 | SESAC<br>55 Music Square East<br>Nashville, TN 37203-4324 |
| SESAC<br>P.O. Box 900013<br>Raleigh, NC 27675-9013 | Saks Fifth Avenue<br>P.O. Box 5224<br>Carol Stream, IL 60197-5224 | San Siro Supremo Corp<br>Dba Royal Tobacco<br>11467 NW 34th St.<br>Doral, FL 33178-1831 |
| Santos Aguilar<br>753 SW 5th St., #5<br>Miami, FL 33130-2645 | Sears/cbna<br>133200 Smith Rd<br>Cleveland, OH 44130 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |
| Security Fire Prevention, Inc.<br>7298 West Flagler St<br>Miami, FL 33144-2504 | Shangri LA South<br>P.O. Box 667615<br>Miami, FL 33166-9402 | Somi Guide<br>C/O TCMC, Inc.<br>P.O. Box 431597<br>Miami, FL 33243-1597 |
| South Florida Trading Corp.<br>9387 NW 13th St.<br>Doral, FL 33172-2807 | South Florida Trading, Corp.<br>9387 NW 13th St.<br>Miami, FL 33172-2807 | South Florida Trading, Corp.<br>Milagros Rujann<br>9387 NW 13th St.<br>Doral, FL 33172-2807 |
| Southern Wine & Spirits<br>1600 NW 163rd St<br>Miami, FL 33169-5672 | Star Bakery, Inc.<br>3914 NW 32nd Ave.<br>Miami, FL 33142-5010 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| Sterling Retail Services, Inc.<br>340 Royal Poiniciana Way, #316<br>Palm Beach, FL 33480-4096 | Suki Eggs<br>1486 NW 23rd St.<br>Miami, FL 33142-7624 | Suki Eggs<br>P.O. Box 420367<br>Miami, FL 33242-0367 |
| SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Suntrust Bk Miami Na<br>Attn: Bankruptcy Dept<br>Po Box 85092 MC VA-WMRK-7952<br>Richmond, VA 23285-5092 | Suntrust Bk Miami Na<br>Po Box 524203<br>Miami, FL 33152-4203 |
| Syncb/ethan Allen<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Syncb/gap<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/ikea<br>Po Box 965005<br>Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| Syncb/jcp<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | Syncb/lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Syncb/oldnavydc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/rooms To Go<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/sound Advice<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Sysco South Florida, Inc<br>12500 Sysco Way<br>Medley, FL 33178-1055 | Sysco South Florida, Inc.<br>c/o Sapurstein & Bloch, P.A.<br>9700 South Dixie Highway, Suite 1000<br>Miami, FL 33156-2863 | Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 |
| Thomas E Krause, Esq<br>9700 S Dixie Highway, #1000<br>Miami, FL 33156-2863 | Tomas Yzquierdo<br>752 SE Park Drive<br>Hialeah, FL 33010-5631 | Transunion<br>PO Box 1000<br>Chester, PA 19022-1023 |
| US Food Service<br>C/ O AG Adjustments<br>740 Walt Whitman Rd<br>Melville, NY 11747-2212 | USA Filters Corp<br>P.O. Box 127448<br>Hialeah, FL  33012-1624 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Unvl/citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Us Food Service<br>9399 W Higgins Rd, # 400<br>Rosemont, IL 60018-4992 | Valentini Italian Specialties<br>11700 NW 102nd Rd., #1<br>Miami, FL 33178-1029 |
| Victor Jimenez-Montalvo<br>955 NW 30th Place<br>Miami, FL 33125-2943 | Victor Mora<br>11617 SW 90th St.<br>Miami, FL 33176-1026 | Waste Management Inc. Of Florida<br>P.O. Box 105453<br>Atlanta, GA 30348-5453 |
| Waste Management Inc. Of Florida<br>P.O. Box 42930<br>Phoenix, AZ 85080-2930 | Wells & Wells, P.A.<br>540 Biltmore Way<br>Coral Gables, FL 33134-5720 | William Garay Mena<br>7931 SW 13th Terr.<br>Miami, FL 33144-5219 |
| Yalmira A. Perez Garcia<br>602 SW Central Blvd.<br>Miami, FL 33144-2144 | Yanet Diaz<br>9011 SW 138th St., #B<br>Miami, FL 33176-7157 | Yasmani Torres Gonzalez<br>1450 SW 118th Ave.<br>Miami, FL 33184-2500 |
| Yohan Ojito<br>3642 NW 23rd Ct.<br>Miami, FL 33142-5330 | Yosbell Diez<br>270 SW 68th Ave.<br>Miami, FL 33144-2828 | Yosmel Hernandez<br>6921 SW 158th Ave.<br>Miami, FL 33193-3673 |

| | | |
|---|---|---|
| Yovanny Martinez<br>8905 NW 114th Terr.<br>Hialeah Gardens, FL 33018-4116 | Zum X Orange, Inc.<br>4131 SW 117th Ave.<br>Miami, FL 33175-1707 | Hal Levenberg<br>2 S Biscayne Blvd.,Ste 2690<br>Miami, FL 33131-1815 |
| Lean Crespo<br>7420 SW 72 Street<br>Miami, FL 33143-4130 | Maria Larios<br>735 Calatrava Ave<br>Miami, FL 33143-6203 | Maria Yip<br>2 S. Biscayne Blvd #2690<br>Miami, FL 33131-1815 |
| Martin Claire<br>Martin Claire & Co LLC<br>7001 NW 84 Ave<br>Miami, FL 33166-2620 | Steven Schneiderman<br>Office of the US Trustee 51 SW First Ave #1204<br>Miami, FL 33130 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |
| William Garay<br>632 NW 1st Street Apt. 107<br>Hallandale, FL 33009-4100 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Po Box 1027<br>Alpharetta, GA  30009 | BB & T<br>Attn: Bankruptcy<br>Po Box 1847<br>Wilson, NC  27894 | Bank Of America<br>Po Box 982235<br>El Paso, TX  79998 |
| (d)Bb&t<br>Po Box 1847<br>Wilson, NC  27894 | (d)Bk Of Amer<br>Po Box 982235<br>El Paso, TX  79998 | Department Of The Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114-0326 |
| (d)Department Of The Treasury<br>Internal Revenue Services<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | (d)Department Of The Treasury<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | Ford Motor Credit Company<br>P.O. Box 55000<br>Detroit, MI  48255 |
| (d)Ford Motor Credit Corporation<br>Ford Motor Credit<br>Po Box 6275<br>Dearborn, MI  48121 | Unvl/citi<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas CitY, MO  64195 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank of America, N.A.                (u)Miami                                (d)Chase Mtg
Steven Gaddy, Esquire                                                           Po Box 24696
2727 West Cypress Creek Road                                                    Columbus, OH 43224-0696
Fort Lauderdale


(d)Dsnb Bloomingdales                   (d)Premier Beverage Company, LLC        (d)Sysco South Florida, Inc.
Macys Bankruptcy Dept.                  P.O. Box 820410                         12500 Sysco Way
P.O. Box 8053                           South Florida, FL 33082-0410            Medley, FL 33178-1055
Mason, OH 45040-8053


(d)Quintin Larios                       End of Label Matrix
735 Calatrava Ave                       Mailable recipients    309
Miami, FL 33143-6203                    Bypassed recipients      7
                                        Total                  316
```