UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                    CASE NO. 15-15051-RAM

Quintin Larios                                            CHAPTER 7 Proceeding
Maria Larios

        Debtor(s)
_____/

### TRUSTEE'S REPORT OF SALE

COMES NOW the Trustee, Maria M. Yip, in connection with the above styled proceeding, files this Report of Sale pursuant to Bankruptcy Rule 6004:

1. The Trustee filed a Motion to Compromise with the Debtors (D.E. # 143) which was duly noticed to all creditors on February 10, 2016.

2. On April 15, 2016 this Court issued an Order Granting Motion to Approve Settlement and Compromise with Debtors (D.E. # 157).

### SALE DATE
April 15, 2016

### PROPERTY SOLD
Household Goods, Jewelry and Clothing

### NAME OF PURCHASER
Quintin and Maria Larios (the Debtors)

### GROSS PROCEEDS
$6,000.00

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notice in this case.

Michael R. Carroll, Esq. on behalf of Creditor Ocean Bank
mcarroll@oceanbank.com

Ricardo Corona, Esq. on behalf of Creditor Lean Crespo
bk@coronapa.com

Ricardo Corona, Esq. on behalf of Creditor William Garay
bk@coronapa.com

Ricardo Corona, Esq. on behalf of Debtor Quintin Larios
bk@coronapa.com

Ricardo Corona, Esq. on behalf of Joint Debtor Maria Larios
bk@coronapa.com

Ricardo Corona, Esq. on behalf of Plaintiff William Garay
bk@coronapa.com

Bertis A Echols on behalf of Creditor American Honda Finance Corporation
bechols@evanspetree.com, sbruce@evanspetree.com

Michael A Friedman on behalf of Trustee Maria Yip
mfriedman@gjb-law.com, gjbecf@gjb-law.com;jsardina@gjb-law.com

Steven H Gaddy on behalf of Creditor Bank of America, N.A.
FLSD.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Timothy S Kingcade, Esq on behalf of Debtor Quintin Larios
scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

Timothy S Kingcade, Esq on behalf of Defendant Maria Larios
scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

Timothy S Kingcade, Esq on behalf of Defendant Quintin Larios
scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

Timothy S Kingcade, Esq on behalf of Joint Debtor Maria Larios
scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

Evan B Klinek, Esq on behalf of Creditor Intercredit Bank, N.A.
evan.klinek@gmlaw.com, rene.vazquez@gmlaw.com

Heather J Koch on behalf of Creditor Bank of America, N.A.
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Gerard M Kouri Jr., Esq on behalf of Creditor Cab East LLC
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Gerard M Kouri Jr., Esq on behalf of Creditor SunTrust Bank N.A.
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Allyson G Morgado on behalf of Plaintiff William Garay
amorgado@coronapa.com, crm@coronapa.com

Nicole M Noel on behalf of Creditor Branch Banking And Trust Company
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Carlos E. Sardi, Esq on behalf of Trustee Maria Yip
carlos@sardilaw.com, carlos@ecf.courtdrive.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Dated:  April 9, 2018          Signed: /s/ *Maria M. Yip, Trustee*
                               Maria M. Yip, Trustee
                               One Biscayne Tower
                               2 S. Biscayne Blvd, Suite 2690
                               Miami, FL 33131
                               Telephone:  (305) 908-1862
                               Facsimile:  (786) 800-3903
                               Email: trustee@yipcpa.com